UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:  Case No. BT 24-03205
Chapter 7

RANDY ALVIN BISHOP,

    Debtor.
_____/

## ORDER HOLDING VICTORIA BISHOP IN CONTEMPT OF COURT

PRESENT: HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

On March 25, 2025, Thomas Moran and Moran Iron Works (collectively, "Moran") filed a Renewed Motion for Rule 2004 Examination of Victoria Bishop, the non-filing spouse of Debtor Randy A. Bishop, in the above-captioned case (Dkt. No. 51). Victoria Bishop did not object or otherwise respond to the motion. As a result, on April 18, 2025, this Court entered an Order Granting Thomas Moran and Moran Iron Works' Motion for 2004 Examination of Victoria Bishop (the "April 18, 2025 Order" at Dkt. No. 63). The Order required Victoria Bishop to appear for a 2004 examination on May 13, 2025, at 1:00 p.m. and to produce sixteen (16) categories of documents to counsel for Moran by no later than May 8, 2025.

On May 23, 2025, Moran filed a Motion for Contempt Against Non-Filing Spouse Victoria Bishop ("Motion for Contempt" at Dkt. No. 69). The Motion for Contempt stated that Victoria Bishop had failed to appear for the 2004 examination on May 13, 2025, and had failed to produce the documents required pursuant to the April 18, 2025 Order. A hearing on the Motion for Contempt was held on June 17, 2025, in Traverse City, Michigan. Sandra L. Jasinski, attorney for Moran, and Carroll Clough, Esq., attorney for Victoria Bishop, appeared at the hearing. After hearing argument from counsel, and based on its review of the record, the Court found that the April 18, 2025 Order and the Motion for Contempt were properly served on Victoria Bishop. The Court further found

that there was no dispute that Victoria Bishop failed to appear at the ordered date and time and failed to produce documents as required under the April 18, 2025 Order. For those reasons, and the others set forth on the record, the Court determined to enter this order holding Victoria Bishop in contempt of court and providing her with an opportunity to purge that contempt, as set forth herein.

    NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Victoria Bishop is held in contempt of court for failure to comply with the April 18, 2025 Order.

2. Victoria Bishop may purge herself of this contempt by appearing for a Rule 2004 examination and by producing the documents required pursuant to the April 18, 2025 Order to Moran. Victoria Bishop may arrange a mutually agreeable date, time, and location for the 2004 examination by contacting Moran's attorney, Sandra L. Jasinski, 201 South Division Street – Suite 400, Ann Arbor, Michigan 48104 by telephone at (231) 627-8012 or via email at sjasinski@bodmanlaw.com.

3. ***Victoria Bishop shall personally appear*** on **July 14, 2025** at **1:00 p.m.** at the United States Bankruptcy Court, United States Bankruptcy Court, Logan Place West, 3249 Racquet Club Drive, Traverse City, Michigan, to explain to the Court how she has purged her contempt or, if she has not purged her contempt, to show cause why she should not be subject to additional contempt sanctions, which may include: (1) a daily monetary fine until said contempt is purged, and (2) reimbursement of attorney's fees and actual costs incurred by Moran's counsel in bringing the Motion for Contempt.

4. By no later than **July 9, 2025**, Moran shall file a written supplement to its Motion for Contempt with the Court, and serve a copy upon Victoria Bishop and her counsel. The supplement shall indicate whether Victoria Bishop has purged her contempt by appearing for a 2004 examination and producing the documents required under the April 18, 2025 Order. If Victoria Bishop has not purged her contempt, or has only partially done so, the supplement shall identify any additional actions Moran believes must be taken to comply with the April 18, 2025 Order.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon:

Victoria Bishop
11089 Wood Special Drive
Kewadin, MI  49648

Carroll Clough, Esq.
Clough Law
P.O. Box 965
Traverse City, MI  49685-0965

Adam Flory, Esq.
140 W. Tuscola Street, Suite B
Frankenmuth, MI  48734

Sandra L. Jasinski, Esq., attorney for Moran (via CM/ECF)

Paul I. Bare, attorney for Randy A. Bishop (via CM/ECF)

END OF ORDER

**IT IS SO ORDERED.**

Dated June 20, 2025



James W. Boyd
United States Bankruptcy Judge