UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:   Case No. BT 24-03205
         Chapter 7

RANDY ALVIN BISHOP,

    Debtor.
_____/

### ORDER REQUIRING VICTORIA BISHOP TO PURGE HER CONTEMPT OF COURT BY DATES CERTAIN AND ADJOURNING SHOW CAUSE HEARING

PRESENT:   HONORABLE JAMES W. BOYD
                    United States Bankruptcy Judge

On June 20, 2025, this Court entered an Order Holding Victoria Bishop in Contempt of Court (the "Contempt Order," Dkt. No. 83). The Contempt Order found that Victoria Bishop had failed to comply with a prior Order Granting Thomas Moran and Moran Iron Works' Motion for 2004 Examination of Victoria Bishop, which was entered on April 18, 2025, and which required Victoria Bishop to appear for a 2004 examination and to produce sixteen (16) categories of documents to counsel for Moran (the "April 18, 2025 Order" at Dkt. No. 63). The Contempt Order directed Victoria Bishop to purge her contempt by producing the required documents and appearing for a 2004 examination. The Order also required Victoria Bishop to personally appear before the Court on July 14, 2025 to explain how she had purged her contempt, or if she had not done so, why additional sanctions should not be imposed.

The show cause hearing was held before this Court on July 14, 2025, in Traverse City, Michigan. Victoria Bishop personally appeared at the hearing, along with her attorney, Andrew D. Concannon, Esq. Sandra Jasinski, Esq. appeared at the hearing on behalf of Moran, and the Debtor, Randy Bishop, was also present. At the conclusion of the hearing, and with input from the parties, the Court ordered Victoria Bishop to purge her contempt by producing the documents required under the April 18, 2025 Order to

Moran by July 21, 2025, and by appearing for a 2004 examination on July 25, 2025. The Court also adjourned the show cause hearing.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Victoria Bishop shall produce the documents required under the April 18, 2025 Order to counsel for Moran by no later than **July 21, 2025**. Per the agreement of the parties, the documents may be designated as "attorney eyes only."

2. Victoria Bishop shall appear for a Rule 2004 examination on **July 25, 2025**, at a time and location to be determined by the parties.

3. The show cause hearing on Victoria Bishop's contempt of court is adjourned to **July 29, 2025**, at **10:00 a.m.** at the United States Bankruptcy Court, United States Bankruptcy Court, Logan Place West, 3249 Racquet Club Drive, Traverse City, Michigan.  ***Victoria Bishop shall personally appear at the adjourned show cause hearing*** to explain to the Court how she has purged her contempt or, if she has not purged her contempt, to show cause why she should not be subject to additional contempt sanctions, which may include: (1) a daily monetary fine until said contempt is purged, and (2) reimbursement of attorney's fees and actual costs incurred by Moran's counsel in bringing the Motion for Contempt.

4. By no later than **July 28, 2025** at **1:00 p.m.**, Moran shall file a written supplement to its Motion for Contempt with the Court, and serve a copy upon Victoria Bishop and her counsel.  The supplement shall indicate whether Victoria Bishop has purged her contempt by appearing for a 2004 examination and producing the documents by the deadlines established in this Order.  If Victoria Bishop has not purged her contempt, or has only partially done so, the supplement shall identify any additional actions Moran believes must be taken to comply with the April 18, 2025 Order.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon:

Victoria Bishop
11089 Wood Special Drive
Kewadin, MI  49648

Andrew D. Concannon, Esq., attorney for Victoria Bishop (via CM/ECF)

Sandra L. Jasinski, Esq., attorney for Moran (via CM/ECF)

Paul I. Bare, attorney for Randy A. Bishop (via CM/ECF)

END OF ORDER

**IT IS SO ORDERED.**

Dated July 15, 2025



James W. Boyd
United States Bankruptcy Judge