**Page 1**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

.
. Case No.: 24-03205-jwb
In re: RANDY ALVIN BISHOP,       . Chapter 7
.
Debtor.        . Traverse City,
. Michigan
.
. July 25, 2025
.
. . . . . . . . . . . . . . . . . . . 10:00 a.m.

EXAMINATION UNDER OATH OF
VICTORIA BISHOP
Taken by the Parties In Interest

SEAN HILL, CER 16452
Esquire Deposition Solutions

Proceedings recorded by a reporter using electronic
sound recording; transcript produced by the reporter
and proofreader.

**Page 2**

APPEARANCES OF COUNSEL

On behalf of VICTORIA BISHOP:
ANDREW D. CONCANNON, ESQ. (P49336)
SMITH BOVILL
200 Saint Andrews Road
Saginaw, Michigan 48638
989-792-9641
aconcannon@smithbovill.com

On behalf of THOMAS MORAN AND MORAN IRON WORKS:

SANDRA L. JASINSKI, ESQ. (P37430)
BODMAN PLC
201 South Division Street
Suite 400
Ann Arbor, Michigan 48104
734-761-3780
sjasinski@bodmanlaw.com

**Page 3**

INDEX TO EXAMINATION

EXAMINATION                                          PAGE
Examination by Ms. Jasinski                          6
Examination by Mr. Concannon                         136

INDEX OF EXHIBITS
PARTIES IN
INTEREST'S      DESCRIPTION                          PAGE
Exhibit 1       Order to Examine Victoria Bishop     27
Exhibit 2       Letter and Attachments               29
Exhibit 3       Vicky Bishop LinkedIn Profile        13
Exhibit 4       FOIA Request Campaign Funding        51
Exhibit 5       County 4/17/21                       62
Exhibit 6       Lease Agreement Patriot
                Communications and Your Defending
                Fathers                              106
Exhibit 7       Randy Bishop Social Security
                Statement                            112
Exhibit 8       Randy Schedules I & J Bankruptcy
                Filing                               116
Exhibit 9       Response to FOIA request             122
Exhibit 10      Michigan Department of State FOIA
                Request                              127
Exhibit 11      Convention Photograph               131

**Page 4**

INDEX OF EXHIBITS (CONT.)

(Exhibits 1 through 11 were attached to the
original transcript.)



Page 5

1      THE RECORDER:  We are now on the record.
2  The time is 10:00 a.m., Eastern Standard Time on
3  Friday, July 25th, 2025, to take the examination under
4  oath of Victoria Bishop in the matter of Randy Alvin
5  Bishop, Debtor, case number 24-03205-jwb.
6      Good morning.  My name is Sean Hill, public
7  notary and digital reporter for Esquire Deposition
8  Solutions in the state of Michigan.  I'll be capturing
9  the verbatim record of today's proceeding using
10 electronic audio equipment, a computer, and
11 specialized recording software, which is not a form of
12 stenography.
13     Witness is located in Traverse City, Michigan.
14     Counsel, please identify yourselves for the
15 record and state who you represent.
16     MS. JASINSKI:  Sandra Jasinski.  I represent
17 Thomas Moran and Moran Iron Works.
18     MR. CONCANNON:  Andrew Concannon on behalf
19 of the deponent, Victoria Bishop.
20     THE RECORDER:  Thank you.
21     Absent any objection at this time, Counsel
22 and the witness agree to my administration of the oath
23 to this witness and that the final transcripts may be
24 used for all purposes allowed by the Michigan Court
25 Rules of Civil Procedure and Rules of Evidence (sic).

Page 6

1      MS. JASINSKI:  Agreed.
2      MR. CONCANNON:  Agreed.
3      THE RECORDER:  Hearing no objection, this
4  shall constitute agreement and stipulation of such,
5  and I will now swear in the witness.
6      Now, Ms. Bishop, will you please raise your
7  right hand and be sworn?  Do you swear or affirm that
8  the testimony you shall give and will be the truth,
9  the whole truth, and nothing but the truth?
10     THE WITNESS:  Yes.
11     THE RECORDER:  Thank you.
12     Counsel, you may now proceed.
13     MS. JASINSKI:  Thank you.
14         VICTORIA BISHOP,
15  having first been duly sworn, testified as follows:
16         EXAMINATION
17 BY MS. JASINSKI:
18 Q.  Good morning, Mrs. Bishop.  My name is Sandy
19 Jasinski.  We briefly spoke, but before you were sworn
20 in, regarding various and sundry matters unrelated to
21 your testimony.
22     Have you ever been deposed before, ma'am?
23 A.  Yes.
24 Q.  How many times?
25 A.  Twice.

Page 7

1  Q.  I am going to lay out a couple of ground rules to
2  supplement what the court reporter has advised you
3  before we began.  Please allow me to complete my
4  question before you begin your answer so we have a
5  clean transcript.  We don't want to talk over each
6  other.  It's a mess.
7      Please answer verbally, yes or no, not with nods
8  to the head or uh-huh, because that's not entirely
9  clear on the record.  And we want the record to be
10 clear.  If you happen to say uh-huh or nod your head,
11 I may correct you and ask if that's a yes or no.  I do
12 not mean to be disrespectful.  Again, it's just so we
13 have a clear and clean record.
14     If you don't understand a question that I'm
15 asking you, if there's any component of it that's
16 unclear to you, please do not hesitate for a moment to
17 say, "I don't understand what you're saying.  Can you
18 clarify this term?"  I want to make sure that we're on
19 the same cosmic wavelength so we understand each
20 other because if you don't let me know that my
21 question is unclear to you, I'm going to assume that
22 you know what I'm asking you.
23     If you want to take a break at any time, that is
24 not a problem.  The only request that I would have is
25 if there is a question that is pending before you,

Page 8

1  that you answer that question and then we can take a
2  break.  Whenever you want to.  This is not an
3  endurance contest, fair?
4  A.  Fair.
5  Q.  Perfect.
6      THE RECORDER:  Oh, and I should say -- I
7  should have said this before we went on the record,
8  but they are going to be coming back at 12:00 just to
9  see if we need to refresh any water or anything.
10     MS. JASINSKI:  My hope is that we will be
11 gone by then.
12     THE WITNESS:  Mine too.
13 BY MS. JASINSKI:
14 Q.  There you go.  We are -- we have the same goal.
15 We're going to make this work, Mrs. Bishop.
16     Can you tell me about the -- you said you were
17 deposed twice.  Do you remember anything about those
18 particular depositions?  What they were in connection
19 with?
20 A.  One was with someone who had committed suicide,
21 and I don't remember the other one, to tell you the
22 truth.  I don't know.
23 Q.  Oh, that's fine.  There's -- well, and let me be
24 clear.  There's no shame if you do not know the answer
25 to a question, and I'm sure that Mr. Concannon has



VICTORIA BISHOP                                        July 25, 2025
EUO OF VICTOR BISHOP                                        9–12

Page 9

1  told you that.  If you don't know, you don't know.
2  Hard stop.
3       Why is it that you would've been called to be
4  deposed in connection with someone's suicide?
5  A.  He -- I guess he frauded some people and he
6  frauded me.
7  Q.  Yikes.  The name of that individual was, if you
8  could recall?
9  A.  Pat Pasden.
10 Q.  Pattison?
11 A.  Pasden.
12 Q.  Can you spell the last name, if you remember?
13 A.  P-A-S-D-E-N.
14 Q.  Pasden.  Okay.  I'd like to get a little
15 background, biological -- biological.  Biographical
16 information about you.  I believe you were born in
17 1946.
18 A.  Correct.
19 Q.  Your birthday's coming up in September?
20 A.  Yes.
21 Q.  Okay.  So you're going to be 79?
22 A.  Correct.
23 Q.  I can do that math because my husband's 76 and
24 was born in '49.  Otherwise, I'd be lost.  Can you
25 tell me -- your name is Victoria Bishop now.  Have you

Page 10

1  been known by any other names in the past?
2  A.  Yes.
3  Q.  What were they?
4  A.  Victoria Kovarik.
5  Q.  Can you spell that?
6  A.  K-O-V-A-R-I-K.
7  Q.  And was that your name at birth?
8  A.  Yes.
9  Q.  Okay.  And what other names have you been known
10 by?
11 A.  Victoria Carr.  C-A-R-R.
12 Q.  You mean like Vikki Carr the singer?
13 A.  Yes.
14 Q.  And I take that the Carr was the last name of a
15 previous husband?
16 A.  No, it was my mom's -- a shortening -- shortening
17 of my mom's name.
18 Q.  Oh, okay.
19 A.  Her name was Cardoza (phonetic).
20 Q.  Oh, okay.  You decided that rather than going by
21 Kovarik, that you wanted to go with a shorter name?
22 A.  Right.
23 Q.  Okay.  And am I wrong, but you were married to
24 someone else before Mr. Bishop?
25 A.  Yes.

Page 11

1  Q.  What was that person's last name?
2  A.  Schumaker.  Thomas Schumaker.
3  Q.  Okay.  When did you divorce him?
4  A.  Let's see.  About 50 years ago.
5  Q.  Okay.  I take it you graduated from high school?
6  A.  Yes.
7  Q.  Where?
8  A.  Redford Union High School.
9  Q.  Redford Union?  In Redford, Michigan?
10 A.  Yes.
11 Q.  Okay.  And what year did you graduate?
12 A.  1964.
13 Q.  All right.  And did you attend college?
14 A.  Yes.
15 Q.  Where?
16 A.  Wayne State University.
17 Q.  Great place.  I went to law school there.  When
18 did you graduate?  Did you graduate?
19 A.  Yes.  1977.
20 Q.  And did you obtain a degree?
21 A.  Yes.
22 Q.  What was the degree that you had?
23 A.  It was an administrative bachelors degree.  I
24 majored in business administration and accounting.
25 Q.  And accounting?

Page 12

1  A.  Yes.
2  Q.  Did you take any postgraduate classes, like,
3  toward a master's or something along those lines?
4  A.  No.
5  Q.  Did you take the CPA exam?
6  A.  No.
7  Q.  You're smiling.  I understand.  I understand
8  what.  I will -- I will tell you that I've taken the
9  liberty to -- are you familiar with a website called
10 LinkedIn?
11 A.  Yes.
12 Q.  Okay.  And I looked you up on LinkedIn.  It
13 appears you have a LinkedIn profile.  Does that sound
14 right to you?
15 A.  Yes.
16 Q.  Okay.  And it shows on --
17      MS. JASINSKI:  You know what?  We can do
18 this.  Oh, we got these marked already, don't we?
19 Let's mark this as number 3.  Can we go out of order?
20      THE RECORDER:  Yeah.  We can go out of
21 order.
22      MS. JASINSKI:  We can do anything we want.
23      THE RECORDER:  Absolutely.
24      MS. JASINSKI:  I'm the master of the
25 universe here.



Page 13

1    MR. CONCANNON:  Out of order is fine with
2  us.
3    (Exhibit 3 marked for identification.)
4  BY MS. JASINSKI:
5  Q.  Ma'am, I'm showing you what has been marked out
6  of order as Exhibit Number 3.  Does that look familiar
7  to you?
8  A.  Yes.
9  Q.  Okay, cool.  That is -- when I look up Vicky
10  Bishop on LinkedIn, this is the profile that I came up
11  with.  And does it -- do you recognize that as your
12  LinkedIn profile?
13  A.  Yes.
14  Q.  Okay.  In terms of your experience, let's skip
15  over Antrim County Conservative Union, and I'm looking
16  at American's Finance Corporation.
17  A.  Correct.
18  Q.  Tell me about your involvement with American
19  Finance Corporation.
20  A.  I opened up American Finance Corporation in 1988.
21  Q.  Okay.  When you graduated from Wayne State in
22  '77, what -- did you get a job upon graduation?
23  A.  Yes.  I worked for a home healthcare agency.
24  Q.  In what capacity?
25  A.  Administrator.

Page 14

1  Q.  Okay.  And it -- did -- was it -- did it involve
2  scheduling, accounting?  What did it involve?
3  A.  It involved accounting.
4  Q.  Okay.  Okay.  Did you have any involvement in
5  generating tax documents for either the company or its
6  employees?
7  A.  Yes.
8  Q.  All right.  Do you recall what the name of the
9  company was?
10  A.  Macomb Home Health.
11  Q.  Macomb Home Health?
12  A.  Yes.
13  Q.  And how long did you work there?
14  A.  Six years.
15  Q.  Did you start out as an administrator?
16  A.  Yes.  Before that, I worked at an accounting
17  office.
18  Q.  Okay.  When did you work at an accounting office?
19  A.  I worked part-time, and then they hired me full-
20  time and they wanted me to do my apprenticeship and,
21  you know, become a CPA, and I did not like doing
22  taxes.
23  Q.  All right.  Fair enough.  So you worked at Macomb
24  Health, you worked in a -- in accounting capacity, and
25  you were at Macomb Health for six years?

Page 15

1  A.  Yes.
2  Q.  And then after Macomb Health, what did you do?
3  A.  I went to Kelly Services.
4  Q.  Kelly Services.  That's the temp agency?
5  A.  Yes.  Yes.
6  Q.  And why did you leave Macomb Health and then join
7  a temp agency?
8  A.  Because they were developing a home health wing
9  of Kelly and they wanted someone to get them hooked up
10  with Blue Cross Blue Shield.
11  Q.  All right.
12  A.  And so I already had, you know, license in Blue
13  Cross Blue Shield, so.
14  Q.  Oh, you -- licensure in connection with your work
15  at Macomb Home Health?
16  A.  Yes.
17  Q.  All right.  All right.
18  A.  So that's why I decided to go with Kelly.
19  Q.  They were looking at --
20  A.  And pay was better.
21  Q.  Oh, well, there's that.  So they were looking at
22  developing a new market or business opportunity?
23  A.  Yes.
24  Q.  Perfect.  How long did you stay with Kelly?
25  A.  I was there for three years, I think.

Page 16

1  Q.  Okay.  And then -- and did you -- did you have
2  assignments, what, at various Kelly clients?  I mean,
3  what is it that you would do for them?
4  A.  I did not have Kelly clients.  This was mainly
5  administration of setting it up.
6  Q.  Okay.  So to set it up to provide individuals who
7  would go on site for Kelly clients on a temporary
8  basis?
9  A.  Correct.  And to set up satellite offices.
10  Q.  Okay.  And you did that for how long with Kelly?
11  A.  It was a little less than three years.
12  Q.  And then what did you do?
13  A.  I married Randy and I -- he was in real estate,
14  and I opened up American Finance Corporation.
15  Q.  And when did you marry mister -- and Randy is Mr.
16  Bishop?
17  A.  Yes.
18  Q.  And when did you marry Mr. Bishop?
19  A.  1984.
20  Q.  And you said he was in real estate?
21  A.  Uh-huh.
22  Q.  That's a yes.  I caught you once already.
23  A.  Yes.  Yes.
24  Q.  Again, no disrespect.  What was he doing in real
25  estate?



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
17–20

Page 17

1  A.  Sales.

2  Q.  Was he working for any particular company?

3  A.  RE/MAX.

4  Q.  Okay.  So he was a licensed real estate sales

5  agent?

6  A.  Yes.

7  Q.  How long after you met Mr. Bishop did you get

8  married in '84?  I mean, did you know him for a number

9  of years?

10  A.  Two years.

11  Q.  Okay.  And then you started American Finance

12  Corporation?

13  A.  Yes.

14  Q.  So you went from working in the healthcare field,

15  albeit in connection with accounting services and the

16  like, and I -- if I'm mischaracterizing this, let me

17  know.  You went from the healthcare

18  field/administration, accounting types of functions

19  into mortgage financing?

20  A.  Yes.

21  Q.  Wow.  Okay.  And you opened up American Finance

22  in 1988?

23  A.  Yes.

24  Q.  How many employees were there?

25  A.  At that time, for the mortgage company, there was

Page 18

1  only two.  For the real estate company, there were

2  six.

3  Q.  And was the real estate company who -- were you

4  responsible for the real estate company component of

5  American Finance?

6  A.  No.

7  Q.  Was that Mr. Bishop?

8  A.  Yes.

9  Q.  Makes sense.  He had the real estate license.

10  Did American Finance broker loans or did it originate

11  and service loans?

12  A.  It brokered loans and sold them.

13  Q.  And sold them on the secondary market?

14  A.  Yes.

15  Q.  I know enough about the secondary market to make

16  myself dangerous.  Did the business -- did American

17  Finance grow in terms of the size of its workforce?

18  You said -- you said you have two on the mortgage

19  side.  You got six on the real estate side.

20      What was happening there in terms of the mortgage

21  side as opposed to the real estate side, let's say, in

22  the first ten years that you were operator, since --

23  between 1988 and 1998?  Was there growth in the

24  business?

25  A.  Yes.

Page 19

1  Q.  Okay.  Did you have relationships with particular

2  investors?  Fannie Mae, Freddie?

3  A.  Yes.

4  Q.  Large institutional investors?

5  A.  Yes.

6  Q.  There came a point when you sold that business,

7  correct?

8  A.  Yes.

9  Q.  And when was that?

10  A.  I do not remember the date, but I do remember

11  that they were -- they were coming out with loans that

12  were no income, no verification.  And I --

13  Q.  Wire loans?

14  A.  Yeah.  And I said, we're -- you know, this is

15  going to be a problem.

16  Q.  You think?

17  A.  I said, you know, like, I -- I don't think that

18  we should be doing this anymore.  And we were in a

19  building where we had an insurance company, the real

20  estate company, and the mortgage company.  So it was a

21  one-stop shop.  Do you want to buy a house?  We'll do

22  it all for you.  And our employees bought it and then

23  they sold it to Quicken.

24  Q.  Okay.  Okay.  So the stated income, no income, no

25  assets, the -- we refer to that in the banking

Page 20

1  business as the liar loan.

2  A.  Yes.

3      MR. CONCANNON:  NINJA.  No income, no

4  job (inaudible).

5      MS. JASINSKI:  Oh, yeah.  It's crazy.

6      THE WITNESS:  Yes.

7  BY MS. JASINSKI:

8  Q.  Do you -- I think that it's fair to characterize

9  the start of the great recession as, like, 2007.  In

10  Michigan, it might have started a little bit earlier.

11  And certainly by 2008, it was in full swing.

12      Does that help you in recalling when you might

13  have sold American Finance to your employees?

14  A.  I'm not really good with dates, but I know that

15  Randy wanted to go trucking.

16  Q.  Okay.

17  A.  Yeah.  Like, he -- he decided that he was going

18  to buy a truck and, you know, see the United States.

19  Q.  Okay.  Mr. Bishop has testified, and I think the

20  record is clear, that he -- and he filed for

21  bankruptcy in 2024, in December of 2024, but he also

22  filed for bankruptcy in 2005.

23      Are you aware of that?

24  A.  Yes.

25  Q.  Okay.  Does that help you determine when it was



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
21–24

Page 21

1  that you might have sold the business?  Was it before
2  or after he sold for bankruptcy -- or filed, excuse
3  me, filed for bankruptcy?
4  A.  I'm sorry.  I do not remember.
5  Q.  Okay.  Fair enough.  Do you remember the name of
6  the employees to whom you sold the business?
7  A.  There was David.  I don't remember the rest.
8  Q.  Okay.  And at the time that you sold the
9  business, you were a licensed mortgage broker,
10  correct?
11  A.  Yes.
12  Q.  Was --
13  A.  I was also a licensed insurance agent and I had a
14  real estate broker's license.
15  Q.  You got them all, ma'am.
16  A.  Yes.
17  Q.  You got them all.  Did you have to take
18  continuing education classes to maintain your license?
19  A.  Yes.
20  Q.  How frequently did you have to take a continuing
21  education class?
22  A.  I think it was every year.
23  Q.  Okay.  Okay.  So you're a licensed real estate
24  agent, a licensed broker?
25  A.  And a licensed insurance.

Page 22

1  Q.  Who -- do you recall the companies that you were
2  an agent for?
3  A.  Farmers was one.  And then let's see.  USA.
4  Q.  USAA?
5  A.  No, that's insurance.
6  Q.  Right.
7  A.  No, I think it's USA Realty is where I had my
8  broker's license.
9  Q.  Did you have any issues with respect to any of
10  your licenses, your real estate license, your
11  insurance license, your mortgage brokerage license?
12  Were there any regulatory actions that were taken
13  against you?
14  A.  No.
15  Q.  At some point, did you surrender those licenses?
16  A.  I just never renewed it.
17  Q.  Okay.  And did you -- in terms of the non-
18  renewal, was that after you sold the business to --
19  A.  Yes.
20  Q.  You got to let me get my question out.  And, you
21  know, because it -- it's not like rock and science,
22  Mrs. Bishop.  You know where I'm going with this and
23  you're a smart woman, but it's just to keep the record
24  clear.
25  A.  Okay.

Page 23

1  Q.  That's all.  And again, I mean no disrespect
2  whatsoever.
3      So when you sold the business and Mr. Bishop
4  decides he wants to be a trucker, at that point, you
5  surrendered your licenses?
6  A.  Yes.
7  Q.  And I think that Mr. Bishop, in his previous
8  testimony, stated that for a period of time, while he
9  was -- if you need to take break at any time, let me
10  know.
11  A.  That's fine.
12  Q.  Okay.  That he recalled that you were living with
13  your daughter in the Traverse City area at that time?
14  A.  That's when I moved up here.  She -- she and her
15  husband moved up here and they had two little
16  children, and I came up here and watched their
17  children while they worked.
18  Q.  Wow.  Wow, wow, wow.
19  A.  And I was old enough to collect Social Security
20  at that point in time.
21  Q.  Oh, okay.  So did you take early Social Security
22  at 62 or did you take it at 65?
23  A.  No, I took it at 62.
24  Q.  Okay.  So you would've taken it around, if I'm
25  doing the math, about 2009?

Page 24

1  A.  Around then.  Yeah.
2  Q.  Okay.  Okay.  So when you sold the company, you
3  were 62-ish or close to 62?
4  A.  Yes.
5  Q.  Okay.  And you said, my work here is done, I'm
6  taking Social Security, and taking care of my
7  grandkids in Traverse City?
8  A.  Yes.  I'm out of here.
9  Q.  Catch you later.  Okay.  But I know that you
10  can't -- and I know this because of my husband's age,
11  that you're not Medicare-eligible, even if you're
12  collecting Social Security at 62, that you're not
13  going to be Medicare-eligible until you're 65?
14  A.  Correct.
15  Q.  What did you do for purposes of health insurance
16  since you'd sold the business and you weren't yet
17  Medicare-eligible?  How was that funded, if it was?
18  A.  It wasn't.
19  Q.  Oh, you had no insurance?
20  A.  No.
21  Q.  Wow.  Okay.  And before we get to that document,
22  do you recall how long Mr. Bishop was driving a truck?
23  A.  No, I don't recall.
24  Q.  Okay.  Was he -- when he was not -- was he an
25  independent truck driver or did he work for a company?



VICTORIA BISHOP                                      July 25, 2025
EUO OF VICTOR BISHOP                                        25–28

Page 25

1  A.  He was independent.

2  Q.  Okay.  And when he wasn't on the road -- man,

3  it's a hard life.  When he wasn't on the road, was he

4  living up with you in Traverse City?  Or --

5  A.  Yes.

6  Q.  Okay.  You had -- is it -- if I recall, you and

7  Mr. Bishop also had a home that was in St. Clair

8  County; is that correct?

9  A.  Yes.

10  Q.  I forget the name of the community it was in.  I

11  used to know.  Do you recall off the top of your head

12  what city it was in?

13  A.  I think Algonac.

14  Q.  That's it.  It was in Algonac.  And did you sell

15  that home?

16  A.  Yes.

17  Q.  Okay.  Do you recall how your employees who

18  purchased American Finance, how they funded it?  Was

19  it seller financed?  Did they get a bank loan to pay

20  you off; do you recall?

21  A.  I do not recall.

22  Q.  Okay.  Do you recall the amount that you sold it

23  for?

24  A.  No.

25  Q.  Do you recall where the address of American --

Page 26

1  and you said that you were a one-stop shop and in the

2  building, you had the insurance component, the real

3  estate component, the mortgage brokerage business.

4      Do you recall where the office was located?

5  A.  It was in Chesterfield Township.

6  Q.  And was the building owned and entitled in the

7  name of American Finance?

8  A.  No.  It was -- we didn't own the building.  We

9  rented it.

10  Q.  Do you -- who did you rent it from; do you

11  remember?

12  A.  No.

13  Q.  Okay.

14  A.  I don't remember the name.

15  Q.  Was -- were you the only shareholder of American

16  Finance?

17  A.  Yes.

18  Q.  Okay.  Mr. Bishop didn't have any interest in

19  American Finance?

20  A.  No.

21      MS. JASINSKI:  Deposition Exhibit Number 1,

22  which your attorney has looked at and which you have

23  before you, is an order that was entered by Judge Boyd

24  in Mr. Bishop's bankruptcy case granting Moran's

25  motion for a Rule 2004 examination of you.

Page 27

1      (Exhibit 1 was marked for identification.)

2  BY MS. JASINSKI:

3  Q.  You've seen this document before, correct?

4  A.  No.

5  Q.  You've never seen this document before?

6  A.  No, no.

7  Q.  I mean, this is -- this is the first time sitting

8  here today that you have seen Deposition Exhibit

9  Number 1?

10  A.  Yes.  I think at that point in time, I was in the

11  hospital.

12  Q.  At what point in time?

13  A.  Well, the date on the top of this is April 18th.

14  Q.  Correct.

15  A.  Yes.  I was either in the hospital or just got

16  out of the hospital and I don't recall seeing this.

17  Q.  Do you recall receiving -- do you know -- he's in

18  Antrim.  Are you familiar with the gentleman named

19  Deputy Rix who is an Antrim County deputy sheriff?

20  A.  Yes.

21  Q.  Okay.  Do you recall Deputy Rix giving you any

22  documents --

23  A.  Yes.

24  Q.  Got to let me finish.

25  A.  Okay.

Page 28

1  Q.  Okay.  Do you recall Deputy Rix handing you

2  documents in connection with Mr. Bishop's bankruptcy

3  case?

4  A.  I remember him handing me papers, yes.

5  Q.  Okay, good.  And what did you do with those

6  papers once you received them?

7  A.  I took them home and gave them to Randy and I

8  said, what is this?

9  Q.  Okay.  But you didn't look at the documents in

10  any detail?

11  A.  (No audible response)

12  Q.  Okay.

13      THE RECORDER:  That was a no?

14      THE WITNESS:  That's a no.

15      THE RECORDER:  Okay.

16  BY MS. JASINSKI:

17  Q.  Do you recall receiving documents from Deputy Rix

18  on more than one occasion in connection with Mr.

19  Bishop's bankruptcy?

20  A.  Yes.

21  Q.  All right.  And what would you do with -- did you

22  have the same response when you received the

23  documents, that you would take them home and hand them

24  to Mr. Bishop and say, what is this?

25  A.  Yes.



VICTORIA BISHOP                                          July 25, 2025
EUO OF VICTOR BISHOP                                        29–32

Page 29

1  Q.  All right.  Well, we're here today to go over
2  certain documents that -- or certain information that
3  Judge Boyd ordered you to produce, and part of the
4  order is for you to sit here today and deal with me.
5  I know it's not on the top 10 list of your things to
6  do.  I understand that.  I have that effect on people.
7        MS. JASINSKI:  What I'd like to do is we're
8  going to go over this order in some detail, but in
9  connection with Deposition Exhibit Number 2.
10       (Exhibit 2 was marked for identification.)
11  BY MS. JASINSKI:
12  Q.  And I'll give you a little explanation and I'm --
13  and I'm --
14  A.  Okay.  This -- this is what I produced.
15  Q.  Okay.  What Deposition Exhibit Number 2, ma'am,
16  is, is a set of materials that Counsel Concannon sent
17  to me via email on July 21.  And what we've done to
18  make it easy for reference is we've gone through and
19  we call it Bates stamp, and Mr. Concannon is pointing
20  that to you in a -- in a lower right-hand corner.  And
21  what a Bates stamp is is just a sequential numbering
22  of pages in a particular set of documents and it makes
23  it easier to look through.  Because if I direct your
24  attention to say -- randomly VB 43, you can --
25  A.  Go through --

Page 30

1  Q.  -- flip through very quickly.  Okay.  Are the
2  documents that are attached here to Deposition Exhibit
3  Number 2, are those documents that you -- that you
4  provided to Mr. Concannon?
5  A.  Yes.
6  Q.  All right.  Can you tell me, ma'am, what you did
7  to gather those documents?
8  A.  I called Social Security and asked them to send
9  me a copy of my benefits.
10  Q.  Okay.  What else did you do, generally, to gather
11  these documents that Mr. Concannon sent to me via
12  email?
13  A.  Under 2?
14  Q.  In Deposition Exhibit Number 2, and we'll go over
15  the --
16  A.  Okay.
17  Q.  -- in more detail.  I'm just trying to find out
18  as a general matter what it is that you did prior to
19  July 21 and after the date of the hearing that you
20  were at, which was July 16, I believe.  But after the
21  date of the hearing that you were at before Judge
22  Boyd, and Judge Boyd declined to set aside his order
23  requiring you to produce documents and appear today
24  for testimony, what it is that you did to gather
25  materials that Mr. Concannon provided to me today.

Page 31

1  Generally what you did.  What records did you look
2  through?  You said you called up Social Security.
3  What other things did you personally do?
4  A.  I went online to the Social Security, but I
5  couldn't get into it because they changed their
6  formula.  So that's why I called them and I asked them
7  to send me a copy of my benefits, and that's what they
8  did.
9  Q.  Well, you know what?  Maybe the easier thing to
10  do is we're going to go through -- we've got Exhibit
11  Number 1.  We've got Exhibit Number 2, and we're going
12  to do some cross-referencing between the two.
13  A.  Okay.
14  Q.  And maybe it's going to be easier, too.  And I
15  think I've got one of those delightful little clips at
16  the top, and you might want to just take that off to
17  make it easier to kind of turn around these documents.
18  Because we're going to be looking at Exhibit Number 1.
19  We're going to be paying a lot of attention to the
20  document that is called Response of Victoria Bishop to
21  Order Granting Thomas Moran and Moran Iron Works
22  Motion for Rule 2000 -- or for 2004 Examination of
23  Victoria Bishop.  It's called VB 2.  It's that
24  document there.  And then we're going to be going
25  through what your Counsel produced to me on Monday.

Page 32

1  A.  Okay.
2  Q.  Okay.  So if you look at Exhibit Number 1 --
3        MR. CONCANNON:  That's this.
4        THE WITNESS:  Okay.
5  BY MS. JASINSKI:
6  Q.  That's the -- that's the order.
7  A.  Okay.
8  Q.  Okay.  It asks for "All documents provided to
9  Debtor or to Debtor's Counsel," Debtor's Counsel is
10  Mr. Bare, Paul Bare, "In connection with the
11  preparation of Debtor's petition schedules or
12  statement of financial affairs", which are referring
13  to his bankruptcy documents, ma'am.  That's the first
14  document request that is reflected on Deposition
15  Exhibit Number 1.
16       VB 2 is your Counsel's summary of the
17  response of the documents that he provided.  And it's
18  noted, "Ms. Bishop has no responsive documents to
19  Document Request number 1."
20     So you have nothing that you -- there were no
21  documents that you provided either to Mr. Bishop or to
22  Mr. Bare that were used in connection with Mr.
23  Bishop's Chapter 7 filing?
24  A.  Are you talking about 22, 23, and 24?
25       MR. CONCANNON:  No.  No.  No.  This is 1.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
33–36

Page 33

1  BY MS. JASINSKI:
2  Q.  No.  No.  No.  I'm talking about Number 1.
3       MR. CONCANNON:  This is --
4  BY MS. JASINSKI:
5  Q.  Just Number 1.
6  A.  I -- I have no idea what I was supposed to give
7  you from Number 1.
8  Q.  Okay.
9  A.  Who is the debtor?
10  Q.  Mr. Bishop, your husband.
11  A.  Okay.  Yeah.  I -- I don't have stuff.
12  Q.  Well, that was asking if there was any
13  information that you provided him that would be used
14  in connection with his bankruptcy filings, and you had
15  nothing that you provided to him?
16  A.  No.
17  Q.  Do you recall Mr. Bishop asking you for any
18  documents or any information?
19  A.  No.
20       MR. CONCANNON:  (Inaudible)
21  BY MS. JASINSKI:
22  Q.  Okay.  I need to be more precise because it's one
23  thing, I suppose, to say, I don't recall it or it
24  didn't happen.
25       Did Mr. Bishop ask you for any information or

Page 34

1  documents that he told you he needed to prepare his
2  Chapter 7 bankruptcy?
3  A.  No.
4  Q.  Okay.  So the next, Number 2, on the order --
5       MS. JASINSKI:  We're going to be bouncing
6  around with numbers.
7       MR. CONCANNON:  Okay.
8       MS. JASINSKI:  I apologize, Mr. Concannon.
9       MR. CONCANNON:  That's fine.
10  BY MS. JASINSKI:
11  Q.  Number 2 on the order says, "For the years 2022,
12  2023, and 2024, Form SSA 1099 Social Security benefit
13  statement regarding Mrs. Bishop."  And the information
14  that is provided is under Tab 2.
15  A.  Okay.
16  Q.  And that is at VB 4.
17  A.  Okay.
18  Q.  Ma'am, is that the information that you said that
19  you went online to obtain from the Social Security
20  Administration?
21  A.  Yes.
22  Q.  Okay.  But that information is a verification, a
23  benefit verification letter, correct?
24  A.  Yes.
25  Q.  Do you know what a Form SSA 1099 is?

Page 35

1  A.  I -- yeah, I received one, threw it away.
2  Q.  Okay.  Aren't you able to get those online from
3  the Social Security Administration?
4  A.  No.  I couldn't get into their -- their computer.
5  I had to end up calling them to get this.
6  Q.  Okay.  So you had at one point a 1099 from Social
7  Security?
8  A.  Yes.
9  Q.  And you didn't retain it?
10  A.  No.
11  Q.  Why?
12  A.  Because I was not going to file a tax return.
13  Q.  If we look at your -- if we look at this
14  document, it appears that on VB 5 -- it appears that
15  as of -- in 2024, your Social Security benefit was
16  $1,277; does that sound correct?
17  A.  Yes.
18  Q.  And that's before deduction of a Medicare
19  deductible, correct?
20  A.  Correct.
21  Q.  Okay.  So it would be about 1,000 a month that
22  you would be getting in Social Security benefits?
23  A.  Yes.
24  Q.  Net of Medicare.  Okay.  I think you stated that
25  you had been collecting Social Security since you

Page 36

1  turned 62, and that would've been in 2009.  Was there
2  any other source of income that you had other than
3  Social Security benefits since 2009?
4  A.  No.
5  Q.  Did you have -- in connection with the sale of
6  the property of American Finance or their sales
7  proceeds that were given to you in connection with
8  that -- with the sale of your company to your
9  employees?
10  A.  That bought a truck.
11  Q.  Okay.  That bought -- that bought -- the sale of
12  the company bought -- Mr. Bishop used those proceeds
13  to pay for the truck that he was driving?
14  A.  Correct.
15  Q.  Nothing -- there was nothing left over other than
16  that?
17  A.  No.
18       MR. CONCANNON:  You've got to let her
19  finish.  You know where she's going, but it's going to
20  be difficult for Sean.  And eventually, despite his
21  good demeanor, he's going to yell at somebody, and
22  somebody is probably going to be you.
23  BY MS. JASINSKI:
24  Q.  And we don't want that to happen because you're a
25  nice lady.  Okay.  What kind of truck was it?  Was it



Page 37

1  a Kenworth of some sort?
2  A.  Oh, no, it was a Mack.
3  Q.  Do you remember how much that truck cost?
4  A.  No, I do not.
5  Q.  Okay.  So the proceeds from the sale of American
6  Finance went to buy a Mack truck.  Okie dokie.  All
7  right.  Number 3 on the order asks for, for the years
8  January 1, 2022 through the present, state and federal
9  tax returns signed by you, including scheduled
10  attachments and supporting documents.  And your -- and
11  the documents and the response prepared by your
12  Counsel states that you have no response to documents?
13  A.  Correct.
14  Q.  When is the last time that you can recall filing
15  a tax return?
16  A.  I don't recall.
17  Q.  Was it while you owned American Finance?
18  A.  Yes.
19  Q.  After you sold American Finance did you file tax
20  returns?
21  A.  No.
22  Q.  Okay.  We've narrowed it down.  That's good.  And
23  I take it that when you did file tax returns, that you
24  and Mr. Bishop filed jointly?
25  A.  Yes.

Page 38

1  Q.  But certainly while you were married, not before
2  that.  Okay.  Okay.  Do you have any reason to believe
3  that Mr. Bishop has filed tax returns even though you
4  might not have?
5  A.  No.
6  Q.  So he hasn't filed tax returns either?
7  A.  No.
8  Q.  Okay.  During -- there have been a -- several
9  times that Mr. Bishop has testified under oath, both
10  in response to what are called 341 hearings that are
11  handled by the Chapter 7 trustee, and in response to
12  the kind of arrangement that we're talking about here
13  now where the Court provides an order to a party in
14  interest and Mr. Bishop has to come in and answer
15  questions.
16      And Mr. Bishop testified that he was advised by
17  a -- an accountant that it was unnecessary to file tax
18  returns because of the -- because that you weren't
19  earning -- that you, and I speak of that in the regal
20  way, you and Mr. Bishop weren't earning sufficient
21  income to do that but he couldn't remember the name of
22  the accountant.
23      Do you recall any conversations with any
24  accountants and where you were advised it was
25  unnecessary to file a tax return?

Page 39

1  A.  No.
2  Q.  Did you -- did you have an accountant that you
3  consulted in connection with tax returns or financial
4  issues that you and Mr. Bishop might have had?
5  A.  When I was Downstate, we had a business
6  accountant and she took care of everything, but --
7  Q.  But since you sold the company?
8  A.  No.
9  Q.  Okay.  Do you listen to your husband's program on
10  a daily basis?
11  A.  I do, but not when he's on because I'm working.
12  Q.  It's like, I hear enough of you at home, honey.
13  It's okay.  I don't need to listen to you.
14  A.  No, it -- it repeats.  His show repeats on the
15  radio station.
16  Q.  Okay.  Within the last week, Mr. Bishop made a
17  statement that he had been advised by, what he
18  described as his accountant, that he should be leasing
19  a vehicle.
20      Were you familiar with that statement that he
21  made on the radio?
22  A.  You listen, huh?
23  Q.  All the time, ma'am?  All the time.
24  A.  Oh, they call him crack radio.
25  Q.  Yeah.  There you go.  There you go.

Page 40

1  A.  No, I'm not familiar with any conversation that
2  he had.
3  Q.  Did -- were you involved in any conversation --
4  A.  No.
5  Q.  -- with an accountant?
6  A.  No.
7  Q.  Okay.  Have you talked about leasing a vehicle?
8  A.  Yes.
9  Q.  Because you have two vehicles that are listed on
10  the bankruptcy schedules.
11  A.  Uh-huh.
12  Q.  And I believe you're also making a payment on a
13  2014 Jeep?
14  A.  Yes.
15  Q.  Okay.  Is that Jeep titled in your name?
16  A.  Yes.
17  Q.  Okay.  So there are three cars in the family,
18  correct?
19  A.  Yes.
20  Q.  And there's also a motorcycle, correct?
21  A.  Yes.
22  Q.  And you're looking at leasing a car.  Okay.
23  A.  I'm working.
24  Q.  Yes you are, and good for you.  Okay.  Is one of
25  the vehicles a Denali that you own?  Is it the -- a



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
41–44

Page 41

1  black SUV?
2  A.  It's a Yukon.  It's got 350-some thousand miles
3  on it.
4  Q.  When you were at the last hearing before Judge
5  Boyd, I observed you and Mr. Bishop driving into the
6  parking lot.  And I thought it was a black Denali that
7  had WCHY license plate on it.
8  A.  Yeah, that's -- yep.
9  Q.  So we're talking about the same vehicle?
10  A.  Yes.
11  Q.  Okay.  And is that a vehicle that you use in
12  connection with the business operations of WCHY?
13  A.  Yes.
14  Q.  Okay.  Let us go -- might as well look for that
15  during --
16     Would you let -- what is your current address?
17  A.  11089 Wood Special Drive --
18  Q.  Okay.
19  A.  -- Kewadin, Michigan 49648.
20  Q.  And is it true that you've been living in that
21  house since 2011?
22  A.  Yes.
23  Q.  Okay.  And I believe that Mr. Bishop has
24  previously testified that at one point, that you and
25  he had entered into a land contract to purchase that

Page 42

1  home?
2  A.  Yes.
3  Q.  Do you recall the terms of the land contract?
4  A.  No.
5  Q.  Do you recall the monthly payment for the land
6  contract?
7  A.  No.
8  Q.  Who was the owner of the house?
9  A.  At that time?
10  Q.  Right.  When -- with -- who was the land contract
11  seller?
12  A.  That would be --
13  Q.  Best guess.  If you can't remember, that's fine.
14  A.  Yeah, I can't remember.
15  Q.  It was whoever would've been the title holder of
16  the house --
17  A.  Yes.
18  Q.  -- as of 2011?
19  A.  Yes.
20  Q.  And you don't remember the terms of the land
21  contract at all?
22  A.  No.
23  Q.  If I am correct, this house is near Torch Lake;
24  is that right?
25  A.  Uh-huh.

Page 43

1  Q.  That's a yes?
2  A.  Yes.
3  Q.  And if I'm also correct, tell me if I'm wrong,
4  it's on a golf course?
5  A.  Yes.
6  Q.  Which hole?
7  A.  12 and 13.
8  Q.  Oh.  Do you or Mr. Bishop have any membership for
9  the use of the golf club -- course?
10  A.  No.  We just walk in our backyard.
11  Q.  Good for you, and good for you.  Do you recall if
12  the land contract required you to pay taxes on the --
13  on that property?
14  A.  I don't.
15  Q.  Who -- do you recall who negotiated the land
16  contract?
17  A.  Randy did.
18  Q.  Okay.  Did there ever come a time where there
19  were problems with payment of the land contract
20  amounts or amounts due under the land contract?
21  A.  No.
22  Q.  And Mr. Bishop also testified that you currently
23  have a lease arrangement with the new owner?
24  A.  Yes.
25  Q.  And who's that?  Who's the new owner?

Page 44

1  A.  It's an LLC.
2  Q.  Do you know what the number of the LLC is?
3  A.  110 -- let's see.
4  Q.  11089, your address, LLC.  Do you know who the
5  member of the LLC is?
6  A.  I believe it's Timothy Bays (phonetic).
7  Q.  And had you met Mr. Bays before you entered into
8  this lease arrangement with him?
9  A.  Oh, I've met him on a few occasions.
10  Q.  He's a -- he's in the mortgage lending business,
11  isn't he?
12  A.  Yes, he is.
13  Q.  Do you consider him a friend?
14  A.  No.  I mean, just an acquaintance.
15  Q.  Just someone that you knew, that you knew in the
16  business?
17  A.  Yes.
18  Q.  Do you know how it is that he came to purchase
19  the house that you're living -- that you live in?
20  A.  No, I don't.
21  Q.  Have you had any discussions with him regarding
22  the terms of the lease at all?
23  A.  No.
24  Q.  Who -- do you know who negotiated that lease?
25  A.  Randy.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025

45—48

Page 45

1  Q.  Okay.  Mr. Bishop also testified that part of the
2  house, significant part of the house, I believe he
3  said it was at least 40 percent, is used in connection
4  with the business operations of WCHY; is that correct?
5  A.  That is correct.
6  Q.  Is -- and he also testified that there is a
7  separate lease regarding that business component use
8  of the house with the property owner, with Mr. Bays;
9  is that correct?
10  A.  I do not know.
11  Q.  Well, here's where it gets interesting, because
12  Mr. Bishop also testified that you were the one who
13  was involved in that, and that he wasn't.
14      Were you involved in any discussions with Tim
15  Bays about a separate lease for the house that you
16  live in concerning WCHY's use of the house for the
17  business operations?
18  A.  No.
19  Q.  Okay.  We're looking at now -- we're jumping back
20  and forth again.  On Exhibit Number 1, which is the
21  order.  If you go to the second page of the exhibit,
22  Number 4, at the top, it states:  "From January 1,
23  2022, through the present, all documents reflecting
24  any income, compensation, dividends, profits, or
25  distributions received by you from any source,

Page 46

1  including but not limited to Michigan Broadcaster's,
2  LLC and the Antrim County Conservative Union, LLC."
3      You see that language, ma'am?
4  A.  Yep.
5  Q.  And the documents that you produced responsive to
6  that are found under Tab 4 at VB8 and VB9.  And that
7  appears to be documentation regarding your
8  compensation from Antrim County in your capacity as
9  the Antrim County Clerk; is that correct?
10  A.  That's correct.
11      MR. CONCANNON:  Counsel, for the record, I
12  apologize.  I think I went from the wrong order.  The
13  exhibit is marked document, I think the 8th.  I had
14  document 27-2, which seems to be a predecessor order.
15  So what I had for purposes of this question was, from
16  January 1, 2018, through the present, all documents
17  reflecting any income or compensation earned by
18  Victoria Bishop from any source.
19      So to the extent that these documents are
20  incomplete or not fully responsive, that would be on
21  me.  I think I used the wrong order, so --
22      MS. JASINSKI:  What do you have?
23      MR. CONCANNON:  I'm sorry?
24      MS. JASINSKI:  Can --
25      Let's go off the record.

Page 47

1      MR. CONCANNON:  Yeah, because --
2      THE RECORDER:  We're off the record at
3  10:55.
4      (Discussion off the record.)
5      THE RECORDER:  We are back on the record at
6  10:56 a.m.
7  BY MS. JASINSKI:
8  Q.  Just briefly when we were off the record, just to
9  make things clear, is the Court's order that I'm
10  referring to is dated, and it has at the top of it,
11  ma'am, if you -- from Exhibit 1, you'll see it says
12  Case Number, it has a document number and a filed
13  number.  This is the order that was signed by Judge
14  Boyd on April 18th.
15  A.  Okay.
16  Q.  Okay?  And your counsel was looking at an order
17  that had previously been submitted, that Judge Boyd
18  did not sign.  And you may recall at the hearing that
19  you were at, that he made reference to the fact that
20  he didn't sign that order because it didn't appear
21  that you were personally served.  That was on me.  So
22  that's why Deputy Rix was delivering documents to you.
23  A.  Okay.
24  Q.  Okay?  So but we might be able to, as we go
25  through this, to make sure that we're all on the same

Page 48

1  wavelength in terms of what you have and what you
2  don't have.
3  A.  Okay.
4  Q.  It might be what you call, you know, no harm, no
5  foul, so we'll figure that out.
6      Okay.  If you're looking at Number 4, again, that
7  I read, and I asked for sources of income from any
8  source, including but not limited to Michigan
9  Broadcasters, Antrim County Conservative Union, LLC.
10  And what was provided was the document that shows --
11  it's a printout from Antrim County telling how much
12  you've earned to date as the Antrim County Clerk,
13  correct?
14  A.  Correct.
15  Q.  And you were elected to that position and assumed
16  office in January of 2025?
17  A.  That's correct.
18  Q.  Okay.  Between January 1, 2022, through the
19  present, sitting here today, other than your Social
20  Security, did you have any source of income?
21  A.  No.
22  Q.  Okay.  So you didn't get any income from Michigan
23  Broadcasters at all?
24  A.  No.
25  Q.  Or the Antrim County Conservative Union?



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
49–52

Page 49

1  A.  No.
2  Q.  And just to be clear, Michigan Broadcaster's, LLC
3  is a limited liability company of which you are the
4  sole member, correct?
5  A.  Correct.
6  Q.  And Michigan Broadcaster's, LLC holds the FCC
7  license for WCHY 97?  Is it 97.5?
8  A.  97.7.
9  Q.  Oh, I'm sorry.  97.7.  So Michigan Broadcasters,
10  LLC holds that FCC license, correct?
11  A.  Yes.
12  Q.  Okay.  Okay.  Let's go to Number 5.  In the order
13  from January 1, 2022, through the present, all
14  documents reflecting or used in connection with the
15  preparation of any campaign finance reports filed by
16  the Michigan Secretary of State, Bureau of Elections,
17  in connection with any campaign by Victoria Bishop for
18  elected office, including but not limited to the
19  Antrim County Clerk's Office.
20      And if I look at Tab number 5, what is produced,
21  and that would be VB -- starting at VB10 and then
22  VB11, this appears to be -- and these are -- this is
23  the order in which these documents were sent to me by
24  your Counsel.  It appears that there are -- from VB11
25  through VB23 are the documents that were produced.  Do

Page 50

1  those documents look familiar to you?
2  A.  Yes, they do.
3  Q.  Were there any -- these -- this particular
4  campaign finance document is not dated by you.  Is
5  there a reason for that?  If you look at VB21.  And
6  VB21 states -- it's identified as Candidate Camp
7  Committee Cover Page, and in the top in handwriting,
8  "Amended committee report."  You see VB21?
9  A.  Yes.
10  Q.  And at the top where it says, "Amended committee
11  report," is that your handwriting?
12  A.  Yes.
13  Q.  Okay.  And at the bottom, that's your signature,
14  Victoria Bishop?
15  A.  Yes.
16  Q.  And it's not dated.  Is there a reason it's not
17  dated?
18  A.  I believe I got it notarized on Page 23.
19  Q.  Well, that shows subscribed or sworn before me
20  December 5, 2025.
21  A.  Right.  The post election.
22  Q.  Right.
23  A.  Exactly.  A candidate recover page.
24  Q.  Are there any other documents, any other campaign
25  finance reports?

Page 51

1  A.  Oh, we -- let's see.  July.
2      MR. CONCANNON:  I think the question is
3  beyond the 13 pages.
4  BY MS. JASINSKI:
5  Q.  Yeah.  Beyond the 13 pages, were there other
6  campaign finance reports that you prepared and --
7  A.  No.
8      MS. JASINSKI:  Ma'am, I'm handing you what's
9  been identified as Exhibit Number 4.
10      (Exhibit 4 was marked for identification.)
11  BY MS. JASINSKI:
12  Q.  And again, this is -- this is the order that this
13  document was provided in response to FOIA Requests and
14  the like.  It does not appear to me to be correctly
15  assembled.  It just kind of looks bizarre that there's
16  no -- it starts out with itemized expenditures.
17      Nevertheless, do you recognize number 4?
18  A.  Number 4?
19  Q.  Yeah.  Do you recognize the document in its
20  entirety, Deposition Exhibit Number 4?
21  A.  This is not mine.  Midwestern Broadcasting
22  Company radio ads is not mine.
23  Q.  I understand that.  Look at the Second Page,
24  ma'am, of that document, where it says, "Summary page
25  candidate committee."

Page 52

1  A.  Yes.
2  Q.  Okay.
3  A.  Well, that's what I was looking for.
4  Q.  Okay.
5  A.  Okay.  4-17 through July 1st.  That's right.
6      THE WITNESS:  What I think I said when I
7  returned that to you is she had already FOIA'ed this
8  and got it.
9      MR. CONCANNON:  I understand.  All she's
10  asking you is -- at the moment:  Is this relative to
11  your campaign for county clerk?  And if --
12      THE WITNESS:  This is.  This one is not.
13  BY MS. JASINSKI:
14  Q.  Okay.  So the first page where it says,
15  "Midwestern Broadcasting Radio ads 10-8-2024," you're
16  saying that -- that's not relevant to you at all?
17  A.  No.
18  Q.  Okay.
19  A.  That's not relevant to me at all.
20  Q.  Okay.  Well, let's go -- let's ignore that page.
21  And let's go to the Second Page where it says, summary
22  excuse me, "Summary page candidate committee."  That's
23  relevant to your campaign to elect Victoria Bishop,
24  correct?
25  A.  Right.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
53–56

Page 53

1  Q.  And is that your handwriting on that page?
2  A.  Yes, it is.
3  Q.  Next page of that document.  And at the top, this
4  is the easier thing to do, too, ma'am.  If you look in
5  the upper right-hand corner of that document, you'll
6  see it says Page 4 of 21.  Or it'll have it -- it's --
7  A.  No.  This says 11 of 21.
8  Q.  Well, I'm looking at 4 of 21.
9       MR. CONCANNON:  In the bottom right-hand
10  corner.  I assume these --
11      Are these Bates stamped or not?
12      MS. JASINSKI:  No, these aren't Bates
13  stamped.
14      MR. CONCANNON:  Oh, they -- okay.  Okay.
15      MS. JASINSKI:  These are taken from DN 41.
16      MR. CONCANNON:  Okay.
17  (Inaudible).
18      THE WITNESS:  Okay.  We need to --
19      MR. CONCANNON:  Yeah.  Let's just take that
20  off.  Let's take --
21      THE WITNESS:  Well, this -- I don't know why
22  it's --
23      MS. JASINSKI:  No, no.  Don't rip it off.
24      MR. CONCANNON:  Okay.  Both corners are
25  stapled.  That's the only issue.

Page 54

1       THE WITNESS:  And I can't look at them.
2       MR. CONCANNON:  Yeah.  That's all.
3       MS. JASINSKI:  Oh, well, we can make that
4  easy.  And we'll keep it like that.  Easy-peasy.
5       MR. CONCANNON:  Is there a question on the
6  table, by the way, or I (crosstalk) --
7       MS. JASINSKI:  Yeah.  We're looking at Page
8  4 of 21.
9       THE WITNESS:  That's three.  Now we have to
10  go --
11      MR. CONCANNON:  They're out of order.  Okay.
12      MS. JASINSKI:  Hold on a second here.
13      Let's off go off the record.
14      THE RECORDER:  Okay.  Yes, we're going off
15  the record at 11:07.
16  (Discussion off the record.)
17      THE RECORDER:  You're on the record at
18  11:32.
19  BY MS. JASINSKI:
20  Q.  Mrs. Bishop, why did you prepare an amended
21  campaign finance report?
22  A.  Because -- because Randy questioned why I put his
23  name down because he didn't give me the money.  I had
24  the money.  So I said, I'll just hit -- change it on
25  the campaign finance report.

Page 55

1  Q.  Have you -- had you prior to this time prepared
2  campaign finance reports on behalf of anyone other
3  than yourself?
4  A.  No.
5  Q.  Did you have -- you had no training in the
6  preparation of campaign finance reports?
7  A.  No, but I read -- I read.
8  Q.  Yeah.  Did you -- but you didn't take, like, any
9  classes or speak with anyone or go to any tutorials on
10  campaign finance reports?
11  A.  No.
12  Q.  Did -- if I recall correctly, Mr. Bishop ran in a
13  Democratic Primary in 2022 for this 37th State House
14  Senate seat; is that correct?
15  A.  2022?
16  Q.  Yeah.  Ran as a Democratic, ticked a lot of
17  Democrats off.
18  A.  Oh, yeah.
19  Q.  There you go.
20  A.  Yes.
21  Q.  Okay.  Were you his treasurer for that campaign?
22  A.  I'm sure he put me down as his treasurer, yes.
23  Q.  Okay.  Do you recall preparing any campaign
24  finance reports?
25  A.  Not for him.  I don't remember.  I did -- I only

Page 56

1  remember what I did for me.
2  Q.  Okay.  Okay.  So you were the candidate and you
3  were your own treasurer?
4  A.  Yes.
5  Q.  Doing it all?
6  A.  Yeah.
7  Q.  What is your understanding of what has to be
8  documented in terms of contributions to a campaign?
9  A.  I know that if it is over, you know -- I think
10  that a married couple can contribute up to 5,000 or is
11  it 25,000?
12  Q.  If I contribute more than 20 bucks in cash to
13  your campaign, how does that have to be documented?
14  A.  The $20?
15  Q.  Let's say I give 50 bucks to your campaign?
16  A.  Yeah.  If -- if -- I think it's a hundred or
17  more, it has to be documented.
18  Q.  Okay.
19  A.  And then --
20  Q.  And what do you mean by documented?
21  A.  It has to be written down, the name, their
22  address.
23  Q.  Employer?
24  A.  Employer, if they're retired or not, you know,
25  the date that they gave you the money.  And then --



Page 57

1  Q.  Does it have to be a check?
2  A.  No, it can be cash.
3  Q.  So if I hand -- if I were to give you 5,000
4  bucks.
5  A.  Uh-huh.
6  Q.  That -- that's -- it wouldn't have to be in the
7  form of a check?
8  A.  No, it wouldn't.  This can be -- it can be a
9  loan.
10  Q.  Right.
11  A.  It can be a direct --
12  Q.  Just a direct contribution.  It's not a loan.
13  I'm just giving Mrs. Bishop 5,000 bucks because I want
14  her to be elected.
15  A.  Correct.
16  Q.  Okay.
17  A.  Then -- but you have -- I'd have to put you down
18  $5,000.
19  Q.  Right, right, right.
20  A.  Yes.
21  Q.  But in terms of the documentation that -- other
22  than identifying me on a campaign finance report,
23  there was nothing else.  I can just hand you cash and
24  that's it.  You wouldn't need a -- it wouldn't have to
25  be in the form of a check, as you understand it?

Page 58

1  A.  As I understand, it's right.
2  Q.  Okay.  So you stated that you amended the
3  campaign finance report because Mr. Bishop told you
4  what?
5  A.  He said, why did you put me down for the 5,000
6  when you were making out your campaign finance report?
7  And I said, we're married.  I just thought because we
8  were married.  It didn't matter if I put me down or
9  you down.  I did not know all of this was going to be
10  going on.  So I said, I'll amend it.  I'll just amend
11  the report.  And I did.  And you got a copy of it.
12  Q.  Did you file it with the County?
13  A.  I did.
14  Q.  When?
15  A.  When she signed -- when she did this notary.
16  Q.  In the documents that you provided to your
17  Counsel?
18  A.  Yes.  This is the -- right here.
19  Q.  You -- the document on BB23, it was notarized on
20  December 5 --
21  A.  No, that's not it.  That's not it.  Or is it?
22  Q.  That -- that's the only document that contains a
23  notice --
24  A.  A notary.
25  Q.  Just let me finish.

Page 59

1  A.  Well, it was.  It was amended with the State and
2  with the County.
3  Q.  When?
4  A.  I -- I don't remember because I didn't sign this
5  one, but I did -- I thought I signed the original.
6  Q.  And so it's your testimony that you filed that
7  amended report as attached as a number 5 --
8  A.  Yes.
9  Q.  -- your Tab number 5?  That you --
10  A.  Yes.  I signed the -- I filed the amended report.
11  Q.  With the County.
12  A.  With the County and with the State.  You --
13  you -- excuse me, FOIA'ed, this -- these records and
14  they sent you, the -- the County sent you them.
15  Q.  Would it surprise you that the amended report is
16  not included in the documents that were sent to me by
17  the County?
18  A.  I talked to Annette, who is the secretary doing
19  the FOIAs, and she told me she did.  I said, make sure
20  you give her that.
21  Q.  Would it surprise you that, and the documents
22  speak for themselves and they have been provided to
23  Counsel, that the amended report is neither on record
24  with Antrim County nor is it on record with the
25  Secretary of State?

Page 60

1  A.  Oh, yes, it is.  It is.  It's on record with the
2  State.
3  Q.  Would campaign finance reports for county
4  officials be filed with the State?  Aren't they filed
5  with the County?
6  A.  They are when they are a local race.
7  Q.  Right.
8  A.  But the clerk always gives a copy of what they
9  filed to the State.
10  Q.  Okay.  And so to the extent that there were FOIA
11  requests that were submitted within the last couple of
12  months, your testimony is those FOIA requests, both
13  the County and to the State, should disclose that you
14  filed this campaign finance report?
15  A.  Absolutely.
16  Q.  And if those FOIA requests came back and they
17  don't reflect that, would that surprise you your
18  amended report?
19  A.  Oh, absolutely, it would surprise me.
20  Q.  Surprise.  Okay.  So do you -- are you aware of
21  any conversations where your husband has represented
22  to third parties holding you out as a expert in
23  campaign finance?
24  A.  No.
25  Q.  You're not aware of any comments that he's made



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
61–64

Page 61

1  like that?
2  A.  No.
3  Q.  On the air on his program, you're not aware of
4  any comments that he's made that --
5  A.  That I -- I am an expert on campaign --
6  Q.  Well, hold -- just a little -- let me finish.
7  You're not aware of any comments that your husband has
8  made on his radio program that's broadcast Monday
9  through Friday 9:00 to 12:00 where he has held you out
10  as an expert in campaign finance?
11  A.  Not that I know of.
12  Q.  Okay.  And you're not aware that your husband has
13  had conversations with third parties where he has
14  recommended to them, that they contact you in
15  connection with any campaign finance questions that
16  they have?
17  A.  Not that I'm aware of.
18  Q.  Okay.  He may have.  You just don't know?
19  A.  Yeah.
20  Q.  Okay.  Fair enough.
21      MS. JASINSKI:  What are we up to?  5?  Let's
22  do 5 now that I've got a complete and accurate copy of
23  a document.  Oh, it looks you -- hold on a second
24  here.  Let's do this one.  This is -- this is a
25  little -- a little better.

Page 62

1      THE RECORDER:  Sorry.
2      MS. JASINSKI:  That's okay.
3      THE RECORDER:  So this one's 5?
4      MS. JASINSKI:  Yeah, that's 5.  We'll make
5  that 5.
6      THE WITNESS:  This is 5?
7      MS. JASINSKI:  That's 5, but that's not
8  under your Tab 5.  That's Deposition Exhibit Number 5.
9      THE WITNESS:  Okay.
10      (Exhibit 5 was marked for identification.)
11  BY MS. JASINSKI:
12  Q.  Okay?  Do you recognize this document?
13  A.  Yes.
14  Q.  And what is it?
15  A.  It is a candidate committee cover page for the
16  statement covering 4-17 to 7-21.
17  Q.  And there are let's see.  How many pages.  1, 2,
18  3, 4, 5, 6, I've got nine pages.  Do you have nine
19  pages?
20  A.  1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 pages.
21  Q.  Yep.  We're on -- we're on the same page.  Is
22  it --
23  A.  -- same page?
24  Q.  Yeah, we are.  Is this your handwriting on this
25  document?

Page 63

1  A.  Yes, it is.
2  Q.  Let's go to itemized contribute -- contributions,
3  which looks like it is --
4  A.  Schedule 1A.
5  Q.  1A.  I'm trying to get down to the pages there.
6  Schedule 1A, and it shows a -- in your handwriting at
7  the top says, Randy A. Bishop.  Date of receipt 7-19-
8  2024.  Talk show host Michigan Broadcasters, 5,000
9  bucks, correct?
10  A.  Correct.
11  Q.  And it -- it's your testimony that Mr. Bishop did
12  not give you 5,000 bucks as a loan.  It's crossed out
13  at the -- type of contribution, direct loan from a
14  person fundraiser and the X there loan from a person.
15  Is that your X?
16  A.  That's my X.
17  Q.  That's your X?  And it's your testimony that Mr.
18  Bishop didn't give you $5,000 --
19  A.  No.
20  Q.  -- on 7-19?
21  A.  He did not.
22  Q.  That you did?
23  A.  I did.
24  Q.  Okay.  In terms of -- let's look at the itemized
25  contributions.  There are a number of Mr. Bishop or

Page 64

1  referencing Mr. Bishop.  Did Mr. Bishop make any of
2  those expenditures on behalf of your campaign?
3  A.  Well, I gave him a credit card and he did.  My
4  credit card.
5  Q.  Oh, okay.  But it was a credit card in your name,
6  not his name?
7  A.  That's correct.
8  Q.  Okay.  So that's not -- is that considered his
9  expenditure or your expenditure?
10  A.  Well, that, like I said, we're married.  So I
11  didn't think it made a difference if it was his name
12  or mine, but it's me.
13  Q.  If you look at the in-kind contribution, schedule
14  1K, Page 3 of 3, it looks like there are -- there's a
15  $3,913.96 in-kind contribution identified by -- for
16  Mr. Bishop.  Was that you or him?
17  A.  Where is that at?
18  Q.  Do you see what I'm talking about, ma'am?
19  A.  No, I'm looking for it.
20      MR. CONCANNON:  Is it the one for 7959?
21      MS. JASINSKI:  It's the one for $3,913.96.
22      THE WITNESS:  What -- what period are you
23  talking about?  Statement that it covers?
24      MR. CONCANNON:  No, it's this one.  The last
25  page of what you should have.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
65–68

Page 65

1      THE WITNESS:  This is K30.

2      MR. CONCANNON:  Yeah.  Yeah.

3      THE WITNESS:  Signs.  Now, that's me.  Both
4  were older, not mine.

5  BY MS. JASINSKI:

6  Q.   May I see your exhibit please, ma'am?

7  A.   Here.  That's on the amended.

8  Q.   I see.

9  A.   Yes.

10  Q.   Is there documentation, ma'am, that you have --
11  well, first, do you understand if there's any record
12  retention obligation for campaign finance records
13  under Michigan law?

14  A.   Yes.  We have them in the office and I believe
15  that I can pull the FOIA when she sent it out, because
16  how did she send it to you?  Did she send it to you
17  email or did she mail it to you?

18  Q.   What I'm asking you is in terms of you as a
19  candidate.  And you as a candidate, someone running
20  for office, are you aware of what the campaign finance
21  laws require you to do in terms of retaining of
22  campaign contributions?

23  A.   Yes.

24  Q.   What does it require?  How long do you have to
25  keep records?

Page 66

1  A.   Well, as the clerk, I have to keep records for
2  ten years.

3  Q.   Well, as a candidate?

4  A.   As a candidate, they don't -- they don't give you
5  the specific time that you have to keep them.

6  Q.   Are you sure of that?

7  A.   I never received anything from them.  All the
8  paperwork that I've ever read has since said that you
9  have to maintain for seven years or ten years, but I
10  do know that the clerk has to retain them for ten
11  years.

12  Q.   Do you have documents, ma'am, that would -- at
13  your home?  And I'm not talking about in your capacity
14  as a clerk.  I know what a clerk has to do.

15  A.   Okay.

16  Q.   But I'm talking about as a candidate.  Do you
17  have the records that were reflecting contributions,
18  reflecting expenditures that were made in connection
19  with your successful campaign for the Antrim County
20  Clerk's position?

21  A.   Yes.  That's what I provided.

22  Q.   The amended report?

23  A.   Yes.

24  Q.   But what I'm asking for, for example, ma'am,
25  would be copies of receipts or checks that were given

Page 67

1  to you, documentation of your signed purchase,
2  documentation concerning the meet and greet at Lakes
3  of the North on 7-19?

4  A.   I don't think paper at home.

5  Q.   Do you have it electronically?  Do you have any
6  records whatsoever that are relevant at all other than
7  the campaign -- amended campaign finance report that
8  is under Tab 5?  Do you have any other documents and
9  put out of your mind for a moment what FOIA'ed from
10  the clerk's office and the Secretary of State.  Get
11  that -- just cast that out of your mind.

12  A.   It's kind of -- it's kind of hard to do since I
13  am the clerk.

14  Q.   I get it.  I'm -- I get it.  Pretend you're not
15  the clerk.  Do you have any documents at all anywhere
16  other than the amended campaign finance report that
17  you provided to me in connection with your run for the
18  Antrim County Clerk?

19  A.   Yes, I have exactly what you have here.

20  Q.   Okay.  But you just gave me the amended report?

21  A.   No, because you had already FOIA'ed the other.

22  A.   It doesn't matter.

23  A.   It's redundant.

24  Q.   No, it doesn't matter.  That doesn't matter
25  whether I FOIA something separately in terms of what

Page 68

1  your obligation is.

2  A.   Oh, okay.  Well, yes, I do.  I have exactly what
3  you have there.

4  Q.   Okay.  Other than the campaign finance reports,
5  do you have any other documentation?

6  A.   No.

7  Q.   Any checks?  No credit card statements?

8  A.   No.

9  Q.   If you -- well, you purchased for example.  You
10  said 3900 rounded up $4,000 worth of signs.  You don't
11  have a credit card statement that shows that you
12  purchased $4,000 worth of signage?

13  A.   Oh, I'd have to probably go back into the
14  computer and look for it.  But --

15  Q.   All right.  So you could do that.  In terms of
16  the -- it looks like $10,000, that there were two
17  $5,000 contributions that were identified.  Well,
18  there were -- let me finish.  There were two $5,000
19  cash contributions that were identified, dollars.  And
20  then approximately $5,000 in terms of in-kind
21  contributions for goods and services on the part of
22  Mr. Bishop.  Do you have any documentation showing
23  that you -- you're testifying that those contributions
24  and the source of the funds for those contributions
25  was not Mr. Bishop, it was you?  That's your



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
69–72

Page 69

1  testimony?
2  A.  That's my testimony.
3  Q.  Okay.  Do you have documentation showing the
4  source of the funds for those expenditures?
5  A.  No.
6  Q.  Because at the time that you were running for
7  office in 2024, wasn't your only source of income
8  Social Security?
9  A.  Yes.
10  Q.  Okay.  And you were getting 1000 bucks a month?
11  A.  Yes.
12  Q.  And mister -- I -- I'm not sure if you have read
13  any transcripts of Mr. Bishop's testimony today?
14  A.  No.
15  Q.  Okay.  Mr. Bishop testified that you're the one
16  who pays the bills in the household and he doesn't
17  contribute anything to that.  Is that accurate?
18  A.  Yes.
19  Q.  All right and so -- and is again, I'm stating
20  what he testified.  He testified that his source of
21  money is Social Security.  Is that your understanding?
22  A.  Yes.
23  Q.  And that net of Medicare prior to his bankruptcy
24  filing, he received you know, approximately 600 bucks
25  a month in Social Security benefits.  It was direct

Page 70

1  deposited into his account.  Is that your
2  understanding?
3  A.  Yes.
4  Q.  Is he an authorized signer on any of your bank
5  accounts?
6  A.  Yes.
7  Q.  Okay.  Are you an authorized signer on his?
8  A.  No.
9  Q.  Is -- but he's not joint on your bank accounts,
10  correct?
11  A.  Correct.
12  Q.  So he can write checks and he can make
13  withdrawals?
14  A.  Yes.
15  Q.  All right.  Who -- well, Mr. Bishop testified
16  that in terms of what he uses his Social Security for.
17  It's -- and I'm not trying to be snotty.  It's
18  purchasing vehicle -- purchasing fuel for his vehicles
19  as he is driving around and snacks.  You know, he will
20  pick up a Snickers bar when he is filling up his car.
21  But that he does not use his funds, his Social
22  Security, to pay any of the household expenses; is
23  that correct?
24  A.  True.
25  Q.  Okay.  So you are the one who is paying the

Page 71

1  freight for the household expenses from your Social
2  Security?
3  A.  Yes.
4  Q.  Any other income that is used to pay those
5  expenses?
6  A.  I work.
7  Q.  You do now?
8  A.  Yes.
9  Q.  You do now.  I am talking prior to when he filed
10  for bankruptcy in December of 2024.
11  A.  I lived with my daughter and watched her kids.
12  Q.  Okay.  That's true.
13  A.  And my Social Security was cash.
14  Q.  Okay.  So but you --
15  A.  I walked into that house with a lot of cash.
16  Q.  Walked into what house?
17  A.  The 11089 Wood Special Drive.
18  Q.  Okay.
19  A.  I have cash.
20  Q.  The income from the business was on -- was used
21  to buy Mr. Bishop's truck.
22  A.  Uh-huh.
23  Q.  His Mack Truck, correct?
24  A.  Yeah.  But he sold it.
25  Q.  I get that.  I understand.  What happened to

Page 72

1  this -- what happened to those funds, do you know?
2  A.  No.
3  Q.  Did he use them to pay any expenses?
4  A.  I do not know.
5  Q.  Well, are you aware that he used them to pay any
6  of the household living expenses?
7  A.  No.
8  Q.  You're not aware that he did?
9  A.  No.
10  Q.  Okay.  And so you began living at 11089; is that
11  the correct number?
12  A.  Yep.
13  Q.  11089, you began living there in 2011, correct?
14  A.  Yes.
15  Q.  Okay.  And how many years prior to that had
16  been -- you had been living with your daughter?
17  A.  When we left downstate.
18  Q.  And that was?
19  A.  I don't remember.
20  Q.  2009?
21  A.  Was it 2007?  I don't remember.
22  Q.  Okay.  So for the time that you were living with
23  your daughter, you're collecting Social Security,
24  correct?
25  A.  Uh-huh.



Page 73

1  Q.  That's yes.  Did you have any -- that's a yes?
2  A.  Yes.
3  Q.  And you're -- you are claiming that you didn't
4  pay or use your Social Security monies, you were not
5  spending it?
6  A.  Correct.
7  Q.  What's your daughter's name?
8  A.  Cheri.
9  Q.  What's Cheri's last name?
10  A.  Breadon.
11  Q.   She still lives in Traverse City?
12  A.   She lives downstate and her husband lives up
13  here.
14  Q.  When did she move downstate?
15  A.   When she got a job at University of Michigan.
16  Q.  When was that?
17  A.   That was, like, four years ago.
18  Q.  Do you remember -- okay.  So you're currently
19  getting about $1,100 a month in Social -- well, you
20  might not.  Are you -- you're over 70, so you can
21  collect Social Security and not have it docked --
22  A.  Yes.
23  Q.  -- even if you're working?
24  A.  That's correct.
25  Q.  Because I'm getting closer to 70 myself.

Page 74

1       MS. JASINSKI:  Let me get my thoughts
2  together here.
3       THE RECORDER:  Do you need to go off the
4  record real quick?
5       MS. JASINSKI:  Yeah.  Let's go off just real
6  quick.
7       THE RECORDER:  All right.  We're off the
8  record at 11:58.
9       (A recess was taken.)
10       THE RECORDER:  All right.  We're on the
11  record at 12:00.
12  BY MS. JASINSKI:
13  Q.  Deposition Exhibit Number 1, which is the order
14  in terms of Document Request Number 6 asks for from
15  January 1, 2022 through the present, all demand
16  deposit accounts, savings accounts, checking accounts,
17  Christmas Club accounts at any financial institution,
18  including banks and credit unions titled in the name
19  of Victoria Bishop, including but not limited to
20  account statements and documents reflecting deposits
21  and withdrawals.
22       And your attorney, Mr. Concannon, provided
23  account statements that are under Tab number 6, ma'am,
24  but I know that these account statements do not go
25  back to January 1, 2022.  They are only starting at

Page 75

1  June 1, 2024.  Is there a reason for that?
2  A.  Well, I don't keep any proof.
3  Q.  Do you bank online?
4  A.  Yes.
5  Q.  Did you print these account statements from
6  offline or online?
7  A.  Online.
8  Q.  And why didn't you go back to January 1, 2022 to
9  obtain account statements?
10  A.   Well, basically, I didn't think it was necessary.
11  Q.   Why did you choose to start at June 1, 2024?
12  A.   Because it's a year's worth of statements.
13  Q.   So you in your mind determined what you thought
14  was necessary, despite the fact that the account -- or
15  that the Court's order required you to provide account
16  statements going back to January 1, 2022?  That was
17  your choice?
18  A.   That was my choice, yes.
19  Q.   Okay.  Let's look at, for example, let's look at
20  the account statement for -- let's go to BB-28.  And
21  that is the account statement from July 1, 2029
22  through July 31, 2024; is that correct?
23  A.   Yes.
24  Q.  I think we talked earlier about on Deposition
25  Exhibit Number 5, that there is at least one there,

Page 76

1  $5,000 contribution that's made by Mr. Bishop to your
2  campaign that you said actually that you made?
3  A.  Uh-huh.
4  Q.  That's a yes, correct?
5  A.  Yes.  Yes.
6  Q.  Did you use funds for your bank account to make
7  that contribution instead of Mr. Bishop?
8  A.  No.
9  Q.  What did you use?
10  A.  Cash.
11  Q.  How much -- you -- so you're -- you have a lot of
12  cash?
13  A.  Yes.
14  Q.  And the cash is derived from what, the
15  babysitting that you did for your daughter?
16  A.  Saving money, yes.
17  Q.  So in terms of the contributions that are
18  attributable to Mr. Bishop that you claim here are
19  really yours, you funded those all with cash?
20  A.  Yes.
21  Q.  And they were not in any kind of account?
22  A.  No, that's right.
23  Q.  And the source of the cash, when you say save
24  money, from what?  Because we know that you hadn't
25  worked since -- you babysat for your daughter.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
77–80

Page 77

1  A.  Uh-huh.

2  Q.  Okay.  That's a yes.  Okay.  And for how many

3  years did you do that?

4  A.  Well, let's see.  The kids were two at the time,

5  and they were in grade school by the time I left.

6  Probably about five or six years.

7  Q.  And you lived with her full time?

8  A.  Yes.

9  Q.  How much did she pay you?

10  A.  She didn't pay me.

11  Q.  Okay.  So the only source of your income was

12  Social Security?

13  A.  Yes.

14  Q.  And you didn't use your -- you did -- you used

15  that Social Security for nothing?

16  A.  No.

17  Q.  Just deposited in the -- or just kept it?

18  A.  Just kept it.

19  Q.  How long have you been banking at 4Front?

20  A.  I do not know.  A long time.

21  Q.  Since you moved to the Traverse City area?

22  A.  No.

23  Q.  After that?  Where -- what other financial

24  institutions have you had relationships with?

25  A.  TLC, I think it is.

Page 78

1  Q.  It's downstate, right, TLC Credit Union?

2  A.  Yes.

3  Q.  It's downstate.  What other financial

4  institutions have you had?

5  A.  I don't remember.

6  Q.  If I recall correctly, if you started collecting

7  Social Security in 2009, that would have had to be

8  deposited -- direct deposited to in account, correct?

9  A.  Yes.

10  Q.  At the time that you were living with your

11  daughter and while -- and you said that was for a

12  period of five or six years, before you moved into the

13  Kewadin property, correct?

14  A.  Correct.

15  Q.  Okay.  Did you have a vehicle?

16  A.  Yes.

17  Q.  Did you drive it anywhere?

18  A.  Yes.

19  Q.  Did you pay for insurance on that vehicle?

20  A.  I believe, yes.

21  Q.  Okay.  Did your daughter give you money to do

22  that?

23  A.  I think she took care of the insurance.

24  Q.  And did you say your daughter works for

25  University of Michigan?

Page 79

1  A.  Yes.

2  Q.  So there's nothing in any of the account

3  statements that you provided that would show that you

4  would be able to point to, to say that transaction,

5  that transfer, whatever it is --

6  A.  Correct.

7  Q.  -- reflected an expenditure towards your

8  campaign?  It was all funded by cash?

9  A.  Yes.

10  Q.  Well, except for your credit card, correct?  The

11  credit card that you used to buy the signage.

12  A.  The sign.

13  Q.  Right?

14  A.  Yes.

15  Q.  And you would have had to pay that credit card

16  bill, correct?

17  A.  Yes.

18  Q.  The credit card bill of $3,900 more or less?

19  A.  Yes.

20  Q.  And you didn't pay that with cash?

21  A.  I don't remember how I paid it.

22  Q.  A credit card company?  Okay.  I suppose you

23  could do ACH, but -- so if I were to look through your

24  account records, I should be able to find some type of

25  transaction that would key into the 3914, whatever it

Page 80

1  was, an in kind contract for the signs -- for the

2  signs?

3  A.  Yes.

4  Q.  Do you want to take a moment to look through your

5  account statements to see if we can find a campaign

6  expenditure.

7  A.  What's the date?

8  Q.  You asked me that, didn't you?  Bear with me.

9  Oh, here it is.  Yeah, it's interesting, it doesn't

10  have a date.

11      MR. CONCANNON:  What's the time frame?

12      MS. JASINSKI:  4-17 to 7-21, and we don't

13  have anything earlier than June.

14      MR. CONCANNON:  Is the question on the table

15  at the moment that given whatever records have been

16  attached from the bank, is there any expenditure

17  reflected on the bank statement that she sees that she

18  could attach as a campaign expenditure?  Is that the

19  question on the table?

20      MS. JASINSKI:  That's the question on the

21  table.

22      MR. CONCANNON:  All right.  I'll make sure

23  to let you know.

24      MS. JASINSKI:  And the one that I'm looking

25  at in particular is -- we were talking specifically



VICTORIA BISHOP                                                  July 25, 2025
EUO OF VICTOR BISHOP                                             81–84

Page 81

1 about the signs, the $3,913.96 cents that's reflected
2 on the Campaign Finance Report attributable to Randy
3 Bishop, talk show host, Michigan Broadcasters and it's
4 to Precision Signs. Oh, I take that back. Date --
5 see there you go. Date of receipt 4-19-2024. So we
6 don't have the bank statements because she didn't
7 produce them.
8       THE WITNESS: Of April?
9       MS. JASINSKI: April.
10      THE WITNESS: I thought I did all of '24.
11 BY MS. JASINSKI:
12 Q. No, you did not, ma'am. You started with June of
13 2024. So we don't have any way to see any expenditure
14 for that date. Which means we might be coming back
15 here. Okay.
16      So your testimony is all of these expenditures
17 were paid for in cash?
18 A. Yes.
19 Q. And if we look at -- if I'm looking at your
20 account statements that you produced, it appears to
21 me -- so if we go, for example, to -- let's look at,
22 again, VB28. VB28 is a good example that -- which is
23 the July account statement -- that when you receive
24 your Social Security deposit, and it appears it's
25 1,100 -- at the time, 1,107.90 -- that those funds are

Page 82

1 pretty much used up by the end of the month.
2       Is that a fair statement? If you're looking at
3 your --
4 A. 1277?
5 Q. Yeah. If you look at VB28, just as an example,
6 we have your checking balance at the end of the month
7 is zero, because it appears from that balance -- and
8 I'm telling you right now, you have more of a numbers
9 and accounting background than I do. But as I'm
10 looking at this account statement, it appears that
11 there is a deposit that is then transferred over -- of
12 your Social Security that is transferred over to your
13 checking account. And then there are a number of
14 either ACH withdrawals, point of service withdrawals,
15 or the like that are made from those funds?
16 A. Right.
17 Q. And that by the end of the month, the January --
18 July 31, the ending balance is $0. So it appears that
19 you pretty much use up your Social Security deposits
20 for monthly expenditures, correct?
21 A. If you read this, it goes into the prime share.
22 Q. Right.
23 A. Okay? Then, as I spend things --
24 Q. Yep.
25 A. -- they take it out of the prime and put it into

Page 83

1 my checking.
2 Q. Exactly.
3 A. Okay?
4 Q. Yeah, yeah, yeah.
5 A. And at the end of -- the ending balance after 11-
6 07 is 1280.60.
7 Q. That you still are going to have in your prime
8 share account, but you have nothing in your checking
9 account?
10 A. I never have anything in my checking account. It
11 transfers out of my prime into my checking.
12 Q. And we don't have account records earlier that we
13 could see how this $3,916 expenditure had been paid?
14 A. I can look.
15 Q. Okay. Let's go to back to Exhibit 1 and Document
16 Request Number 7. It says, "From January 1, 2022,
17 through the present, all demand deposit accounts,
18 savings account, checking accounts, Christmas club
19 accounts at any financial institutions, including
20 banks and credit unions, titled in the name of
21 Victoria Bishop, Michigan Broadcasters, or any other
22 entity in which Mrs. Bishop claims an ownership
23 interest in which Debtor has a right of withdrawal or
24 on which he's an authorized signer or from which he is
25 authorized to make withdrawals, including but not

Page 84

1 limited to account statements and documents reflecting
2 deposits and withdrawals."
3       And your counsel provided, under Tab number 7, a
4 bunch of Michigan Broadcaster statements --
5 A. Yes.
6 Q. -- at PNC Bank? And again, I'm noting that it
7 doesn't appear that those go back to 2022. It appears
8 that the account statements that I have been given are
9 for a fraction of that time. And let me see. Looks
10 like we're starting also -- we're looking June --
11 first statement, June 29, 2024, the last statement --
12 oh, it looks like you gave me a statement through June
13 30th, 2025.
14      Is there a reason that you did not provide
15 documents from January 1st, 2022?
16 A. Same reasoning.
17 Q. You didn't feel like it?
18 A. No, it's not that I didn't feel like it. It's
19 just, you know, I don't know what you think you're
20 going to find.
21 Q. You made a decision not to produce those
22 documents because you made a choice it was not
23 necessary?
24 A. Yes.
25 Q. And you already testified that Mr. Bishop is an



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
85–88

Page 85

1 authorized signer on that account?
2 A. Yes.
3 Q. Were -- was this account used in connection with
4 the payment of any household expenses?
5 A. I imagine so, yes.
6 Q. Why do you imagine that?
7 A. Because I used cards, and I gave Randy a card.
8 Q. Okay. But this is your account or the -- it's
9 the company's account, correct?
10 A. Correct.
11 Q. And is it -- your testimony is that the deposits
12 in this account are used for the payment of household
13 expenses?
14 A. Yes.
15 Q. To what extent?
16 A. (No audible response)
17 Q. Let's look, for example --
18 A. Yes.
19 Q. Let's do that. Let's look at DB76, or 67.
20 A. 67. Okay.
21 Q. And if you look at ACH deductions, and it looks
22 like there's a $2,100 ACH deduction for web payments,
23 3 T's Property. What's that?
24 A. Property -- ACH web payments, Three T's.
25 Q. Happens every month, at least in the account

Page 86

1 statements you gave to me. What's that for?
2 A. Oh, that's rent.
3 Q. Rent for?
4 A. For the studio.
5 Q. For the house?
6 A. Yeah. Well, part of it is. I pay 1,100, then
7 2,100. It's up to 3,800 now.
8 Q. So it's -- how many square feet in that house?
9 A. 4,600.
10 Q. I thought it was close to five. I thought it was
11 close to five. Okay. So you're at $3,800 a month
12 that you pay for the house --
13 A. Yes.
14 Q. -- for rent?
15 A. Yes.
16 Q. Okay.
17 A. That just happened January 1st, because something
18 with the taxes -- blah, blah, blah, you know? So.
19 Q. What was it before January 1st?
20 A. It was not -- I think it was 2,100. Now it's up
21 to 3,800. Yes.
22 Q. For the entire house?
23 A. Yes.
24 Q. Okay. So we've got -- you testified that there's
25 an LLC that there was a lease arrangement with -- that

Page 87

1 Mr. Bays is associated with that LLC?
2 A. Yes.
3 Q. And then there are additional funds that are paid
4 for the house that are payable to Three T's Property
5 for the house?
6 A. Yes.
7 Q. Okay. And the house, as I understand from Mr.
8 Bishop, is on a single meter?
9 A. I believe it is.
10 Q. Okay. So there --
11 A. I think they have -- there's another meter for --
12 Q. You guys have geothermal. You probably have that
13 separately metered. You might?
14 A. No, we do have geothermal, but it -- I think the
15 second meter is for if the power goes down, the
16 generator.
17 Q. Oh, you have a standby generator?
18 A. Yes.
19 Q. Okay. But in terms of the normal electrical
20 usage --
21 A. Yes.
22 Q. -- of the house, it's one meter?
23 A. Yes.
24 Q. Okay. When you say you pay the other -- the 300
25 minus 21, whatever it is -- so you pay another portion

Page 88

1 of rent to Mr. Bays' LLC?
2 A. No, it's the -- it's paid out of here. It was
3 2,100. It went up to 3,800.
4 Q. For the entire house?
5 A. Yeah, but 1100 of that is rent for us. The
6 balance is for the radio station.
7 Q. But the house isn't blocked off? I mean, it's --
8 A. The studio is in the front of the house.
9 Q. Do you use this business account to pay any other
10 business expenses, or excuse me, household expenses?
11 A. Might pay electric out of here.
12 Q. Okay. Any insurance expenses?
13 A. Not really. I pay the insurance out of my -- my
14 forefront.
15 Q. What about food?
16 A. We sometimes take people out. We use this.
17 Sometimes we cook at home.
18    MR. CONCANNON: She's asking if you use to
19 pay --
20 BY MS. JASINSKI:
21 Q. If I use --
22    MR. CONCANNON: -- your entire grocery bill
23 with this.
24 BY MS. JASINSKI:
25 Q. Yeah. Do you use --



VICTORIA BISHOP                                                          July 25, 2025
EUO OF VICTOR BISHOP                                                        89—92

Page 89

1  A.  No.
2  Q.  -- funds from Michigan Broadcasters, like, to pay
3  your grocery bill?
4  A.  No.
5  Q.  If there were debit or account transactions
6  involving Meijer, what would that -- is that a
7  business expense?
8  A.  No, I don't think so.  Meijer would be my
9  prescriptions or, you know, something that Randy
10 picked up at the grocery store.
11 Q.  So for example, again, just for an example, VB67,
12 if I'm looking at point of sale purchases, we have
13 Village Market in Elk Rapids for, you know -- on VB67
14 for $21, Costco for 191.  Is that a -- is that a
15 business expense or a personal expense?
16 A.  Don't know.
17 Q.  Do you pay -- do you use the deposits in the --
18 in the business account to pay internet bills?
19 A.  If it is for the radio station, yes.
20 Q.  Is it separately -- do you have separate invoices
21 for personal internet or the business use?
22 A.  I'm trying to think.  I think we have Spectrum.
23 Q.  For your house?
24 A.  Yes.
25 Q.  Okay.  Do you pay the Spectrum bill from a

Page 90

1  business account?
2  A.  I don't know.
3  Q.  How about Hulu?
4  A.  Hulu?
5  Q.  Hulu.  I'm looking at VB68, 729, ACH web
6  transfer, PayPal, Hulu.
7  A.  PayPal, Hulu, for 7.99?
8  Q.  Yep.
9  A.  I don't know.  Maybe he purchased something.  I
10 don't know.
11 Q.  So it's fair to say, I mean -- well, let's go to
12 VB70.
13 A.  Okay.
14 Q.  And we're looking at debit card purchases, and
15 I'm just taking an example here.  Debit card purchase
16 on 8-16, U.S. 31, Discount Liquor, $42.39.  Is that a
17 business expense?
18 A.  I don't know.  He might have bought booze for
19 somebody.
20 Q.  Okay.  Then we've got on 8-12 debit card
21 purchase, Kilwins, 25.41.  That's cheap, getting out
22 of Kilwins for that.
23 A.  25.41?  (Inaudible) --
24 Q.  Do you know what -- is that a business expense or
25 a personal expense?

Page 91

1  A.  I don't know if -- you know, I do not know.
2  Q.  Okay.  Here's a good one.  Let's go VB71.  On 8-
3  26, debit card purchase, QT Nails in Traverse City.
4  What's that all about?
5  A.  That's me.
6  Q.  You have very nice nails for your manicure.  Very
7  nice.  I don't have --
8  A.  Go to QT.  She does -- she does --
9  Q.  Okay.
10 A.  -- a good job.
11 Q.  Okay.  And then you can see, like, underneath
12 there -- for example, let's go to 8-26, debit card
13 purchase, Great Lakes Energy, for $194.  What's that
14 all about?
15 A.  8-26?  I do not know.
16 Q.  All right, because miss --
17 A.  What's (indiscernible) Michigan?  What's that
18 mean?
19 Q.  Your --
20    MR. CONCANNON:  She's asking you.
21    MS. JASINSKI:  Yeah.
22    MR. CONCANNON:  If you don't remember, back
23 to her admonition.  If you don't know, you don't know.
24 BY MS. JASINSKI:
25 Q.  If you don't know, you don't know.  So there

Page 92

1  are -- what do you do, if anything, when you get the
2  business checking account?  Do you in any way
3  reconcile it with the transactions at the end of the
4  month?
5  A.  No.  No.
6  Q.  Does Mr. Bishop?
7  A.  No.
8  Q.  So you get the -- you just get the account
9  statements, and it's -- you file them away?
10 A.  Yeah.  Well, we really don't keep paper.  This --
11 we had to go into the checking --
12 Q.  Oh, I know online banking.
13 A.  Yeah.
14 Q.  You can go back years.
15 A.  Yeah.
16 Q.  So suffice it to say you and Mr. Bishop use the
17 business checking account for the payment of personal
18 and household expenses; is that fair?
19 A.  That's fair.
20 Q.  Okay.  And you have no way of quantifying the
21 extent to which you use the business checking account
22 for personal or household expenses?
23 A.  No.
24 Q.  Did you consider the use of the business
25 account -- you go to -- you go to get your nails done.



VICTORIA BISHOP                                          July 25, 2025
EUO OF VICTOR BISHOP                                     93–96

Page 93

1  How much does that cost a pop?  I'm curious.
2  A.  45.
3  Q.  Okay.  So you're using the business account to
4  get your nails done for $45.  Do you consider that
5  income to you?
6  A.  Do I consider it income?
7  Q.  Right?
8  A.  No.
9  Q.  Why?
10  A.  Because I used a credit card.  No.
11  Q.   So we -- what we can tell is we know that -- just
12  from what you've said so far, that -- I'm going to
13  strike that.  I don't think people said that.
14      Okay.  Let us find your clip -- entire clip of
15  this, of Exhibit Number 2, if you don't mind.
16      MS. JASINSKI:  I'm sorry, Mr. Concannon.
17      MR. CONCANNON:  That's fine.  I'm fine.
18      MS. JASINSKI:  I'm -- I just want to make --
19  okay.
20  BY MS. JASINSKI:
21  Q.   Number 8 asked for all documents reflecting the
22  owner of the following domain names, and in
23  particular, Your Defending Fathers, and you did not
24  produce any documents.  You said you have no
25  responsive documentation, correct?

Page 94

1  A.  That's correct.
2  Q.  Do you have any association at all with Your
3  Defending Fathers?
4  A.  No, I do not.
5  Q.  Who does?
6  A.  Randy.
7  Q.  Who's Brian Sommerfeld (phonetic)?
8  A.  Brian Sommerfeld was a partner on a radio station
9  prior to us buying this one.
10  Q.  W-A-A-M?
11  A.  No, that's WAAM.  That's --
12  Q.  That's in Ann Arbor?
13  A.  Yeah, that's Malcolm X or whatever his name is.
14  Thayrone X.  So --
15  Q.   What radio stations were you partners in with
16  Brian Sommerfeld for CHY?
17  A.  I don't remember the call letters, but we were in
18  a partnership with Brian Sommerfeld and Greg Marshall.
19  I was in a partnership with them, and Greg Marshall
20  was moving south, and Brian and his lovely wife moved
21  to Florida, and they wanted to sell the station.  So
22  we sold the station, and then I took the money from
23  that station and bought another station.
24  Q.   What station were you in partnership originally
25  that you sold and then used it to buy another station?

Page 95

1  A.  I don't remember the call letters.
2  Q.  Okay.  Do you recall how long ago it occurred?
3  A.  Well, I don't know how long we've owned this
4  station.
5  Q.  You bought it in 2019.  The license was
6  transferred in 2020.
7  A.  Okay.  Well, since then.
8  Q.  Okay.  Since then.  And did you use the funds
9  from a previously owned station to purchase CHY?
10  A.  Yes.
11  Q.  Okay.  And if I understand correctly, that was
12  seller-financed to a degree that there were payments
13  over time?
14  A.  Yes.
15  Q.  And there was a $4,000 down payment, correct?
16  A.  Yes.
17  Q.  And was that down payment made in cash?
18  A.  Yes.
19  Q.  Okay.  And then the payments were $1,000 per
20  month, correct?
21  A.  Yes.
22  Q.  Has that been paid off?
23  A.  I believe it has been.
24  Q.   Would there be any documents that -- would the --
25  were the payments concerning WCHY made from the

Page 96

1  business account?
2  A.  It would've been Michigan Broadcasters.
3  Q.  Right.  Right.
4  A.  Yes.
5  Q.  So if I am looking through business -- the
6  account statements for the station that you produced,
7  I should be able to see the $1,000 a month payments
8  that were made to the owner of CHY?
9  A.  You should, yes, but that was quite a while ago.
10  This -- this radio station is a hobby.
11  Q.  Well, it's a hobby that's paying some of the
12  household expenses.  That's for sure.
13  A.  Yes.
14  Q.  Okay.  So then, we look at Document Request
15  Number 9, which asks for any loans that you obtained
16  that were used in connection with payment of any
17  household expenses.  And it refers to a Schedule J of
18  your husband's bankruptcy petition, which we'll get to
19  in just a moment.  But there were no documents that
20  were produced in connection with Number 9 saying, hey,
21  did you get any loans that you used to pay household
22  expenses?
23      And from your testimony, I assume that you never
24  obtained any loan to pay household expenses?
25  A.  That's correct.



VICTORIA BISHOP                                              July 25, 2025
EUO OF VICTOR BISHOP                                        97–100

Page 97

1  Q.  You either used it -- you either used cash, maybe
2  something from your personal account, or monies from
3  the Michigan Broadcasting account?
4  A.  Right.
5  Q.  Okay.  Any other source?
6  A.  No.
7  Q.  Okay.  Nothing from the Antrim County
8  Conservative Union?
9  A.  No.
10  Q.  Okay.  And then we have a request for -- number
11  10 -- articles of organization and operating
12  agreements for Michigan Broadcasters.  And what I
13  received in response to Number 10 were the articles of
14  organization, which is why I know about Brian
15  Sommerfeld, since he is identified as the registered
16  agent in the registered office.
17  A.  He was, yes.
18  Q.  But no operating agreement.  Is there an
19  operating agreement for Michigan Broadcasters?
20  A.  No.
21  Q.  You just filed articles of organization, but
22  there's no operating agreement?
23  A.  Right.
24  Q.  Do you know what an operating agreement is?  And
25  if you don't, there's no shame.

Page 98

1  A.  No.  I'm thinking.  I have to pay, I know, all
2  yearly.
3  Q.  That's an annual report.
4  A.  Yes.  But no, that's it.
5  Q.  Okay.  When you -- American Finance, that was a
6  corporation, correct?
7  A.  Correct.
8  Q.  Okay.  Did it have bylaws?
9  A.  Yes, it did.
10  Q.  Okay.  In the context of an LLC, an operating
11  agreement is kind of like the bylaws.
12  A.  Okay.
13  Q.  So you're not -- you're not aware that there's
14  any operating agreement at all that you've ever seen
15  for Michigan Broadcasters?
16  A.  Correct.
17  Q.  Is there an -- when you purchased the station in
18  2019, do you recall if you had to provide operating
19  agreement for Michigan Broadcasters at all?
20  A.  I don't recall having to do that.
21  Q.  Okay.  Okay.  Now, there are a number of document
22  requests that the response was that the information
23  had already been provided by Mr. Bishop.  And so we'll
24  go through those, and I will tell you that when I
25  received this, that I communicated with Attorney

Page 99

1  Concannon to let him know that that was not the case,
2  that those documents had not been provided.  We have
3  articles of organization and operating agreements for
4  the Antrim County Conservative Union.  And the
5  response was, the information had been provided by Mr.
6  Bishop.  That's not correct.
7      You are the sole member of the Antrim County
8  Conservative Union, correct?
9  A.  Correct.
10  Q.  That was formed in 2018, correct?
11  A.  Yes.
12  Q.  Is there an operating agreement for it?
13  A.  No.
14  Q.  Okay.  And --
15      THE RECORDER:  That's a no?
16      THE WITNESS:  That's a no.
17      MS. JASINSKI:  That's a no.
18  BY MS. JASINSKI:
19  Q.  And I understand that the Antrim County
20  Conservative Union puts on certain events during the
21  year; is that correct?
22  A.  Yes, a pig roast.
23  Q.  They've also -- have they also had seminars on,
24  for example, Robert's Rules of Order?
25  A.  Randy has, yes.

Page 100

1  Q.  In the context of being the -- associated with
2  the Antrim County Conservative Union?
3  A.  I -- I don't know if they did it.  He -- he just
4  sent out a flyer to learn Robert's Rules of Order.
5  Q.  Okay.  So does the Antrim County Conservative
6  Union have a bank account?
7  A.  No.
8  Q.  With its -- it's a pig roast, right, that you
9  guys have in July?
10  A.  Yes.  Yes.
11  Q.  What do you do with the funds that you collect in
12  connection with the pig roast?
13  A.  Pay for the pig roast.
14  Q.  All right.
15  A.  Pay for pop, pay for the food, you know, pay for
16  gifts to hand out.  He -- it's political.
17  Q.  There are sponsors for that event, though,
18  correct?
19  A.  No.
20  Q.  There are no sponsors for the pig roast?
21  A.  No.  No.
22  Q.  Okay.  And do you pay those expenses in cash?
23  A.  I think they're -- it's through -- I don't know
24  how he paid them, to tell you the truth.
25  Q.  Okay.  And to the extent that someone is going



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
101–104

Page 101

1  to -- let's say I wanted to go to a pig roast, and I
2  wanted to shoot a bunch of stuff, and I'm a very good
3  shot.  And I'd have to pay an admission fee, correct?
4  I want to pre-register.  I have to -- I pay that,
5  what, through a credit card?  An ACH?
6      How do I pay that?
7  A.  Through something Monkey on the web.
8  Q.  Something Monkey?
9  A.  Yeah.
10 Q.  Okay.  So there's some --
11     MR. CONCANNON:  Online pay thing?
12     THE WITNESS:  Yeah.
13 BY MS. JASINSKI:
14 Q.  Yeah, some kind of -- okay.  And so when that
15 occurs, who -- what happens to those funds?
16 A.  Those funds are paid out for drinks, for the -- a
17 big pig, for beans, for your -- for everything that
18 entails.  I think there's 1,500 that is paid to Davis
19 (phonetic) to rent the gun -- the gun thingy.
20 Q.  Did -- does the Antrim County Conservative Union
21 receive contributions from other political
22 organizations?  So for example, the Presque Isle
23 County Republican Party?
24 A.  No.
25 Q.  Never has?

Page 102

1  A.  I don't know.  I don't think so, no.
2  Q.  Who takes care of the books and records for
3  Antrim County Conservative Union?  Do you, or does Mr.
4  Bishop?
5  A.  I don't, so it'd have to be Randy.
6  Q.  Okay.  And does the Antrim County Conservative
7  Union have a bank account someplace?
8  A.  Not to my knowledge.
9  Q.  All right.  You don't know, but it might have?
10 A.  I don't know.
11 Q.  Would Mr. Bishop know?
12 A.  I don't know.
13 Q.  If you didn't know and Mr. Bishop didn't know,
14 who else would know?
15 A.  Don't know.
16 Q.  Are there any other members of the Antrim County
17 Conservative Union, LLC?  Are you the sole member?
18 A.  I think I am.
19 Q.  Okay.  And you don't know if they have a bank
20 account?
21 A.  No.
22 Q.  Okay.  All righty.  And then we have from
23 December 9, 2023, through -- and this is Number 12 --
24 December 9, 2023, through December 9, 2024.  December
25 9 is when your husband filed his Chapter 7.  "All

Page 103

1  documents reflecting the income and expenses of
2  Michigan Broadcasters, including but not limited to
3  advertising revenue generated during the airing of
4  Your Defending Fathers."  That is referenced in the
5  broadcast agreement between Michigan Broadcasters and
6  Randy Bishop, DBA Patriot Communications, Your
7  Defending Fathers show that is dated January 3, 2022.
8  And there are no documents provided, and the
9  representation is that those materials had been
10 provided by Debtor.
11     That's not true?
12 A.  So he didn't give you the contract or --
13 Q.  I got the contract, but it asks, ma'am, for much
14 more.  It says, "All documents reflecting the income
15 and expenses," not just the contract.  Yes, he did
16 produce the contract.
17 A.  Oh, okay.
18 Q.  Do you have documents regarding the income and
19 expenses for Michigan Broadcasters from December 9,
20 2023, through December 9, 2024?
21 A.  I gave you --
22 Q.  I've got -- I have bank account records.
23 A.  That's it.
24 Q.  That's it?
25 A.  That's it.

Page 104

1  Q.  And some of those expenses that we talked about
2  on those bank records are personal expenses, correct?
3  A.  Correct.
4  Q.  Okay.  And those would be personal expenses also
5  for Mr. Bishop, correct?
6  A.  Correct.
7  Q.  Okay.  The other -- excuse me, the other
8  documents asked for, Number 13:  "February, '22
9  through the present, all documents concerning any
10 lease or rental agreements between Michigan
11 Broadcasters, LLC, and 11089 Wood Special Drive, LLC,
12 concerning the use of the improvements located on your
13 property."
14     The only materials that we have been provided to
15 date, ma'am, would be the lease.
16 A.  That's all we have.
17 Q.  And -- but there's no lease that you have --
18 you're making payments to a different LLC, to Three
19 T's.  And you have no specific agreement with Three
20 T's?
21 A.  Just the lease agreement.
22 Q.  But the one lease agreement is with the -- it is
23 not with Three T's.  It is with the 11089 --
24 A.  Wood Special Drive.
25 Q.  -- wood Special Drive.  It's with a separate



Page 105

1  entity is what I'm getting at.  You don't have a
2  separate lease agreement with Three T's, because
3  that's where the ACH payment is going, to Three T's.
4  It's going to a completely different LLC, hence my
5  confusion.
6  A.  Okay.
7  Q.  So you have one lease agreement that is for --
8  Mr. Bishop testified it's $1,200 a month is what is
9  required?
10 A.  Uh-huh.
11 Q.  That's a yes.
12 A.  (No audible response)
13 Q.  But you don't have any lease agreement with Three
14 T's?
15 A.  No.
16 Q.  Okay.  Okay.  The other documents that we asked
17 for, all documents reflecting any contracts or other
18 agreements between Michigan Broadcasters and
19 Randy Bishop.  And you said he believed that that
20 materials had been previously provided by Mr. Bishop.
21     What do you believe that he provided?
22 A.  The contract between Michigan Broadcasters and
23 Your Defending Fathers.
24 Q.  No other agreements?
25 A.  No.

Page 106

1  Q.  Had it ever been amended?
2  A.  No.
3  Q.  Mr. Bishop testified that an attorney suggested
4  the preparation of that kind of syndication agreement
5  for him between Michigan Broadcasters and the station.
6     Do you recall having a discussion with
7  attorney -- an attorney regarding the preparation of
8  that document?
9  A.  No.
10 Q.  Why is it that document was prepared?
11 A.  Why was it prepared?
12 Q.  Yeah.  Because you had the station for a few
13 years.
14 A.  I don't know.  He talked to -- with an attorney.
15 He wanted total autonomy because he did not want me
16 telling him what he could or could not say on the
17 radio.  So --
18 Q.  Just like a husband.
19     MS. JASINSKI:  What number are we on?
20     THE RECORDER:  We are on 6.
21     MS. JASINSKI:  Exhibit Number 6 is broadcast
22 agreement between Michigan Broadcasters, LLC, and
23 Randy Bishop, d.b.a.  Patriot Communications, Your
24 Defending Fathers.
25     (Exhibit 6 was marked for identification.)

Page 107

1  BY MS. JASINSKI:
2  Q.  Are you familiar with this document?
3  A.  Yep.
4  Q.  Have you -- is this the contract that you're
5  referring to?
6  A.  Yes.
7  Q.  And I see it's dated January 3, 2023?
8  A.  '22.
9  Q.  Excuse me.  Thank you so much.  And you said that
10 Mr. Bishop wanted this document because he didn't want
11 you telling him what he could say on the air?
12 A.  Correct.  And this was to cover me as well as
13 him.
14 Q.  And do you remember the name of this attorney?
15 A.  I think it was Melissa something.  She's an FCC
16 attorney.
17 Q.  So you -- are you saying that you have
18 absolutely -- it is your understanding you have no
19 control over what Mr. Bishop says on the radio and
20 that's what the purpose of this agreement was?
21 A.  That's correct.
22 Q.  Okay.  Well, let's look at Paragraph 3A.  "There
23 shall be no use of profanity, foul language, or the
24 advertising of liquor, malt spirits, or tobacco
25 products on the YDF show."

Page 108

1     Isn't that controlling what he can say?
2  A.  Well, he put that on himself.
3  Q.  But isn't that controlling what he can say?
4  A.  Well, yep.
5  Q.  Okay.  So you -- this document, ma'am, also
6  refers to cost sharing and revenue sharing.  So let us
7  look to -- let's see here.  Paragraph 2.
8  A.  Paragraph 2.
9  Q.  Paragraph 2.  YDF -- I'll read it just for fun.
10 "YDF," Your Defending Fathers, "shall pay a minimum
11 sum of $75 per each hour of the broadcasting of the
12 YDF program as a studio access fee.  Said studio
13 access fee shall be paid in advance monthly prior to
14 the broadcasting of the YDF show.  Additionally, 75
15 percent of advertising revenue generating -- generated
16 for airing during the YDF show shall be paid to the
17 station in advance prior to airing commercials."  And
18 then it says, "Fee attached, show clock."
19     At any time after this agreement was entered
20 into, did you do any kind of accounting with respect
21 to the agreement, particularly Paragraph 2?
22 A.  No, I trusted him.
23 Q.  I beg your pardon?
24 A.  I said I trusted him to do that.
25 Q.  So you delegated that responsibility to Mr.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
109–112

Page 109

1  Bishop?
2  A.  Yeah.
3       THE RECORDER:  Yes?
4       THE WITNESS:  That's a yes.
5  BY MS. JASINSKI:
6  Q.  Did you ever see any kind of accounting?  Did you
7  ever ask him for any kind of accounting?
8  A.  No.  Talked to him, but no.
9  Q.  Because, darn it, you're the one with the
10  accounting degree.
11  A.  Right.
12  Q.  Okay.  So this is the only document that's ever
13  been provided in connection with Number 15 or Number
14  14.  Are there any other documents you're aware of,
15  any kind of accounting, any contracts with Mr. Bishop?
16  It's Number 6; that's it?
17  A.  That's it.
18  Q.  And it's never been modified as far as you know?
19  A.  No.
20  Q.  Are there any other employees of Michigan
21  Broadcasting?
22  A.  No.
23  Q.  Is Mr. Bishop a -- an employee?
24  A.  No.
25  Q.  What is he?

Page 110

1  A.  He's an independent contractor.
2  Q.  Why is he identified as an employee of Michigan
3  Broadcasters on the campaign finance reports that you
4  originally prepared?
5  A.  Like I said, he asked me why I put him down.  I
6  took him off.
7  Q.  Well, but you identified him -- ma'am, you've
8  owned this station --
9  A.  Yeah.
10  Q.  -- since 2020, and their campaign, and you
11  repeatedly identified him as an employee of the
12  station in those campaign finance reports.  Why?
13  A.  It should have been Your Defending Fathers.  I
14  made a mistake.
15  Q.  No, we cannot possibly have you making a mistake.
16  So you just said it was mistaken that you put that
17  down --
18  A.  Yes.
19  Q.  -- repeatedly?  Okay.  Number 16:  "From January
20  1, 2022 through the present, all documents reflecting
21  the living expenses and payment of such expenses of
22  Randy Bishop, Victoria Bishop, formerly known as Vicki
23  Carr," I just think it's so cool that it's the name of
24  the singer, because I remember her, "including but not
25  limited to expenses for housing, home repairs,

Page 111

1  transportation, clothing, food, health insurance,
2  health expenditures, utilities, feeding and care of
3  pets, gifts, charitable contributions, personal
4  hygiene, grooming -- example:  haircuts --
5  entertainment, travel, vacations," and documents
6  reflecting monies paid for legal or professional
7  services for you or Mr. Bishop or any business entity
8  of which you're -- they are members, managers,
9  shareholders, officers, and directors, and I got
10  nothing.  There was no --
11  A.  You got -- you got the bank statements.
12  Q.  That's --
13  A.  Yeah, I got the bank statements.
14  A.  That's it.  That's it.
15  Q.  But I got the bank statements from June of
16  2022 -- I wanted bank statements from January of 2022
17  and I get them from June of 2024.  So I've got a good,
18  what, two and a half years of bank statements that you
19  didn't provide; is that fair?
20  A.  That's fair.
21  Q.  Okay.  Now, when's the last time you had a
22  conversation with Mr. Sommerfeld?
23  A.  It'd have to be about six years ago.
24  Q.  Okay.  It -- it's true though, isn't it, that he
25  and your husband hosted a program together?

Page 112

1  A.  Yes.
2  Q.  And that was WAAM?
3  A.  No.
4  Q.  Where was it?
5  A.  WAAM is Malcolm X or whatever the hell his name
6  is.
7  Q.  Okay.  What was their radio program?
8  A.  I don't remember.
9  Q.  Okay.
10  A.  But it was Your Defending Fathers, I thought.
11  Q.  Well, and I --
12  A.  Just a different radio station.
13  Q.  Would you consider them to be friends?
14  A.  Yeah, I think they were.  Yeah.
15  Q.  Would it surprise you when I asked him about Mr.
16  Sommerfeld during his deposition that he said he
17  didn't know who he was?
18  A.  No, that would not surprise me.
19  Q.  Why?
20  A.  Because Randy has a very short memory.
21       MS. JASINSKI:  What number are we on?
22       THE RECORDER:  7.
23       MS. JASINSKI:  Deposition Exhibit Number 7.
24  (Exhibit 7 was marked for identification.)
25  BY MS. JASINSKI:



Page 113

1  Q.  I'm not sure if you're familiar with this
2  document at all, ma'am.  This was a document that was
3  given -- produced to me via Mr. Bare as one of the
4  documents -- as one of the documents that Mr. Bishop
5  produced to him, in turn produced to the trustee, when
6  he filed for bankruptcy.
7  A.  Okay.
8  Q.  And I'm not sure if you've ever seen this before.
9  A.  No.
10  Q.  It purports to be your Social Security statement
11  and it's dated December 25th, 2024.  Have you --
12  A.  Mine or Randy's?
13  Q.  Randy's.  Have you -- have you seen similar
14  documents for yourself?
15  A.  No.
16  Q.  Hmm.  This is from the Social Security
17  Administration, and I -- I've seen these documents
18  before, because it will tell you this is your earnings
19  history, and it's usually given in the context of what
20  your annual Social Security benefit is going to be.
21  If you look at the second page of that document in
22  terms of Mr. Bishop's earning history -- and you guys
23  were married in 1988?
24  A.  '84.
25  Q.  '84, excuse me.  Okay.  And it shows, according

Page 114

1  to the government, his tax earnings for -- in Social
2  Security -- whoa, '81 through 1990 was $24,243; from
3  '91 through 2000, 26,331; zero recorded earnings, 2001
4  through 2005; same through 2006.  Looks like you got
5  $2,905 in 2007, zero in 2008, 12,000 and -- 12,207 in
6  2009.  In 2010, 678.  And then there are no reported
7  earnings from 2011 through 2022 on this document.
8       Since you've been married to him for 19 -- since
9  1984, I assume that this is -- there's nothing
10  incorrect about this that jumps out to you, it's like,
11  oh no, he made a fortune during -- and had a lot of
12  reported income during 2012?
13  A.  No.
14  Q.  So you would agree that, at least since 2011, he
15  hasn't had any reported income to the Feds?
16  A.  Yes.
17  Q.  Okay.  And you've been collecting Social
18  Security?
19  A.  Yes.
20  Q.  Okay.  All right.  So there weren't any documents
21  that were produced in response to Number 6 -- 16 at
22  all?  There was no even reference to it.
23  A.  What is it?
24  Q.  Number 16 was --
25       MR. CONCANNON:  Household expenses.

Page 115

1  BY MS. JASINSKI:
2  Q.  -- household expenses -- documents that you had
3  regarding household expenses.
4  A.  That would be the --
5  Q.  I understand.  I understand.  What I'm pointing
6  out --
7  A.  -- bank statements.  I mean, it's all on there.
8  Q.  Okay.  What I'm pointing to is, and your counsel
9  goes up to Number 15, it might have been because he
10  was working off --
11       MR. CONCANNON:  It's the same substantive
12  response, Counsel.  Yeah.
13       MS. JASINSKI:  Okay.
14       MR. CONCANNON:  It's the same substantive
15  request that you made.
16       MS. JASINSKI:  Okay.
17       MR. CONCANNON:  I -- yeah, there's only one
18  that I lacked.  I'll (crosstalk).
19       MS. JASINSKI:  Yeah.  This -- and I am not
20  faulting you.
21  BY MS. JASINSKI:
22  Q.  I want to show you -- and before we leave, we
23  have to account for all of the numbers.  No one leaves
24  this room unless we account for all of the numbers.
25  I'll throw myself in front of the door.

Page 116

1       MS. JASINSKI:  This -- we're up to Number 8,
2  I believe?
3       THE RECORDER:  This is Number 8.
4       (Exhibit 8 was marked for identification.)
5  BY MS. JASINSKI:
6  Q.  I'm going to take a guess that you've never seen
7  this before; is that correct?
8  A.  Yes.  You are going to take a guess good.
9  Q.  Polish by birth, not by marriage, even I can get
10  that one right.  There are two documents here.  One is
11  Schedule I, and it's called your income.  It's a
12  document that has to be completed in connection with a
13  bankruptcy filing.  And the third page is called
14  Schedule J, your expenses, another document that has
15  to be completed in connection with a bankruptcy.
16       Do you recall any conversation with Mr. Bishop at
17  all where he was asking you for information concerning
18  monthly household -- estimation of monthly household
19  expenses?
20  A.  No.
21  Q.  He didn't talk to you at all about it?
22  A.  No.
23  Q.  In the context of when he was getting ready for
24  bankruptcy or to file for bankruptcy, I understand --
25  at least the reason he's proffered to the Court that



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
117–120

Page 117

1  he filed, is because a couple of your vehicles had
2  been repossessed and that he wanted to get them back,
3  correct?
4  A.  That's right.
5  Q.  All right.  And so he was then referred to Mr.
6  Bare, but only he filed for bankruptcy and you
7  decided -- and you did not file for bankruptcy,
8  correct?
9  A.  I wouldn't.
10  Q.  Okay.  But he had no discussions that you can
11  recall at all with you saying, Ms. Vicky, what do we
12  pay every month for electricity, heat, and natural
13  gas?
14  A.  No.
15  Q.  Or what -- can you show me what we pay for food?
16  A.  No.
17  Q.  So if we're looking at these expenses, and I will
18  tell you that your husband in his deposition testimony
19  testified that this is -- information is all within
20  your personal knowledge, and he had no clue.
21  A.  Okay.
22  Q.  So he identifies rent as 1,200 bucks a month.
23  A.  It's 1,100, but okay.
24  Q.  All right.  He identifies no real estate taxes
25  are being paid, home maintenance repair and upkeep is

Page 118

1  $25 a month.  What do you know about that?
2  A.  (No audible response)
3  Q.  I mean, let -- here, let's -- because I could
4  take you through all of these items.  I want you to
5  take an opportunity, ma'am, and look through these
6  items and tell me, in looking at these items of
7  expense on Schedule J, for him to go, yeah, that looks
8  right.  That looks right to me.  It looks like, yeah,
9  vehicle insurance, 280 bucks a month, yep.  I know
10  that's accurate.
11      MR. CONCANNON:  I'm going to object to the
12  form that the specific request, even though I had a
13  numbering wrong, goes into documentation she provided
14  or didn't provide.  It not goes -- doesn't go into how
15  could Randy possibly have picked these numbers out of
16  the air?
17      MS. JASINSKI:  Well, that's fine.
18      MR. CONCANNON:  So --
19      MS. JASINSKI:  No, I get it.
20      MR. CONCANNON:  I'll make the objection.
21  You can answer when you --
22      MS. JASINSKI:  Yeah.
23      MR. CONCANNON:  -- are ready.
24      THE WITNESS:  Okay.  Well, I see some things
25  are wrong on here, but --

Page 119

1  BY MS. JASINSKI:
2  Q.  Talk to me about what's wrong.
3  A.  Well, insurance is not 280.  It's in 300s.
4  Q.  Okay.  So you mean vehicle insurance on 15C?
5  A.  Yes.
6  Q.  Okay.  What else?  It's in the 300s, you said?
7  A.  Yes.
8  Q.  Okay.
9  A.  Yeah.  It should show up on my bank statements.
10  Food and housekeeping supplies, 780?
11  Q.  Seems a little low to me.
12  A.  Seems high to me.
13  Q.  Whew.  Okay.  What else?
14  A.  Non-filing spouse disposable income?
15  Q.  Yep.
16  A.  He has 1,146.
17  Q.  Yep.
18  A.  That would be 1,300.
19  Q.  You're talking about your Social Security?
20  A.  Yes.
21  Q.  Okay.  Well, let --
22  A.  Well, when he filed this, yes.
23  Q.  Okay.  Let's go to the first page.  Okay.
24  A.  Okay.
25  Q.  The first page, it has "list monthly gross wages,

Page 120

1  salaries, commissions."  Okay.  So that's wages,
2  salaries, commissions, not Social Security, he has
3  identified for you 2,600 bucks a month; is that true?
4  A.  When did he file this?
5  Q.  December of 2024.  I'm not talking -- this is
6  before you were electives clerk.
7  A.  No.  I was already elected in December.
8      MR. CONCANNON:  She's asking was any of this
9  income that's seen as 2,600 bucks a month --
10      THE WITNESS:  No, that -- it would've been,
11  you know, like he was projecting.
12  BY MS. JASINSKI:
13  Q.  But you weren't earning 2,600 bucks a month in
14  December of 2024?
15  A.  No.
16  Q.  Okay.  Do you earn 2,600 bucks a month now?
17  What's your salary?
18  A.  I earn -- I earn close to 90,000.
19  Q.  God bless you.  So you would earn more than
20  $2,600 a month?
21  A.  Uh-huh.
22  Q.  So that's -- that -- as of December of 2024, this
23  $2,600 is wrong?
24  A.  Well, he was looking at -- they had 77,000 on
25  what the clerk would -- he was projecting.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
121–124

Page 121

1  Q.  How do you know that?
2  A.  I'm just saying.
3  Q.  Did you have a -- but did you have a conversation
4  with him?
5  A.  Nope.
6  Q.  So you don't have personal knowledge on what --
7  A.  I don't have a personal knowledge of payments on
8  there.
9  Q.  Okay.  Well, now, but don't put that down yet,
10  because I'm not done with that yet, ma'am.  If we look
11  at -- if you look at the second page of the document,
12  and we go down there, it says on Line 9 -- actually,
13  if you look Line 8, "Identify Social Security income,"
14  585 for him, 1,131 for you.
15      That's your Social Security income, correct?
16  A.  What page?
17  Q.  The second page of the document that you're
18  looking at, 8 and 9.
19      MR. CONCANNON:  So head over here.  Social
20  Security.
21      THE WITNESS:  Yes.
22  BY MS. JASINSKI:
23  Q.  Okay.  So that -- that's accurate?
24  A.  Yes.
25  Q.  Okay.  But the statement on the gross income of

Page 122

1  2,600 bucks that he has identified on the first page,
2  that's not accurate?
3  A.  No.
4  Q.  Because you didn't start earning that until
5  January, correct?
6  A.  Correct.
7      MS. JASINSKI:  Let's take a break.
8      THE RECORDER:  Yeah.  We are off the record
9  at 1:06 p.m.
10      (A recess was taken.)
11      THE RECORDER:  Okay.  We're on at 1:18.
12      MS. JASINSKI:  I do have a copy of the FOIA
13  request that I submitted to your office.
14      (Exhibit 9 was marked for identification.)
15      THE WITNESS:  Good.
16  BY MS. JASINSKI:
17  Q.  I'm going to come around because I only have one
18  copy of it, and I promise I showered, so we're good.
19  Take your time to go through that and tell me if
20  you've seen it before.
21  A.  This is not mine.
22  Q.  That was produced by your office.  That was
23  included in that packet, ma'am.  It might not be
24  yours, that's what was produced.
25  A.  Okay.

Page 123

1  Q.  And just so we're clear here, when you say this
2  one is not mine, just for the record, it says,
3  "Itemized expenditures, Schedule 1B candidate
4  committee."  On the top, it says -- there's one
5  expenditure, "Midwestern Broadcasting," not Michigan
6  Broadcasters, but "Midwestern Broadcasting Company
7  is -- identify the purpose, radio ads 10-8-20 -- 10-8-
8  24, $4,512."  That has been produced -- this document,
9  this one page, has been produced in connection with
10  every single FOIA request that has been submitted to
11  the county when asked about your CTE.
12      So when you said it's not yours, it's been
13  produced.
14  A.  Okay.
15  Q.  I don't make the rules.
16  A.  I will take care of it.
17      It's right here.  "Please see amended committee
18  report."
19  Q.  Read the next pages.
20  A.  This was before -- this is in May the 13th of
21  '25.
22  Q.  Yeah, just -- you just familiarize yourself and
23  then I'll answer some questions.
24  A.  Okay.
25  Q.  And I'll ask you some questions.

Page 124

1  A.  She sent you the amended one.
2  Q.  Is the amended report in there?
3  A.  I don't see it in there.
4  Q.  That's right.  It's not.
5  A.  But there is a note in there from that Marcus at
6  the -- the office, saying I sent you -- attached is
7  the amended report.
8  Q.  What you're referring to, ma'am, is the last
9  page, and it's --
10      MS. JASINSKI:  I'll come over here, Mr.
11  Concannon.  I hope you do not mind.
12      MR. CONCANNON:  It's fine.  It's fine.
13  BY MS. JASINSKI:
14  Q.  This is the totality of the Freedom of
15  Information Act request that went to Antrim County,
16  the totality of it.  And it asks for "all campaign
17  finance reports, including amendments thereto filed by
18  the committee to elect Victoria Bishop for the
19  position of Antrim County Clerk."  The request covers
20  the dates of April 1, 2024, through May 13, 2025, and
21  includes those reports filed in connection with pre-
22  and post-election periods.
23      The second document of this package is from the
24  county administrator saying, hey, you'll hear from the
25  clerk.



Page 125

1  A.  Jeremy.  Right.

2  Q.  Yeah.  You'll hear from the clerk.

3      And then we have something from Ms. Marcus.

4  "Turned around very quickly.  I was very impressed how

5  quickly it turned around.  See the attached report."

6  The report that she provided and the first thing that

7  you noted is this Schedule 1B candidate committee.

8  She goes, this is not me, not my dog.  This is what

9  was sent.  And then she provides these reports, these

10  documents.  There are a number of documents.  We have

11  CTE Victoria Bishop.

12  A.  It's the original.  Yes.

13  Q.  Right, it's the original.  So we go back here.

14  We go, we go, we go.  More stuff, more stuff, more

15  stuff.  The campaign finance report that was the

16  original that identifies Mr. Bishop in a number of

17  places.

18  A.  Uh-huh.

19  Q.  Number of places showing the contributions.

20  There's also this report that is dated 10-21-2024, 11-

21  25-24, so that would be post-election, highlighted in

22  the original that was provided to me, signed by you on

23  11-25-2024, correct?

24  A.  Correct.

25  Q.  That's your signature --

Page 126

1  A.  Yes.

2  Q.  -- and date down there on that document.  More

3  stuff, more stuff, my gosh.  References to Mr. Bishop.

4  I think Mr. Bishop agreed that he did buy pizza on 11-

5  11-24 for 124 bucks, that he paid in cash.  And

6  interestingly, others specified pizza paid in cash.

7  So there's a reference that you made there that Mr.

8  Bishop paid cash for something, correct?

9  A.  He did.

10  Q.  We have many more.  We have many more.

11  A.  And then here --

12  Q.  And then she says, please see the amended report.

13      I say, thank you.  And then this is what she

14  provided, the 10-21-2024, 11-2025.  Wait for it.  Same

15  thing, I know.  The same report that we had just

16  talked about.

17      The last document in this package was an email to

18  Ms. Marcus.  This is an, open quote, "amended report?"

19  Because she says, please see the amended committee

20  report.

21      And I said, this is the amended report.  She

22  never responds.  There is no amended report, ma'am,

23  that has ever been provided to me that was filed with

24  the county.

25  A.  Well, there was an amended report.  And it was

Page 127

1  filed with the county, and it was filed with the

2  state.

3  Q.  I beg your pardon?

4  A.  It was filed with the county, and it was filed

5  with the state.

6  Q.  Where did I just put that document?

7  A.  It's in there.

8      MS. JASINSKI:  Oh, no, no, no.  No.  No no, no.

9  no.  Oh, what did I do with number 10?  We're going to

10  have to take them over here.  Oh, here we go.  Let's

11  look at number 10.  I have to come over to you again.

12      (Exhibit 10 was marked for identification.)

13  BY MS. JASINSKI:

14  Q.  This is a Michigan Department of State FOIA

15  request signed by me.  "All campaign finance reports,

16  including amendments thereto."  It's dated March --

17  May 16.  I'm authenticating my own document.  I love

18  that.  "Including amendments thereto filed by the

19  Antrim County Committee to elect Victoria Bishop for

20  the position of Antrim County Clerk."  The request

21  covers the dates of April 1, 2024, through May 16,

22  2025, and includes those reports filed in connection

23  with the pre- and post-election periods.

24      This is a response from the Secretary of State.

25  The recent response is attached.  This is what I

Page 128

1  received May 21, 2025.  "Your request for all campaign

2  finance reports is denied on the basis of my

3  certification that the docket -- the department does

4  not possess records responsive to your request.  The

5  department is not the repository for these local

6  records."

7  A.  They're not.  The -- we are, but this -- the

8  clerk has to file them with the state.  And they were

9  filed with the state.

10  Q.  But the Secretary of State has no record of them,

11  do they?  According to this response to this FOIA

12  request.

13  A.  According to her, but I got a -- an email

14  probably tagged that will show up that it was filed

15  with the state and it was filed with the county.

16  Q.  So if I were to FOIA again the state and Antrim

17  County, am I going to find the amended report that we

18  talked to here?

19  A.  Yes, you are.

20  Q.  Guess what I'm doing today?

21  A.  Good.

22  Q.  I -- forgive me for asking you a question that

23  relates to the medical difficulties that you've

24  experienced.  As we've discussed before the

25  deposition, I have a great deal of empathy for you.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
129–132

Page 129

1  And you also indicated and had indicated in an
2  affidavit that you filed with the Court in connection
3  with your efforts to purge yourself of the contempt
4  for not appearing, that there are a variety of issues
5  that you faced early in 2024, including a heart
6  attack.
7      And I believe your physician identified that as
8  occurring in late January?
9  A.  Yes.
10  Q.  But you managed to return to work, correct?
11  A.  Yes.
12  Q.  Okay.  Was there a -- were you off work for any
13  particular amount of time?
14  A.  Yes.
15  Q.  Had you returned to work by the end of February?
16  A.  January, February.  I've been in and out of work
17  because I had -- I had -- I was admitted back in the
18  hospital after the heart attack.  They did a stent and
19  they took out the -- the expanders cut a hole in my
20  chest, and I was bleeding out, so they put me back in
21  the hospital.
22  Q.  Okay.
23  A.  I got out of the hospital.  They did an MRI to
24  check to see if my heart was okay, and they found a
25  lump on my lung, so then they put me through nine days

Page 130

1  of radiation.
2  Q.  By the end of February, had you returned to work?
3  A.  Periodically.
4  Q.  Okay.
5  A.  I went a couple days, and then I would tire out
6  and leave.
7  Q.  Okay.
8  A.  Then I would go back, and I would leave.
9      MS. JASINSKI:  Can I -- excuse me.  Excuse
10  me, Mr. Concannon.
11  BY MS. JASINSKI:
12  Q.  Were you able to travel at all?
13  A.  To work.  That's it.
14  Q.  How long did that last?
15  A.  What do you mean?
16  Q.  How long was it you were restricted, you were
17  just going from home to work?
18  A.  It's still that way.  I go from home to work.  I
19  come home at 6:00.  I eat something and I go to bed.
20  Q.  Are you a member at all of the 1st Congressional
21  District Republican Party?
22  A.  Yes.
23  Q.  Did you attend an event in Detroit in late
24  February in connection with the 1st District
25  Congressional Republican Party and then a convention

Page 131

1  thereafter?
2  A.  Oh, you're talking about the national convention.
3  Q.  Yeah.
4  A.  Yes, I was there.
5  Q.  Okay.  And that was down in Detroit?
6  A.  Yes.
7      MS. JASINSKI:  Where are we at, 11?
8  (Exhibit 11 was marked for identification.)
9      THE RECORDER:  Yes.
10  BY MS. JASINSKI:
11  Q.  Is -- there's a little arrow --
12  A.  Yeah.
13  Q.  -- pointing to a lady in a ball cap.  Is that
14  you?
15  A.  That's me.
16  Q.  And is that you attending the caucus the Friday,
17  February 21?
18  A.  Yes.
19  Q.  And the gentleman next to you, that's --
20  A.  Randy.
21  Q.  -- Mr. Bishop?
22  A.  Yes.
23  Q.  Who paid the expenses associated with attendance
24  of that event, your attendance and Mr. Bishop's
25  attendance of that event?

Page 132

1  A.  There is none.  What are you talking about,
2  expenses?
3  Q.  Hotel accommodations.
4  A.  Oh.
5  Q.  Food?
6  A.  I'm trying to think.  Well, they fed us.
7  Q.  Oh, bless their hearts.
8  A.  Yes.  And I think -- I don't know who Randy got
9  to pay the hotel bill.  It was in Detroit.  There was
10  a caucus, and then the next day they voted.  Yep.
11  That's it.
12  Q.  Do you know someone named Betty, B-E-T-T-Y,
13  Manni, M-A-N-N-I?
14  A.  Yeah.
15  Q.  Who's Betty Manni?
16  A.  It's Randy's mother.
17  Q.  She's still alive?
18  A.  Yes.
19  Q.  She's got to be up there.  She's got to be in her
20  late 80s?
21  A.  She's -- she's going to be 90.
22  Q.  Bless her heart.
23      MS. JASINSKI:  Take a break.  Five more
24  minutes.  I'm going to go through this, and then we're
25  going to be out of here.



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
133–136

Page 133

1 THE RECORDER: All right. We're off the
2 record at 1:34.
3 (A recess was taken.)
4 THE RECORDER: We're on the record at 1:39.
5 BY MS. JASINSKI:
6 Q. Did you understand that you were -- had been
7 ordered by the judge to appear for this, for
8 examination on May 13th?
9 A. On May 13th?
10 Q. Yeah. Did you understand that there was an order
11 where the judge directed you to appear, first to
12 produce documents, but then to appear to be questioned
13 by me on May 13th?
14 A. I took the paperwork home and gave it to Randy.
15 I said, what is this?
16 And he said, don't worry about it. It's taken
17 care of.
18 Q. And that's the paperwork that Deputy Rix gave to
19 you?
20 A. Yes. And he said Adam Flory was taking care of
21 it. Don't worry about it. And I didn't.
22 Q. Do you recall receiving an email from me?
23 A. Yes. That's when I went home and went, is Adam
24 taking care of this or not?
25 Q. And you didn't contact me?

Page 134

1 A. No.
2 Q. Okay.
3 A. I thought Adam was going to contact you.
4 Q. Okay. Mr. Bishop is the sales manager for the
5 station?
6 A. Yes. Well, not for the station, for his show.
7 Q. Who else -- who else performs --
8 A. None. I -- I told you it's a hobby. It's not --
9 yeah.
10 Q. But you said he's not the sales manager. He's
11 only the sales manager for the show?
12 A. His show.
13 Q. Okay. Sales manager for other programs?
14 A. No.
15 Q. Okay. And just you and Mr. Bishop are --
16 A. Yeah.
17 Q. Okay.
18 A. And now we have church service on Sunday and a
19 FLOT Line.
20 Q. I -- I'm sorry, I didn't hear what you said,
21 ma'am.
22 A. We have -- we have church service on Sunday on
23 the radio and the FLOT Line.
24 MR. CONCANNON: What? Flat line?
25 THE WITNESS: FLOT Line, F-L-O-T.

Page 135

1 MR. CONCANNON: Oh, okay.
2 BY MS. JASINSKI:
3 Q. I have no further questions. Well, I have one
4 question. I should say no further, then I have one.
5 So do you still have big piles of cash laying
6 around?
7 A. That's none of your business.
8 Q. You had big piles of cash laying around to make
9 these campaign contributions, correct?
10 A. Yeah.
11 Q. At least 15k worth?
12 A. Yeah.
13 Q. And that's from your Social Security savings?
14 A. And from other things, yes.
15 Q. What other things?
16 A. Sale of a car.
17 MR. CONCANNON: Object to the form.
18 You can answer, but let me get my objection
19 out.
20 I object to the form and the relevancy as it
21 relates to why we're here with respect to the veracity
22 of Randy Bishop's schedules. I think this is outside
23 of that scope.
24 You can answer. I interrupted you.
25 THE WITNESS: Okay.

Page 136

1 That -- you know, sell -- sold a vehicle.
2 BY MS. JASINSKI:
3 Q. When?
4 A. It was a truck. When he came back from deciding
5 he was going to (crosstalk) --
6 Q. His Mack truck back in 2009, okay. Looking for
7 sources of income used to pay household expenses,
8 which is appropriate to do in the context of a 2004
9 exam, and particularly since Mr. Bishop testified that
10 he has nothing to do with paying of the household
11 expenses and does not contribute to it. It's Mrs.
12 Bishop who does all of that.
13 And so to the extent that I'm trying to make the
14 numbers work from the schedule I and J that he said,
15 in terms of expenses, that was all you. That was
16 what -- you gave him the information for that and he
17 knew nothing about that. I'm trying to make the
18 numbers work and I just can't make the numbers work.
19 And you're just telling me you have cash of some
20 undisclosed amount, for which you loan to the campaign
21 and have sometimes used to pay household expenses in
22 addition to what you have from Michigan Broadcasters
23 and from their checking account.
24 A. Correct.
25 Q. That's correct?



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
137–140

Page 137

1  A.  That's correct.

2       MS. JASINSKI:  Thank you.

3            EXAMINATION

4  BY MR. CONCANNON:

5  Q.  Okay.  Well, I just have a clarification.  When

6  the --

7       MS. JASINSKI:  Oh, but wait, wait.  Hold on.

8  I'm not sure that you have the right to question her

9  in a 2004 exam, but I'm going to let you do it.

10 BY MR. CONCANNON:

11 Q.  With respect to your representation, Adam

12 represents the company Michigan Broadcasters?

13 A.  Right.

14 Q.  Adam represents the -- Randy individually,

15 correct?  In the defamation case.

16 A.  In the defamation -- in the State case, yes.

17 Q.  Adam did not represent Randy in any way in the

18 bankruptcy, did he?

19 A.  No, that was Paul.

20 Q.  Okay.  And Adam was not your personal attorney

21 with respect to this subpoena or 2004 event; is that

22 correct?

23 A.  Well, what -- I -- I've got to back up here.  You

24 know, like, one -- one bout in the hospital, Cici

25 (phonetic) stepped in, who is a friend of Paul's.  And

Page 138

1  I said, so who's my attorney?

2       He said, Adam's your attorney.

3  Q.  That was from Randy telling you that Adam was

4  your attorney?

5  A.  Yes, yes.

6  Q.  And then you had Cici?

7  A.  And Cici just stepped in for that one thing.  She

8  knew her or whatever.

9       MR. CONCANNON:  Okay.  That's all I have.

10 Yeah.

11      THE RECORDER:  Well, if there's nothing

12 further, let's go ahead and just cover some transcript

13 orders before we go off the record.

14      Counsel Jasinski?

15      MS. JASINSKI:  Yes.

16      THE RECORDER:  Yes.  PDF, paper, just PDF?

17      MS. JASINSKI:  PDF.  Four and a mini, maybe.

18 Four and a mini.

19      THE RECORDER:  Okay.

20      MR. CONCANNON:  E-Tran, four to a page, mini

21 only.

22      THE RECORDER:  Sorry.  E-Tran with --

23      MR. CONCANNON:  Four to a page, mini only.

24      THE RECORDER:  Oh, four, mini?

25      MR. CONCANNON:  Yeah.

Page 139

1       THE RECORDER:  Okay.  Got it.  Okay.  With

2  that, we are off the record at 1:45.

3       (Examination Under Oath concluded at 1:45 p.m.)

Page 140

1            CERTIFICATE OF RECORDER

2

3       I, SEAN HILL, a Digital Recorder and Notary

4  Public in and for the State of Michigan do hereby

5  certify:

6

7       That the foregoing witness whose examination

8  is hereinbefore set forth was duly sworn and that said

9  testimony was accurately captured via audio recording

10 with annotation by me during the proceeding.

11

12      I further certify that I am not related to

13 any of the parties to this action by blood or marriage

14 and that I am not interested in the outcome of this

15 matter, financial or otherwise.

16

17      IN WITNESS THEREOF, I have hereunto set my

18 hand this 25th day of July 2025.

19

20      *Sean Hill*

21 SEAN HILL

22 Notary Commission Michigan No. 16452

23 Commission Expires:  January 19, 2031

24

25



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
141—143

Page 141

1           EXAMINATION UNDER OATH ERRATA SHEET
2
3    Esquire Job No. J13199026
4    Case Caption:  IN RE:  RANDY ALVIN BISHOP
5
6           DECLARATION UNDER PENALTY OF PERJURY
7
8           I declare under penalty of perjury that I
9    have read the entire transcript of my examination
10   under oath taken in the above-captioned matter or the
11   same has been read to me, and the same is true and
12   accurate, save and except for changes and/or
13   corrections, if any, as indicated by me on the
14   EXAMINATION UNDER OATH ERRATA SHEET hereof, with the
15   understanding that I offer these changes as if still
16   under oath.
17
18        Signed on the _____ day of _____, 2025.
19
20
21           _____
22                 VICTORIA BISHOP
23
24
25

Page 142

1    EXAMINATION UNDER OATH ERRATA SHEET
2    Page No._____Line No._____Change to:_____
3    _____
4    Reason for change:_____
5    Page No._____Line No._____Change to:_____
6    _____
7    Reason for change:_____
8    Page No._____Line No._____Change to:_____
9    _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25           VICTORIA BISHOP

Page 143

1    EXAMINATION UNDER OATH ERRATA SHEET
2    Page No._____Line No._____Change to:_____
3    _____
4    Reason for change:_____
5    Page No._____Line No._____Change to:_____
6    _____
7    Reason for change:_____
8    Page No._____Line No._____Change to:_____
9    _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25           VICTORIA BISHOP



Exhibits

13199026 Victoria.
Bishop.
EXHIBIT1
 3:10
 26:21
 27:1,8,9
 31:10,11,
 18 32:2,
 15 45:20
 47:11
 74:13
 83:15

13199026 Victoria.
Bishop.
EXHIBIT3
 3:12
 13:3,6

13199026 Victoria.
Bishop.
EXHIBIT4
 3:13
 51:9,10,
 20

13199026 Victoria.
Bishop.
EXHIBIT5
 3:14
 62:8,10
 75:25

13199026 Victoria.
Bishop.
EXHIBIT6
 3:15
 106:21,25

13199026 Victoria.
Bishop.
EXHIBIT7
 3:18
 112:23,24

13199026 Victoria.
Bishop.
EXHIBIT8
 3:20
 116:4

13199026 Victoria.
Bishop.
EXHIBIT10
 3:23
 127:12

13199026 Victoria.
Bishop.
EXHIBIT11
 3:25
 131:8

_____

$

$0
 82:18

$1,000
 95:19
 96:7

$1,100
 73:19

$1,200
 105:8

$1,277
 35:16

$10,000
 68:16

$194
 91:13

$2,100
 85:22

$2,600
 120:20,23

$2,905
 114:5

$20
 56:14

$21
 89:14

$24,243
 114:2

$25
 118:1

$3,800
 86:11

$3,900
 79:18

$3,913.96
 64:15,21
 81:1

$3,916
 83:13

$4,000
 68:10,12
 95:15

$4,512
 123:8

$42.39
 90:16

$45
 93:4

$5,000
 57:18
 63:18
 68:17,18,
 20 76:1

$75
 108:11

_____

0

07
 83:6

_____

1

1
 26:21
 27:1,9
 31:11,18
 32:2,15,
 19,25
 33:2,5,7
 37:8
 45:20,22
 46:16
 47:11
 48:18
 49:13
 62:17,20
 74:13,15,
 25 75:1,
 8,11,16,
 21 83:15,
 16 110:20
 124:20
 127:21

1,000
 35:21

1,100
 81:25
 86:6
 117:23

1,107.90
 81:25

1,131
 121:14

1,146
 119:16

1,200
 117:22

1,300
 119:18

1,500
 101:18

10
 29:5
 62:20
 97:11,13
 127:9,11,
 12

10-21-2024
 125:20
 126:14

10-8-
 123:7

10-8-20
 123:7

10-8-2024
 52:15

1000
 69:10

1099
 34:12,25
 35:6

10:55
 47:3

10:56
 47:6

11
 53:7
 62:20
 131:7,8

11-
 83:5
 125:20
 126:4

11-2025
 126:14

11-24
 126:5



**11-25-2024**
 125:23

**110**
 44:3

**1100**
 88:5

**11089**
 41:17
 44:4
 71:17
 72:10,13
 104:11,23

**11:07**
 54:15

**11:32**
 54:18

**11:58**
 74:8

**12**
 43:7
 102:23

**12,000**
 114:5

**12,207**
 114:5

**124**
 126:5

**1277**
 82:4

**1280.60**
 83:6

**12:00**
 8:8 61:9
 74:11

**13**
 43:7
 51:3,5
 104:8
 124:20

**13th**

**123:20**
 133:8,9,
 13

**14**
 109:14

**15**
 109:13
 115:9

**15C**
 119:4

**15k**
 135:11

**16**
 30:20
 110:19
 114:21,24
 127:17,21

**18th**
 27:13
 47:14

**19**
 114:8

**191**
 89:14

**1946**
 9:17

**1964**
 11:12

**1977**
 11:19

**1984**
 16:19
 114:9

**1988**
 13:20
 17:22
 18:23
 113:23

**1990**
 114:2

**1998**
 18:23

**1:06**
 122:9

**1:18**
 122:11

**1:34**
 133:2

**1:39**
 133:4

**1:45**
 139:2

**1A**
 63:4,5,6

**1B**
 123:3
 125:7

**1K**
 64:14

**1st**
 52:5
 84:15
 86:17,19
 130:20,24

---

**2**

**2**
 29:9,10,
 15 30:3,
 13,14
 31:11,23
 32:16
 34:4,11,
 14 62:17,
 20 93:15
 108:7,8,
 9,21

**2,100**
 86:7,20
 88:3

**2,600**
 120:3,9,
 13,16
 122:1

**20**
 56:12

**2000**
 31:22
 114:3

**2001**
 114:3

**2004**
 26:25
 31:22
 136:8
 137:9,21

**2005**
 20:22
 114:4

**2006**
 114:4

**2007**
 20:9
 72:21
 114:5

**2008**
 20:11
 114:5

**2009**
 23:25
 36:1,3
 72:20
 78:7
 114:6
 136:6

**2010**
 114:6

**2011**
 41:21
 42:18
 72:13
 114:7,14

**2012**
 114:12

**2014**
 40:13

**2018**
 46:16
 99:10

**2019**
 95:5
 98:18

**2020**
 95:6
 110:10

**2022**
 34:11
 37:8
 45:23
 48:18
 49:13
 55:13,15
 74:15,25
 75:8,16
 83:16
 84:7,15
 103:7
 110:20
 111:16
 114:7

**2023**
 34:12
 102:23,24
 103:20
 107:7

**2024**
 20:21
 34:12
 35:15
 63:8 69:7
 71:10
 75:1,11,
 22 81:13
 84:11
 102:24
 103:20



VICTORIA BISHOP                                    July 25, 2025
EUO OF VICTOR BISHOP                              Index: 2025..729

| | | | | |
|---|---|---|---|---|
| 111:17 | **25th** | **350-some** | **49648** | 23:22,23 |
| 113:11 | 113:11 | 41:2 | 41:19 | 24:3,12 |
| 120:5,14, | | | | 36:1 |
| 22 124:20 | **26** | **37th** | **4front** | |
| 127:21 | 91:3 | 55:13 | 77:19 | **62-ish** |
| 129:5 | | | | 24:3 |
| | **26,331** | **3900** | ——— | |
| **2025** | 114:3 | 68:10 | | **65** |
| 48:16 | | | **5** | 23:22 |
| 50:20 | **27-2** | **3914** | | 24:13 |
| 84:13 | 46:14 | 79:25 | | |
| 124:20 | | | **5** | **67** |
| 127:22 | **280** | **3A** | 35:14 | 85:19,20 |
| 128:1 | 118:9 | 107:22 | 49:12,20 | |
| | 119:3 | | 50:20 | **678** |
| **2029** | | | 58:20 | 114:6 |
| 75:21 | **29** | ——— | 59:7,9 | |
| | 84:11 | | 61:21,22 | **6:00** |
| **21** | | **4** | 62:3,4,5, | 130:19 |
| 29:17 | ——— | | 6,7,8,10, | |
| 30:19 | | | 18,20 | ——— |
| 53:6,7,8 | **3** | **4** | 67:8 | |
| 54:8 | | 34:16 | 75:25 | **7** |
| 87:25 | | 45:22 | | |
| 128:1 | **3** | 46:6 48:6 | **5,000** | **7** |
| 131:17 | 12:19 | 51:9,10, | 56:10 | 32:23 |
| | 13:3,6 | 17,18,20 | 57:3,13 | 34:2 |
| **22** | 37:7 | 53:6,8 | 58:5 | 38:11 |
| 32:24 | 62:18,20 | 54:8 | 63:8,12 | 62:20 |
| 104:8 | 64:14 | 62:18,20 | | 83:16 |
| 107:8 | 85:23 | | **50** | 84:3 |
| | 103:7 | **4,600** | 11:4 | 102:25 |
| **23** | 107:7 | 86:9 | 56:15 | 112:22, |
| 32:24 | | | | 23,24 |
| 50:18 | **3,800** | **4-17** | **585** | |
| | 86:7,21 | 52:5 | 121:14 | **7-19** |
| **24** | 88:3 | 62:16 | | 63:20 |
| 32:24 | | 80:12 | ——— | 67:3 |
| 81:10 | **300** | | | |
| 123:8 | 87:24 | **4-19-2024** | **6** | **7-19-** |
| | | 81:5 | | 63:7 |
| **25** | **300s** | | | |
| 123:21 | 119:3,6 | **40** | **6** | **7-21** |
| | | 45:3 | 62:18,20 | 62:16 |
| **25,000** | **30th** | | 74:14,23 | 80:12 |
| 56:11 | 84:13 | **41** | 106:20, | |
| | | 53:15 | 21,25 | **7.99** |
| **25-24** | **31** | | 109:16 | 90:7 |
| 125:21 | 75:22 | **43** | 114:21 | |
| | 82:18 | 29:24 | | **70** |
| **25.41** | 90:16 | | **600** | 73:20,25 |
| 90:21,23 | | **45** | 69:24 | |
| | **341** | 93:2 | | **729** |
| | 38:10 | | **62** | 90:5 |
| | | **49** | | |
| | | 9:24 | | |



**75**
  108:14

**76**
  9:23

**77**
  13:22

**77,000**
  120:24

**780**
  119:10

**79**
  9:21

**7959**
  64:20

---

**8**

---

**8**
  62:20
  93:21
  116:1,3,4
  121:13,18

**8-**
  91:2

**8-12**
  90:20

**8-16**
  90:16

**8-26**
  91:12,15

**80s**
  132:20

**81**
  114:2

**84**
  17:8
  113:24,25

**8th**
  46:13

---

**9**

---

**9**
  62:20
  96:15,20
  102:23,
  24,25
  103:19,20
  121:12,18
  122:14

**90**
  132:21

**90,000**
  120:18

**91**
  114:3

**97**
  49:7

**97.5**
  49:7

**97.7**
  49:8,9

**9:00**
  61:9

---

**A**

---

**a.m.**
  47:6

**absolutely**
  12:23
  60:15,19
  107:18

**access**
  108:12,13

**accommodati
ons**
  132:3

**account**

70:1
74:20,23,
24 75:5,
9,14,15,
20,21
76:6,21
78:8
79:2,24
80:5
81:20,23
82:10,13
83:8,9,
10,12,18
84:1,8
85:1,3,8,
9,12,25
88:9
89:5,18
90:1
92:2,8,
17,21,25
93:3
96:1,6
97:2,3
100:6
102:7,20
103:22
115:23,24
136:23

**accountant**
  38:17,22
  39:2,6,18
  40:5

**accountants**
  38:24

**accounting**
  11:24,25
  14:2,3,
  16,18,24
  17:15,18
  82:9
  108:20
  109:6,7,
  10,15

**accounts**
  70:5,9
  74:16,17
  83:17,18,
  19

**accurate**
  61:22
  69:17
  118:10
  121:23
  122:2

**ACH**
  79:23
  82:14
  85:21,22,
  24 90:5
  101:5
  105:3

**acquaintanc
e**
  44:14

**Act**
  124:15

**actions**
  22:12

**Adam**
  133:20,23
  134:3
  137:11,
  14,17,20
  138:3

**Adam's**
  138:2

**addition**
  136:22

**additional**
  87:3

**Additionall
y**
  108:14

**address**
  25:25

**41:16
  44:4
  56:22

**administrat
ion**
  11:24
  16:5
  34:20
  35:3
  113:17

**administrat
ive**
  11:23

**administrat
or**
  13:25
  14:15
  124:24

**admission**
  101:3

**admitted**
  129:17

**admonition**
  91:23

**ads**
  51:22
  52:15
  123:7

**advance**
  108:13,17

**advertising**
  103:3
  107:24
  108:15

**advised**
  7:2
  38:16,24
  39:17

**affairs**
  32:12

**affidavit**



129:2

age
    24:10

agency
    13:23
    15:4,7

agent
    17:5
    21:13,24
    22:2
    97:16

agree
    114:14

agreed
    126:4

agreement
    97:18,19,
    22,24
    98:11,14,
    19 99:12
    103:5
    104:19,
    21,22
    105:2,7,
    13 106:4,
    22 107:20
    108:19,21

agreements
    97:12
    99:3
    104:10
    105:18,24

ahead
    138:12

air
    61:3
    107:11
    118:16

airing
    103:3
    108:16,17

albeit
    17:15

Algonac
    25:13,14

alive
    132:17

amend
    58:10

amended
    50:8,10
    54:20
    58:2
    59:1,7,
    10,15,23
    60:18
    65:7
    66:22
    67:7,16,
    20 106:1
    123:17
    124:1,2,7
    126:12,
    18,19,21,
    22,25
    128:17

amendments
    124:17
    127:16,18

American
    13:18,20
    16:14
    17:11,21
    18:5,10,
    16 20:13
    25:18,25
    26:7,15,
    19 36:6
    37:5,17,
    19 98:5

American's
    13:16

amount
    25:22

129:13
    136:20

amounts
    43:20

Ann
    94:12

Annette
    59:18

annual
    98:3
    113:20

Antrim
    13:15
    27:18,19
    46:2,8,9
    48:9,11,
    12,25
    49:19
    59:24
    66:19
    67:18
    97:7
    99:4,7,19
    100:2,5
    101:20
    102:3,6,
    16
    124:15,19
    127:19,20
    128:16

anymore
    19:18

apologize
    34:8
    46:12

appearing
    129:4

appears
    12:13
    35:14
    46:7
    49:22,24
    81:20,24

82:7,10,
    18 84:7

apprentices
hip
    14:20

approximate
ly
    68:20
    69:24

April
    27:13
    47:14
    81:8,9
    124:20
    127:21

Arbor
    94:12

area
    23:13
    77:21

arrangement
    38:12
    43:23
    44:8
    86:25

arrow
    131:11

articles
    97:11,13,
    21 99:3

asks
    32:8 37:7
    74:14
    96:15
    103:13
    124:16

assembled
    51:15

assets
    19:25

assignments

16:2

association
    94:2

assume
    7:21
    53:10
    96:23
    114:9

assumed
    48:15

attach
    80:18

attached
    30:2 59:7
    80:16
    108:18
    124:6
    125:5
    127:25

attachments
    37:10

attack
    129:6,18

attend
    11:13
    130:23

attendance
    131:23,
    24,25

attending
    131:16

attention
    29:24
    31:19

attorney
    26:22
    74:22
    98:25
    106:3,7,
    14
    107:14,16



137:20
138:1,2,4

**attributable**
76:18
81:2

**audible**
28:11
85:16
105:12
118:2

**authenticating**
127:17

**authorized**
70:4,7
83:24,25
85:1

**autonomy**
106:15

**aware**
20:23
60:20,25
61:3,7,
12,17
65:20
72:5,8
98:13
109:14

---
**B**
---

**B-E-T-T-Y**
132:12

**babysat**
76:25

**babysitting**
76:15

**bachelors**
11:23

**back**

8:8 45:19
47:5
60:16
68:13
74:25
75:8,16
81:4,14
83:15
84:7
91:22
92:14
117:2
125:13
129:17,20
130:8
136:4,6
137:23

**background**
9:15 82:9

**backyard**
43:10

**balance**
82:6,7,18
83:5 88:6

**ball**
131:13

**bank**
25:19
70:4,9
75:3 76:6
80:16,17
81:6 84:6
100:6
102:7,19
103:22
104:2
111:11,
13,15,16,
18 115:7
119:9

**banking**
19:25
77:19
92:12

**bankruptcy**
20:21,22
21:2,3
26:24
28:2,19
32:13
33:14
34:2
40:10
69:23
71:10
96:18
113:6
116:13,
15,24
117:6,7
137:18

**banks**
74:18
83:20

**bar**
70:20

**Bare**
32:10,22
113:3
117:6

**basically**
75:10

**basis**
16:8
39:10
128:2

**Bates**
29:19,21
53:11,12

**Bays**
44:6,7
45:8,15
87:1

**Bays'**
88:1

**BB-28**
75:20

**BB23**
58:19

**beans**
101:17

**Bear**
80:8

**bed**
130:19

**beg**
108:23
127:3

**began**
7:3
72:10,13

**begin**
7:4

**behalf**
55:2 64:2

**believed**
105:19

**benefit**
34:12,23
35:15
113:20

**benefits**
30:9 31:7
35:22
36:3
69:25

**Betty**
132:12,15

**big**
101:17
135:5,8

**bill**
79:16,18
88:22
89:3,25
132:9

**bills**

69:16
89:18

**Biographical**
9:15

**biological**
9:15

**birth**
10:7
116:9

**birthday's**
9:19

**Bishop**
6:18 8:15
9:25
10:24
13:10
16:16,18
17:7 18:7
20:19
22:22
23:3,7
24:22
25:7
26:18
28:24
31:20,23
32:18,21
33:10,17,
25 34:13
36:12
37:24
38:3,9,
14,16,20
39:4,16
41:5,23
43:8,22
45:1,12
46:18
49:17
50:14
52:23
54:20
55:12



57:13
58:3
63:7,11,
18,25
64:1,16
68:22,25
69:15
70:15
74:19
76:1,7,18
81:3
83:21,22
84:25
87:8
92:6,16
98:23
99:6
102:4,11,
13 103:6
104:5
105:8,19,
20 106:3,
23
107:10,19
109:1,15,
23 110:22
111:7
113:4
116:16
124:18
125:11,16
126:3,4,8
127:19
131:21
134:4,15
136:9,12

**Bishop's**
26:24
28:2,19
32:23
69:13
71:21
113:22
131:24
135:22

**bit**
20:10

**bizarre**
51:15

**black**
41:1,6

**blah**
86:18

**bleeding**
129:20

**bless**
120:19
132:7,22

**blocked**
88:7

**Blue**
15:10,12,
13

**books**
102:2

**booze**
90:18

**born**
9:16,24

**bottom**
50:13
53:9

**bought**
19:22
36:10,11,
12 90:18
94:23
95:5

**bouncing**
34:5

**bout**
137:24

**Boyd**
26:23
29:3

30:22
41:5
47:14,17

**Breadon**
73:10

**break**
7:23 8:2
23:9
122:7
132:23

**Brian**
94:7,8,
16,18,20
97:14

**briefly**
6:19 47:8

**broadcast**
61:8
103:5
106:21

**Broadcaster**
84:4

**Broadcaster
's**
46:1
49:2,6

**Broadcaster
s**
48:9,23
49:9 63:8
81:3
83:21
89:2 96:2
97:12,19
98:15,19
103:2,5,
19 104:11
105:18,22
106:5,22
110:3
123:6
136:22
137:12

**broadcastin
g**
51:21
52:15
97:3
108:11,14
109:21
123:5,6

**broker**
18:10
21:9,24

**broker's**
21:14
22:8

**brokerage**
22:11
26:3

**brokered**
18:12

**bucks**
56:12,15
57:4,13
63:9,12
69:10,24
117:22
118:9
120:3,9,
13,16
122:1
126:5

**building**
19:19
26:2,6,8

**bunch**
84:4
101:2

**Bureau**
49:16

**business**
11:24
15:22
18:16,24
19:6 20:1

21:1,6,9
22:18
23:3
24:16
26:3 39:5
41:12
44:10,16
45:4,7,17
71:20
88:9,10
89:7,15,
18,21
90:1,17,
24 92:2,
17,21,24
93:3
96:1,5
111:7
135:7

**buy**
19:21
20:18
37:6
71:21
79:11
94:25
126:4

**buying**
94:9

**bylaws**
98:8,11

─────────

    **C**
─────────

**C-A-R-R**
10:11

**call**
29:19
39:24
48:4
94:17
95:1

**called**
9:3 12:9



30:8
31:2,6,
20,23
38:10
116:11,13

**calling**
35:5

**Camp**
50:6

**campaign**
49:15,17
50:4,24
51:6
52:11,23
54:21,25
55:2,6,
10,21,23
56:8,13,
15 57:22
58:3,6
60:3,14,
23 61:5,
10,15
64:2
65:12,20,
22 66:19
67:7,16
68:4 76:2
79:8
80:5,18
81:2
110:3,10,
12 124:16
125:15
127:15
128:1
135:9
136:20

**candidate**
50:6,23
51:25
52:22
56:2
62:15
65:19

66:3,4,16
123:3
125:7

**cap**
131:13

**capacity**
13:24
14:24
46:8
66:13

**car**
40:22
70:20
135:16

**card**
64:3,4,5
68:7,11
79:10,11,
15,18,22
85:7
90:14,15,
20 91:3,
12 93:10
101:5

**Cardoza**
10:19

**cards**
85:7

**care**
24:6 39:6
78:23
102:2
111:2
123:16
133:17,
20,24

**Carr**
10:11,12,
14 110:23

**cars**
40:17

**case**

26:24
28:3
47:12
99:1
137:15,16

**cash**
56:12
57:2,23
68:19
71:13,15,
19 76:10,
12,14,19,
23 79:8,
20 81:17
95:17
97:1
100:22
126:5,6,8
135:5,8
136:19

**cast**
67:11

**Catch**
24:9

**caucus**
131:16
132:10

**caught**
16:22

**cents**
81:1

**certificati
on**
128:3

**change**
54:24

**changed**
31:5

**Chapter**
32:23
34:2
38:11

102:25

**characteriz
e**
20:8

**charitable**
111:3

**cheap**
90:21

**check**
57:1,7,25
129:24

**checking**
74:16
82:6,13
83:1,8,
10,11,18
92:2,11,
17,21
136:23

**checks**
66:25
68:7
70:12

**Cheri**
73:8

**Cheri's**
73:9

**chest**
129:20

**Chesterfiel
d**
26:5

**children**
23:16,17

**choice**
75:17,18
84:22

**choose**
75:11

**Christmas**

74:17
83:18

**church**
134:18,22

**CHY**
94:16
95:9 96:8

**Cici**
137:24
138:6,7

**city**
23:13
24:7
25:4,12
73:11
77:21
91:3

**claim**
76:18

**claiming**
73:3

**claims**
83:22

**Clair**
25:7

**clarificati
on**
137:5

**clarify**
7:18

**class**
21:21

**classes**
12:2
21:18
55:9

**clean**
7:5,13

**clear**
7:9,10,13



8:24
20:20
22:24
47:9 49:2
123:1

clerk
46:9
48:12
52:11
60:8
66:1,10,
14 67:13,
15,18
120:6,25
124:19,25
125:2
127:20
128:8

clerk's
49:19
66:20
67:10

clients
16:2,4,7

clip
93:14

clips
31:15

clock
108:18

close
24:3
86:10,11
120:18

closer
73:25

clothing
111:1

club
43:9
74:17
83:18

clue
117:20

collect
23:19
73:21
100:11

collecting
24:12
35:25
72:23
78:6
114:17

college
11:13

comments
60:25
61:4,7

commercials
108:17

commissions
120:1,2

committed
8:20

committee
50:7,8,10
51:25
52:22
62:15
123:4,17
124:18
125:7
126:19
127:19

communicate
d
98:25

Communicati
ons
103:6
106:23

community
25:10

companies
22:1

company
14:5,9
17:2,25
18:1,3,4
19:19,20
24:2,25
36:8,12
39:7 49:3
51:22
79:22
123:6
137:12

company's
85:9

compensatio
n
45:24
46:8,17

complete
7:3 61:22

completed
116:12,15

completely
105:4

component
7:15 18:4
26:2,3
45:7

computer
35:4
68:14

Concannon
8:25 13:1
20:3
29:16,19
30:4,11,
25 32:3,
25 33:3,
20 34:7,
8,9 36:18
46:11,23

47:1 51:2
52:9
53:9,14,
16,19,24
54:2,5,11
64:20,24
65:2
74:22
80:11,14,
22 88:18,
22 91:20,
22 93:16,
17 99:1
101:11
114:25
115:11,
14,17
118:11,
18,20,23
120:8
121:19
124:11,12
130:10
134:24
135:1,17
137:4,10
138:9,20,
23,25

confusion
105:5

Congression
al
130:20,25

connection
8:18 9:4
15:14
17:15
28:2,18
29:9
32:10,22
33:14
36:5,7
39:3
41:12
45:3

49:14,17
61:15
66:18
67:17
85:3
96:16,20
100:12
109:13
116:12,15
123:9
124:21
127:22
129:2
130:24

Conservativ
e
13:15
46:2
48:9,25
97:8
99:4,8,20
100:2,5
101:20
102:3,6,
17

considered
64:8

consulted
39:3

contact
61:14
133:25
134:3

contempt
129:3

contest
8:3

context
98:10
100:1
113:19
116:23
136:8



continuing
   21:18,20

contract
   41:25
   42:3,6,
   10,21
   43:12,16,
   19,20
   80:1
   103:12,
   13,15,16
   105:22
   107:4

contractor
   110:1

contracts
   105:17
   109:15

contribute
   56:10,12
   63:2
   69:17
   136:11

contributio
n
   57:12
   63:13
   64:13,15
   76:1,7

contributio
ns
   56:8
   63:2,25
   65:22
   66:17
   68:17,19,
   21,23,24
   76:17
   101:21
   111:3
   125:19
   135:9

control
   107:19

controlling
   108:1,3

convention
   130:25
   131:2

conversatio
n
   40:1,3
   111:22
   116:16
   121:3

conversatio
ns
   38:23
   60:21
   61:13

cook
   88:17

cool
   13:9
   110:23

copies
   66:25

copy
   30:9 31:7
   58:11
   60:8
   61:22
   122:12,18

corner
   29:20
   53:5,10

corners
   53:24

corporation
   13:16,19,
   20 16:14
   17:12
   98:6

correct
   7:11
   9:18,22

13:17
16:9 19:7
21:10
24:14
25:8
27:3,14
34:23
35:16,19,
20 36:14
37:13
40:18,20
42:23
43:3
45:4,5,9
46:9,10
48:13,14,
17 49:4,
5,10
52:24
55:14
57:15
63:9,10
64:7
70:10,11,
23 71:23
72:11,13,
24 73:6,
24 75:22
76:4
78:8,13,
14 79:6,
10,16
82:20
85:9,10
93:25
94:1
95:15,20
96:25
98:6,7,16
99:6,8,9,
10,21
100:18
101:3
104:2,3,
5,6
107:12,21
116:7

117:3,8
121:15
122:5,6
125:23,24
126:8
129:10
135:9
136:24,25
137:1,15,
22

correctly
   51:14
   55:12
   78:6
   95:11

cosmic
   7:19

cost
   37:3 93:1
   108:6

Costco
   89:14

counsel
   29:16
   31:25
   32:9
   37:12
   46:11
   47:16
   49:24
   58:17
   59:23
   84:3
   115:8,12
   138:14

Counsel's
   32:16

county
   13:15
   25:8
   27:19
   46:2,8,9
   48:9,11,
   12,25

49:19
52:11
58:12
59:2,11,
12,14,17,
24 60:3,
5,13
66:19
67:18
97:7
99:4,7,19
100:2,5
101:20,23
102:3,6,
16 123:11
124:15,
19,24
126:24
127:1,4,
19,20
128:15,17

couple
   7:1 56:10
   60:11
   117:1
   130:5

court
   7:2 38:13
   116:25
   129:2

Court's
   47:9
   75:15

cover
   50:7
   62:15
   107:12
   138:12

covering
   62:16

covers
   64:23
   124:19
   127:21



**CPA**
   12:5
   14:21

**crack**
   39:24

**crazy**
   20:5

**credit**
   64:3,4,5
   68:7,11
   74:18
   78:1
   79:10,11,
   15,18,22
   83:20
   93:10
   101:5

**Cross**
   15:10,13

**cross-**
**referencing**
   31:12

**crossed**
   63:12

**crosstalk**
   54:6
   115:18
   136:5

**CTE**
   123:11
   125:11

**curious**
   93:1

**current**
   41:16

**cut**
   129:19

───────────

          **D**
───────────

**d.b.a.**

**daily**
   106:23

**daily**
   39:10

**dangerous**
   18:16

**darn**
   109:9

**date**
   19:10
   27:13
   30:19,21
   48:12
   56:25
   63:7
   80:7,10
   81:4,5,14
   104:15
   126:2

**dated**
   47:10
   50:4,16,
   17 103:7
   107:7
   113:11
   125:20
   127:16

**dates**
   20:14
   124:20
   127:21

**daughter**
   23:13
   71:11
   72:16,23
   76:15,25
   78:11,21,
   24

**daughter's**
   73:7

**David**
   21:7

**Davis**

**101:18**

**day**
   132:10

**days**
   129:25
   130:5

**DB76**
   85:19

**DBA**
   103:6

**deal**
   29:4
   128:25

**debit**
   89:5
   90:14,15,
   20 91:3,
   12

**debtor**
   32:9 33:9
   83:23
   103:10

**Debtor's**
   32:9,11

**December**
   20:21
   50:20
   58:20
   71:10
   102:23,24
   103:19,20
   113:11
   120:5,7,
   14,22

**decided**
   10:20
   15:18
   20:17
   117:7

**decides**
   23:4

**deciding**
   136:4

**decision**
   84:21

**declined**
   30:22

**deductible**
   35:19

**deduction**
   35:18
   85:22

**deductions**
   85:21

**defamation**
   137:15,16

**Defending**
   93:23
   94:3
   103:4,7
   105:23
   106:24
   108:10
   110:13
   112:10

**degree**
   11:20,22,
   23 95:12
   109:10

**delegated**
   108:25

**delightful**
   31:15

**delivering**
   47:22

**demand**
   74:15
   83:17

**demeanor**
   36:21

**Democratic**

**55:13,16**

**Democrats**
   55:17

**Denali**
   40:25
   41:6

**denied**
   128:2

**department**
   127:14
   128:3,5

**deposed**
   6:22 8:17
   9:4

**deposit**
   74:16
   81:24
   82:11
   83:17

**deposited**
   70:1
   77:17
   78:8

**deposition**
   26:21
   27:8
   29:9,15
   30:2,14
   32:14
   51:20
   62:8
   74:13
   75:24
   112:16,23
   117:18
   128:25

**depositions**
   8:18

**deposits**
   74:20
   82:19
   84:2



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
Index: deputy..earn

85:11
89:17

**deputy**
27:19,21
28:1,17
47:22
133:18

**derived**
76:14

**detail**
28:10
29:8
30:17

**determine**
20:25

**determined**
75:13

**Detroit**
130:23
131:5
132:9

**developing**
15:8,22

**difference**
64:11

**difficult**
36:20

**difficulties**
128:23

**direct**
29:23
57:11,12
63:13
69:25
78:8

**directed**
133:11

**directors**
111:9

**disclose**
60:13

**Discount**
90:16

**discussed**
128:24

**discussion**
47:4
54:16
106:6

**discussions**
44:21
45:14
117:10

**disposable**
119:14

**disrespect**
16:24
23:1

**disrespectful**
7:12

**distributions**
45:25

**District**
130:21,24

**dividends**
45:24

**divorce**
11:3

**DN**
53:15

**docked**
73:21

**docket**
128:3

**document**
24:21
27:3,5

31:20,24
32:14,19
35:14
46:13,14
47:12
48:10
50:4
51:13,19,
24 53:3,5
58:19,22
61:23
62:12,25
74:14
83:15
96:14
98:21
106:8,10
107:2,10
108:5
109:12
113:2,21
114:7
116:12,14
121:11,17
123:8
124:23
126:2,17
127:6,17

**documentation**
46:7
57:21
65:10
67:1,2
68:5,22
69:3
93:25
118:13

**documented**
56:8,13,
17,20

**documents**
14:5
27:22
28:2,9,

17,23
29:2,22
30:2,3,7,
11,23
31:17
32:8,13,
17,18,21
33:18
34:1
37:10,11,
12 45:23
46:5,16,
19 47:22
49:14,23,
25 50:1,
24 58:16
59:16,21
66:12
67:8,15
74:20
84:1,15,
22 93:21,
24 95:24
96:19
99:2
103:1,8,
14,18
104:8,9
105:16,17
109:14
110:20
111:5
113:4,14,
17 114:20
115:2
116:10
125:10
133:12

**dog**
125:8

**dokie**
37:6

**dollars**
68:19

**domain**
93:22

**door**
115:25

**downstate**
39:5
72:17
73:12,14
78:1,3

**drinks**
101:16

**drive**
41:17
71:17
78:17
104:11,
24,25

**driver**
24:25

**driving**
24:22
36:13
41:5
70:19

**due**
43:20

---

**E**

**E-TRAN**
138:20,22

**earlier**
20:10
75:24
80:13
83:12

**early**
23:21
129:5

**earn**
120:16,



18,19

**earned**
46:17
48:12

**earning**
38:19,20
113:22
120:13
122:4

**earnings**
113:18
114:1,3,7

**easier**
29:23
31:9,14,
17 53:4

**easy**
29:18
54:4

**Easy-peasy**
54:4

**eat**
130:19

**education**
21:18,21

**effect**
29:6

**efforts**
129:3

**elect**
52:23
124:18
127:19

**elected**
48:15
49:18
57:14
120:7

**election**
50:21

**Elections**
49:16

**electives**
120:6

**electric**
88:11

**electrical**
87:19

**electricity**
117:12

**electronica lly**
67:5

**Elk**
89:13

**email**
29:17
30:12
65:17
126:17
128:13
133:22

**empathy**
128:25

**employee**
109:23
110:2,11

**employees**
14:6
17:24
19:22
20:13
21:6
25:17
36:9
109:20

**Employer**
56:23,24

**end**
35:5
82:1,6,17

83:5 92:3
129:15
130:2

**ending**
82:18
83:5

**endurance**
8:3

**Energy**
91:13

**entails**
101:18

**entered**
26:23
41:25
44:7
108:19

**entertainme nt**
111:5

**entire**
86:22
88:4,22
93:14

**entirety**
51:20

**entitled**
26:6

**entity**
83:22
105:1
111:7

**estate**
16:13,20,
25 17:4
18:1,3,4,
9,19,21
19:20
21:14,23
22:10
26:3
117:24

**estimation**
116:18

**event**
100:17
130:23
131:24,25
137:21

**events**
99:20

**eventually**
36:20

**exam**
12:5
136:9
137:9

**examination**
26:25
31:22
133:8
137:3

**excuse**
21:2
52:22
59:13
88:10
104:7
107:9
113:25
130:9

**exhibit**
13:3,6
26:21
27:1,8
29:9,10,
15 30:2,
14 31:10,
11,18
32:2,15
45:20,21
46:13
47:11
51:9,10,
20 62:8,
10 65:6

74:13
75:25
83:15
93:15
106:21,25
112:23,24
116:4
122:14
127:12
131:8

**expanders**
129:19

**expenditure**
64:9 79:7
80:6,16,
18 81:13
83:13
123:5

**expenditure s**
51:16
64:2
66:18
69:4
81:16
82:20
111:2
123:3

**expense**
89:7,15
90:17,24,
25 118:7

**expenses**
70:22
71:1,5
72:3,6
85:4,13
88:10,12
92:18,22
96:12,17,
22,24
100:22
103:1,15,
19 104:1,



2,4
110:21,25
114:25
115:2,3
116:14,19
117:17
131:23
132:2
136:7,11,
15,21

experience
13:14

experienced
128:24

expert
60:22
61:5,10

explanation
29:12

extent
46:19
60:10
85:15
92:21
100:25
136:13

——————

F

F-L-O-T
134:25

faced
129:5

fact
47:19
75:14

fair
8:3,4
14:23
20:8 21:5
61:20
82:2

90:11
92:18,19
111:19,20

familiar
12:9 13:6
27:18
39:20
40:1 50:1
107:2
113:1

familiarize
123:22

family
40:17

Fannie
19:2

Farmers
22:3

Fathers
93:23
94:3
103:4,7
105:23
106:24
108:10
110:13
112:10

faulting
115:20

FCC
49:6,10
107:15

February
104:8
129:15,16
130:2,24
131:17

fed
132:6

federal
37:8

Feds
114:15

fee
101:3
108:12,
13,18

feeding
111:2

feel
84:17,18

feet
86:8

field
17:14

field/
administrat
ion
17:18

figure
48:5

file
35:12
37:19,23
38:17,25
58:12
92:9
116:24
117:7
120:4
128:8

filed
20:20,22
21:2,3
37:24
38:3,6
47:12
49:15
59:6,10
60:4,9,14
71:9
97:21
102:25
113:6

117:1,6
119:22
124:17,21
126:23
127:1,4,
18,22
128:9,14,
15 129:2

filing
32:23
37:14
69:24
116:13

filings
33:14

filling
70:20

finance
13:16,19,
20 16:14
17:11,21
18:5,10,
17 20:13
25:18
26:7,16,
19 36:6
37:6,17,
19 49:15
50:4,25
51:6
54:21,25
55:2,6,
10,24
57:22
58:3,6
60:3,14,
23 61:10,
15 65:12,
20 67:7,
16 68:4
81:2 98:5
110:3,12
124:17
125:15
127:15

128:2

financed
25:19

financial
32:12
39:3
74:17
77:23
78:3
83:19

financing
17:19

find
30:17
79:24
80:5
84:20
93:14
128:17

fine
8:23 13:1
23:11
34:9
42:13
93:17
118:17
124:12

finish
27:24
36:19
58:25
61:6
68:18

Flat
134:24

flip
30:1

Florida
94:21

Flory
133:20



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
Index: FLOT..greet

FLOT
  134:19,
  23,25

flyer
  100:4

FOIA
  51:13
  60:10,12,
  16 65:15
  67:25
  122:12
  123:10
  127:14
  128:11,16

FOIA'ED
  52:7
  59:13
  67:9,21

FOIAS
  59:19

food
  88:15
  100:15
  111:1
  117:15
  119:10
  132:5

forefront
  88:14

forget
  25:10

forgive
  128:22

form
  34:12,25
  57:7,25
  118:12
  135:17,20

formed
  99:10

formula
  31:6

fortune
  114:11

foul
  48:5
  107:23

found
  46:6
  129:24

fraction
  84:9

frame
  80:11

frauded
  9:5,6

Freddie
  19:2

Freedom
  124:14

freight
  71:1

frequently
  21:20

Friday
  61:9
  131:16

friend
  44:13
  137:25

friends
  112:13

front
  88:8
  115:25

fuel
  70:18

full
  20:11
  77:7

full-
  14:19

fully
  46:20

fun
  108:9

functions
  17:18

funded
  24:17
  25:18
  76:19
  79:8

fundraiser
  63:14

funds
  68:24
  69:4
  70:21
  72:1 76:6
  81:25
  82:15
  87:3 89:2
  95:8
  100:11
  101:15,16

————————

G

————————

gas
  117:13

gather
  30:7,10,
  24

gave
  28:7
  56:25
  64:3
  67:20
  84:12
  85:7 86:1
  103:21
  133:14,18
  136:16

general
  30:18

generally
  30:10
  31:1

generated
  103:3
  108:15

generating
  14:5
  108:15

generator
  87:16,17

gentleman
  27:18
  131:19

geothermal
  87:12,14

gifts
  100:16
  111:3

give
  29:12
  33:6
  54:23
  56:15
  57:3
  59:20
  63:12,18
  66:4
  78:21
  103:12

giving
  27:21
  57:13

goal
  8:14

God
  120:19

golf
  43:4,9

good
  6:18
  20:14
  28:5
  36:21
  37:22
  40:24
  43:11
  81:22
  91:2,10
  101:2
  111:17
  116:8
  122:15,18
  128:21

goods
  68:21

gosh
  126:3

government
  114:1

grade
  77:5

graduate
  11:11,18

graduated
  11:5
  13:21

graduation
  13:22

grandkids
  24:7

granting
  26:24
  31:21

great
  11:17
  20:9
  91:13
  128:25

greet
  67:2



Greg
  94:18,19

grocery
  88:22
  89:3,10

grooming
  111:4

gross
  119:25
  121:25

ground
  7:1

grow
  18:17

growth
  18:23

guess
  9:5 42:13
  116:6,8
  128:20

gun
  101:19

guys
  87:12
  100:9
  113:22

———————
      H
———————

haircuts
  111:4

half
  111:18

hand
  28:23
  57:3,23
  100:16

handing
  28:1,4
  51:8

handled
  38:11

handwriting
  50:7,11
  53:1
  62:24
  63:6

happen
  7:10
  33:24
  36:24

happened
  71:25
  72:1
  86:17

happening
  18:20

hard
  9:2 25:3
  67:12

harm
  48:4

head
  7:8,10
  25:11
  121:19

health
  14:10,11,
  24,25
  15:2,6,8,
  15 24:15
  111:1,2

healthcare
  13:23
  17:14,17

hear
  39:12
  124:24
  125:2
  134:20

hearing
  30:19,21

41:4
  47:18

hearings
  38:10

heart
  129:5,18,
  24 132:22

hearts
  132:7

heat
  117:12

held
  61:9

hell
  112:5

hesitate
  7:16

hey
  96:20
  124:24

high
  11:5,8
  119:12

highlighted
  125:21

hired
  14:19

history
  113:19,22

hit
  54:24

Hmm
  113:16

hobby
  96:10,11
  134:8

hold
  54:12
  61:6,23
  137:7

holder
  42:15

holding
  60:22

holds
  49:6,10

hole
  43:6
  129:19

home
  13:23
  14:10,11
  15:8,15
  25:7,15
  28:7,23
  39:12
  42:1
  66:13
  67:4
  88:17
  110:25
  117:25
  130:17,
  18,19
  133:14,23

honey
  39:12

hooked
  15:9

hope
  8:10
  124:11

hospital
  27:11,15,
  16
  129:18,
  21,23
  137:24

host
  63:8 81:3

hosted
  111:25

hotel
  132:3,9

hour
  108:11

house
  19:21
  41:21
  42:8,16,
  23 44:19
  45:2,8,
  15,16
  55:13
  71:15,16
  86:5,8,
  12,22
  87:4,5,7,
  22 88:4,
  7,8 89:23

household
  69:16
  70:22
  71:1 72:6
  85:4,12
  88:10
  92:18,22
  96:12,17,
  21,24
  114:25
  115:2,3
  116:18
  136:7,10,
  21

housekeeping
  119:10

housing
  110:25

Hulu
  90:3,4,5,
  6,7

hundred
  56:16

husband



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
Index: husband's..January

10:15
23:15
33:10
60:21
61:7,12
73:12
102:25
106:18
111:25
117:18

husband's
9:23
24:10
39:9
96:18

hygiene
111:4

_____

**I**

_____

idea
33:6

identificat
ion
13:3 27:1
29:10
51:10
62:10
106:25
112:24
116:4
122:14
127:12
131:8

identified
50:6 51:9
64:15
68:17,19
97:15
110:2,7,
11 120:3
122:1
129:7

identifies
117:22,24
125:16

identify
121:13
123:7

identifying
57:22

ignore
52:20

imagine
85:5,6

impressed
125:4

improvement
s
104:12

in-kind
64:13,15
68:20

inaudible
20:4
33:20
53:17
90:23

included
59:16
122:23

includes
124:21
127:22

including
37:9 46:1
48:8
49:18
74:18,19
83:19,25
103:2
110:24
124:17
127:16,18
129:5

income
19:12,24
20:3 36:2
38:21
45:24
46:17
48:7,20,
22 69:7
71:4,20
77:11
93:5,6
103:1,14,
18
114:12,15
116:11
119:14
120:9
121:13,
15,25
136:7

incomplete
46:20

incorrect
114:10

independent
24:25
25:1
110:1

indiscernib
le
91:17

individual
9:7

individuall
y
137:14

individuals
16:6

information
9:16 29:2
33:13,18,
25 34:13,
18,22

98:22
99:5
116:17
117:19
124:15
136:16

institution
74:17

institution
al
19:4

institution
s
77:24
78:4
83:19

insurance
19:19
21:13,25
22:5,11
24:15,19
26:2
78:19,23
88:12,13
111:1
118:9
119:3,4

interest
26:18
38:14
83:23

interesting
45:11
80:9

interesting
ly
126:6

internet
89:18,21

interrupted
135:24

investors

19:2,4

invoices
89:20

involve
14:1,2

involved
14:3 40:3
45:13,14

involvement
13:18
14:4

involving
89:6

Iron
31:21

Isle
101:22

issue
53:25

issues
22:9 39:4
129:4

itemized
51:16
63:2,24
123:3

items
118:4,6

_____

**J**

_____

January
37:8
45:22
46:16
48:16,18
49:13
74:15,25
75:8,16
82:17
83:16



84:15
86:17,19
103:7
107:7
110:19
111:16
122:5
129:8,16

Jasinski
6:17,19
8:10,13
12:17,22,
24 13:4
20:5,7
26:21
27:2
28:16
29:7,11
32:5
33:1,4,21
34:5,8,10
36:23
46:22,24
47:7
51:4,8,11
52:13
53:12,15,
23 54:3,
7,12,19
61:21
62:2,4,7,
11 64:21
65:5
74:1,5,12
80:12,20,
24 81:9,
11 88:20,
24 91:21,
24 93:16,
18,20
99:17,18
101:13
106:19,21
107:1
109:5
112:21,

23,25
115:1,13,
16,19,21
116:1,5
118:17,
19,22
119:1
120:12
121:22
122:7,12,
16
124:10,13
127:8,13
130:9,11
131:7,10
132:23
133:5
135:2
136:2
137:2,7
138:14,
15,17

Jeep
40:13,15

Jeremy
125:1

job
13:22
20:4
73:15
91:10

join
15:6

joint
70:9

jointly
37:24

judge
26:23
29:3
30:21,22
41:4
47:13,17
133:7,11

July
29:17
30:19,20
51:1 52:5
75:21,22
81:23
82:18
100:9

jumping
45:19

jumps
114:10

June
75:1,11
80:13
81:12
84:10,11,
12
111:15,17

_____

K

_____

K-O-V-A-R-
I-K
10:6

K30
65:1

Kelly
15:3,4,9,
18,24
16:2,4,7,
10

Kenworth
37:1

Kewadin
41:19
78:13

key
79:25

kids
71:11
77:4

Kilwins
90:21,22

kind
31:17
36:25
38:12
51:15
67:12
76:21
80:1
98:11
101:14
106:4
108:20
109:6,7,
15

knew
44:15
136:17
138:8

knowledge
102:8
117:20
121:6,7

Kovarik
10:4,21

_____

L

_____

lacked
115:18

lady
36:25
131:13

Lake
42:23

Lakes
67:2
91:13

land
41:25
42:3,5,

10,20
43:12,15,
19,20

language
46:3
107:23

Large
19:4

late
129:8
130:23
132:20

law
11:17
65:13

laws
65:21

lay
7:1

laying
135:5,8

learn
100:4

lease
43:23
44:8,22,
24 45:7,
15 86:25
104:10,
15,17,21,
22 105:2,
7,13

leasing
39:18
40:7,22

leave
15:6
115:22
130:6,8

leaves
115:23



VICTORIA BISHOP
EUO OF VICTOR BISHOP

left
  36:15
  72:17
  77:5

legal
  111:6

lending
  44:10

letter
  34:23

letters
  94:17
  95:1

liability
  49:3

liar
  20:1

liberty
  12:9

license
  15:12
  18:9
  21:14,18
  22:8,10,
  11 41:7
  49:7,10
  95:5

licensed
  17:4
  21:9,13,
  23,24,25

licenses
  22:10,15
  23:5

licensure
  15:14

life
  25:3

limited
  46:1 48:8
  49:3,18

74:19
84:1
103:2
110:25

lines
  12:3

Linkedin
  12:10,12,
  13 13:10,
  12

liquor
  90:16
  107:24

list
  29:5
  119:25

listed
  40:9

listen
  39:9,13,
  22

live
  44:19
  45:16

lived
  71:11
  77:7

lives
  73:11,12

living
  23:12
  25:4
  41:20
  44:19
  72:6,10,
  13,16,22
  78:10
  110:21

LLC
  44:1,2,4,
  5 46:2
  48:9

49:2,6,10
86:25
87:1 88:1
98:10
102:17
104:11,18
105:4,18
106:22

loan
  20:1
  25:19
  57:9,12
  63:12,13,
  14 96:24
  136:20

loans
  18:10,11,
  12 19:11,
  13 96:15,
  21

local
  60:6
  128:5

located
  26:4
  104:12

long
  14:13
  15:24
  16:10
  17:7
  24:22
  65:24
  77:19,20
  95:2,3
  130:14,16

looked
  12:12
  26:22

lost
  9:24

lot
  31:19

41:6
55:16
71:15
76:11
114:11

love
  127:17

lovely
  94:20

low
  119:11

lower
  29:20

lump
  129:25

lung
  129:25

———————

M

———————

M-A-N-N-I
  132:13

Mack
  37:2,6
  71:23
  136:6

Macomb
  14:10,11,
  23,25
  15:2,6,15

made
  39:16,21
  47:19
  60:25
  61:4,8
  64:11
  66:18
  76:1,2
  82:15
  84:21,22
  95:17,25
  96:8

110:14
114:11
115:15
126:7

Mae
  19:2

mail
  65:17

maintain
  21:18
  66:9

maintenance
  117:25

majored
  11:24

make
  7:18 8:15
  18:15
  29:18
  31:17
  47:9,25
  54:3
  59:19
  62:4 64:1
  70:12
  76:6
  80:22
  83:25
  93:18
  118:20
  123:15
  135:8
  136:13,
  17,18

makes
  18:9
  29:22

making
  40:12
  58:6
  104:18
  110:15



Malcolm
  94:13
  112:5

malt
  107:24

man
  25:2

managed
  129:10

manager
  134:4,10,
  11,13

managers
  111:8

manicure
  91:6

Manni
  132:13,15

March
  127:16

Marcus
  124:5
  125:3
  126:18

mark
  12:19

marked
  12:18
  13:3,5
  27:1
  29:10
  46:13
  51:10
  62:10
  106:25
  112:24
  116:4
  122:14
  127:12
  131:8

market

15:22
18:13,15
89:13

marriage
  116:9

married
  10:23
  16:13
  17:8 38:1
  56:10
  58:7,8
  64:10
  113:23
  114:8

marry
  16:15,18

Marshall
  94:18,19

master
  12:24

master's
  12:3

materials
  29:16
  30:25
  103:9
  104:14
  105:20

math
  9:23
  23:25

matter
  30:18
  58:8
  67:22,24

matters
  6:20

means
  81:14

medical
  128:23

Medicare
  35:18,24
  69:23

Medicare-
eligible
  24:11,13,
  17

meet
  67:2

Meijer
  89:6,8

Melissa
  107:15

member
  44:5 49:4
  99:7
  102:17
  130:20

members
  102:16
  111:8

membership
  43:8

memory
  112:20

mess
  7:6

met
  17:7
  44:7,9

meter
  87:8,11,
  15,22

metered
  87:13

Michigan
  11:9
  20:10
  41:19
  46:1
  48:8,22

49:2,6,9,
16 63:8
65:13
73:15
78:25
81:3
83:21
84:4 89:2
91:17
96:2
97:3,12,
19 98:15,
19 103:2,
5,19
104:10
105:18,22
106:5,22
109:20
110:2
123:5
127:14
136:22
137:12

Midwestern
  51:21
  52:15
  123:5,6

miles
  41:2

mind
  67:9,11
  75:13
  93:15
  124:11

mine
  8:12
  51:21,22
  64:12
  65:4
  113:12
  122:21
  123:2

mini
  138:17,

18,20,23,
24

minimum
  108:10

minus
  87:25

minutes
  132:24

mischaracte
rizing
  17:16

mistake
  110:14,15

mistaken
  110:16

mister
  16:15
  69:12

modified
  109:18

mom's
  10:16,17

moment
  7:16
  52:10
  67:9
  80:4,15
  96:19

Monday
  31:25
  61:8

money
  54:23,24
  56:25
  69:21
  76:16,24
  78:21
  94:22

monies
  73:4 97:2
  111:6



Monkey
  101:7,8

month
  35:21
  69:10,25
  73:19
  82:1,6,17
  85:25
  86:11
  92:4
  95:20
  96:7
  105:8
  117:12,22
  118:1,9
  120:3,9,
  13,16,20

monthly
  42:5
  82:20
  108:13
  116:18
  119:25

months
  60:12

Moran
  31:21

Moran's
  26:24

morning
  6:18

mortgage
  17:19,25
  18:18,20
  19:20
  21:9
  22:11
  26:3
  44:10

mother
  132:16

motion
  26:25

31:22

motorcycle
  40:20

move
  73:14

moved
  23:14,15
  77:21
  78:12
  94:20

moving
  94:20

MRI
  129:23

_____

N

nails
  91:3,6
  92:25
  93:4

named
  27:18
  132:12

names
  10:1,9
  93:22

narrowed
  37:22

national
  131:2

natural
  117:12

needed
  34:1

negotiated
  43:15
  44:24

net
  35:24

69:23

nice
  36:25
  91:6,7

NINJA
  20:3

nod
  7:10

nods
  7:7

non-
  22:17

Non-filing
  119:14

normal
  87:19

North
  67:3

notarized
  50:18
  58:19

notary
  58:15,24

note
  124:5

noted
  32:18
  125:7

notice
  58:23

noting
  84:6

number
  12:19
  13:6  17:8
  26:21
  27:9
  29:9,15
  30:3,14
  31:11,18

32:2,15,
19 33:2,
5,7 34:4,
11 37:7
44:2
45:20,22
47:12,13
48:6
49:12,20
51:9,17,
18,20
59:7,9
62:8
63:25
72:11
74:13,14,
23 75:25
82:13
83:16
84:3
93:15,21
96:15,20
97:10,13
98:21
102:23
104:8
106:19,21
109:13,16
110:19
112:21,23
114:21,24
115:9
116:1,3
125:10,
16,19
127:9,11

numbering
  29:21
  118:13

numbers
  34:6 82:8
  115:23,24
  118:15
  136:14,18

_____

O

oath
  38:9

object
  118:11
  135:17,20

objection
  118:20
  135:18

obligation
  65:12
  68:1

observed
  41:5

obtain
  11:20
  34:19
  75:9

obtained
  96:15,24

occasion
  28:18

occasions
  44:9

occurred
  95:2

occurring
  129:8

occurs
  101:15

office
  14:17,18
  26:4
  48:16
  49:18,19
  65:14,20
  67:10
  69:7
  97:16



122:13,22
124:6

officers
111:9

offices
16:9

officials
60:4

offline
75:6

Okie
37:6

older
65:4

one's
62:3

one-stop
19:21
26:1

online
31:4
34:19
35:2
75:3,6,7
92:12
101:11

open
126:18

opened
13:20
16:14
17:21

operating
97:11,18,
19,22,24
98:10,14,
18 99:3,
12

operations
41:12
45:4,17

operator
18:22

opportunity
15:22
118:5

opposed
18:21

order
12:19,21
13:1,6
26:23
29:4,8
30:22
31:21
32:6
34:4,11
37:7
38:13
45:21
46:12,14,
21 47:9,
13,16,20
49:12,23
51:12
54:11
74:13
75:15
99:24
100:4
133:10

ordered
29:3
133:7

orders
138:13

organizatio
n
97:11,14,
21 99:3

organizatio
ns
101:22

original

59:5
125:12,
13,16,22

originally
94:24
110:4

originate
18:10

owned
26:6
37:17
95:3,9
110:8

owner
42:8
43:23,25
45:8
93:22
96:8

ownership
83:22

_____

P

_____

P-A-S-D-E-N
9:13

p.m.
122:9

package
124:23
126:17

packet
122:23

pages
29:22
51:3,5
62:17,18,
19,20
63:5
123:19

paid

79:21
81:17
83:13
87:3 88:2
95:22
100:24
101:16,18
108:13,16
111:6
117:25
126:5,6,8
131:23

paper
67:4
92:10
138:16

papers
28:4,6

paperwork
66:8
133:14,18

Paragraph
107:22
108:7,8,
9,21

pardon
108:23
127:3

parking
41:6

part
29:3
45:1,2
68:21
86:6

part-time
14:19

parties
60:22
61:13

partner
94:8

partners
94:15

partnership
94:18,19,
24

party
38:13
101:23
130:21,25

Pasden
9:9,11,14

past
10:1

Pat
9:9

Patriot
103:6
106:23

Pattison
9:10

Paul
32:10
137:19

Paul's
137:25

pay
15:20
25:19
36:13
43:12
70:22
71:4
72:3,5
73:4
77:9,10
78:19
79:15,20
86:6,12
87:24,25
88:9,11,
13,19
89:2,17,



18,25
96:21,24
98:1
100:13,
15,22
101:3,4,
6,11
108:10
117:12,15
132:9
136:7,21

**payable**
87:4

**paying**
31:19
70:25
96:11
136:10

**payment**
40:12
42:5
43:19
85:4,12
92:17
95:15,17
96:16
105:3
110:21

**payments**
85:22,24
95:12,19,
25  96:7
104:18
121:7

**Paypal**
90:6,7

**pays**
69:16

**PDF**
138:16,17

**pending**
7:25

**people**
9:5  29:6
88:16
93:13

**percent**
45:3
108:15

**Perfect**
8:5  15:24

**performs**
134:7

**period**
23:8
64:22
78:12

**Periodically**
130:3

**periods**
124:22
127:23

**person**
63:14

**person's**
11:1

**personal**
89:15,21
90:25
92:17,22
97:2
104:2,4
111:3
117:20
121:6,7
137:20

**personally**
31:3
47:21

**petition**
32:11
96:18

**pets**
111:3

**phonetic**
10:19
44:6  94:7
101:19
137:25

**physician**
129:7

**pick**
70:20

**picked**
89:10
118:15

**pig**
99:22
100:8,12,
13,20
101:1,17

**piles**
135:5,8

**pizza**
126:4,6

**place**
11:17

**places**
125:17,19

**plate**
41:7

**PNC**
84:6

**point**
19:6
22:15
23:4,20
27:10,12
35:6
41:24
79:4
82:14
89:12

**pointing**
29:19
115:5,8
131:13

**Polish**
116:9

**political**
100:16
101:21

**pop**
93:1
100:15

**portion**
87:25

**position**
48:15
66:20
124:19
127:20

**possess**
128:4

**possibly**
110:15
118:15

**post**
50:21

**post-election**
124:22
125:21
127:23

**postgraduate**
12:2

**power**
87:15

**pre-**
124:21
127:23

**pre-register**

**101:4**

**precise**
33:22

**Precision**
81:4

**predecessor**
46:14

**preparation**
32:11
49:15
55:6
106:4,7

**prepare**
34:1
54:20

**prepared**
37:11
51:6  55:1
106:10,11
110:4

**preparing**
55:23

**prescriptions**
89:9

**present**
37:8
45:23
46:16
48:19
49:13
74:15
83:17
104:9
110:20

**Presque**
101:22

**Pretend**
67:14

**pretty**
82:1,19



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
Index: previous..radio

previous
  10:15
  23:7

previously
  41:24
  47:17
  95:9
  105:20

Primary
  55:13

prime
  82:21,25
  83:7,11

print
  75:5

printout
  48:11

prior
  30:18
  55:1
  69:23
  71:9
  72:15
  94:9
  108:13,17

problem
  7:24
  19:15

problems
  43:19

proceeds
  36:7,12
  37:5

produce
  29:3
  30:23
  81:7
  84:21
  93:24
  103:16
  133:12

produced
  29:14
  31:25
  46:5
  49:20,25
  81:20
  96:6,20
  113:3,5
  114:21
  122:22,24
  123:8,9,
  13

products
  107:25

profanity
  107:23

professiona
l
  111:6

proffered
  116:25

profile
  12:13
  13:10,12

profits
  45:24

program
  39:9
  61:3,8
  108:12
  111:25
  112:7

programs
  134:13

projecting
  120:11,25

promise
  122:18

proof
  75:2

property

36:6
43:13
45:8
78:13
85:23,24
87:4
104:13

provide
  16:6
  75:15
  84:14
  98:18
  111:19
  118:14

provided
  30:4,25
  32:8,17,
  21  33:13,
  15  34:14
  48:10
  51:13
  58:16
  59:22
  66:21
  67:17
  74:22
  79:3  84:3
  98:23
  99:2,5
  103:8,10
  104:14
  105:20,21
  109:13
  118:13
  125:6,22
  126:14,23

pull
  65:15

purchase
  41:25
  44:18
  67:1
  90:15,21
  91:3,13
  95:9

purchased
  25:18
  68:9,12
  90:9
  98:17

purchases
  89:12
  90:14

purchasing
  70:18

purge
  129:3

purports
  113:10

purpose
  107:20
  123:7

purposes
  24:15
  46:15

put
  54:22
  55:22
  57:17
  58:5,8
  67:9
  82:25
  108:2
  110:5,16
  121:9
  127:6
  129:20,25

puts
  99:20

_____

          Q
_____

QT
  91:3,8

quantifying
  92:20

question
  7:4,14,
  21, 25
  8:1,25
  22:20
  46:15
  51:2  54:5
  80:14,19,
  20  128:22
  135:4
  137:8

questioned
  54:22
  133:12

questions
  38:15
  61:15
  123:23,25
  135:3

quick
  74:4,6

Quicken
  19:23

quickly
  30:1
  125:4,5

quote
  126:18

_____

          R
_____

race
  60:6

radiation
  130:1

radio
  39:15,21,
  24  51:22
  52:15
  61:8  88:6
  89:19
  94:8,15



96:10
106:17
107:19
112:7,12
123:7
134:23

ran
    55:12,16

randomly
    29:24

Randy
    16:13,15
    20:15
    28:7
    43:17
    44:25
    54:22
    63:7 81:2
    85:7 89:9
    94:6
    99:25
    102:5
    103:6
    105:19
    106:23
    110:22
    112:20
    118:15
    131:20
    132:8
    133:14
    135:22
    137:14,17
    138:3

Randy's
    113:12,13
    132:16

Rapids
    89:13

RE/MAX
    17:3

read
    48:7 55:7
    66:8

69:12
82:21
108:9
123:19

ready
    116:23
    118:23

real
    16:13,20,
    24 17:4
    18:1,3,4,
    9,19,21
    19:19
    21:14,23
    22:10
    26:2
    74:4,5
    117:24

Realty
    22:7

reason
    38:2
    50:5,16
    75:1
    84:14
    116:25

reasoning
    84:16

recall
    9:8 14:8
    22:1
    24:22,23
    25:6,11,
    17,20,21,
    22,25
    26:4
    27:16,17,
    21 28:1,
    17 33:17,
    23 37:14,
    16 38:23
    42:3,5
    43:11,15
    47:18

55:12,23
78:6 95:2
98:18,20
106:6
116:16
117:11
133:22

recalled
    23:12

recalling
    20:12

receipt
    63:7 81:5

receipts
    66:25

receive
    81:23
    101:21

received
    28:6,22
    35:1
    45:25
    66:7
    69:24
    97:13
    98:25
    128:1

receiving
    27:17
    28:17
    133:22

recent
    127:25

recess
    74:9
    122:10
    133:3

recession
    20:9

recognize
    13:11
    51:17,19

62:12

recommended
    61:14

reconcile
    92:3

record
    7:9,13
    8:7 20:20
    22:23
    46:11,25
    47:2,4,5,
    8 54:13,
    15,16,17
    59:23,24
    60:1
    65:11
    74:4,8,11
    122:8
    123:2
    128:10
    133:2,4
    138:13
    139:2

recorded
    114:3

RECORDER
    8:6
    12:20,23
    28:13,15
    47:2,5
    54:14,17
    62:1,3
    74:3,7,10
    99:15
    106:20
    109:3
    112:22
    116:3
    122:8,11
    131:9
    133:1,4
    138:11,
    16,19,22,
    24 139:1

records
    31:1
    59:13
    65:12,25
    66:1,17
    67:6
    79:24
    80:15
    83:12
    102:2
    103:22
    104:2
    128:4,6

recover
    50:23

Redford
    11:8,9

redundant
    67:23

refer
    19:25

reference
    29:18
    47:19
    114:22
    126:7

referenced
    103:4

References
    126:3

referencing
    64:1

referred
    117:5

referring
    32:12
    47:10
    107:5
    124:8

refers
    96:17
    108:6



reflect
  60:17

reflected
  32:14
  79:7
  80:17
  81:1

reflecting
  45:23
  46:17
  49:14
  66:17,18
  74:20
  84:1
  93:21
  103:1,14
  105:17
  110:20
  111:6

refresh
  8:9

regal
  38:19

registered
  97:15,16

regulatory
  22:12

relates
  128:23
  135:21

relationshi
ps
  19:1
  77:24

relative
  52:10

relevancy
  135:20

relevant
  52:16,19,
  23 67:6

remember
  8:17,21
  9:12
  19:10
  21:4,5,7
  26:11,14
  28:4 37:3
  38:21
  42:13,14,
  20 55:25
  56:1 59:4
  72:19,21
  73:18
  78:5
  79:21
  91:22
  94:17
  95:1
  107:14
  110:24
  112:8

renewal
  22:18

renewed
  22:16

rent
  26:10
  86:2,3,14
  88:1,5
  101:19
  117:22

rental
  104:10

rented
  26:9

repair
  117:25

repairs
  110:25

repeatedly
  110:11,19

repeats
  39:14

report
  50:8,11
  54:21,25
  57:22
  58:3,6,11
  59:7,10,
  15,23
  60:14,18
  66:22
  67:7,16,
  20 81:2
  98:3
  123:18
  124:2,7
  125:5,6,
  15,20
  126:12,
  15,18,20,
  21,22,25
  128:17

reported
  114:6,12,
  15

reporter
  7:2

reports
  49:15
  50:25
  51:6
  55:2,6,
  10,24
  60:3 68:4
  110:3,12
  124:17,21
  125:9
  127:15,22
  128:2

repository
  128:5

repossessed
  117:2

represent
  137:17

representat
ion
  103:9
  137:11

represented
  60:21

represents
  137:12,14

Republican
  101:23
  130:21,25

request
  7:24
  32:14,19
  74:14
  83:16
  96:14
  97:10
  115:15
  118:12
  122:13
  123:10
  124:15,19
  127:15,20
  128:1,4,
  12

requests
  51:13
  60:11,12,
  16 98:22

require
  65:21,24

required
  43:12
  75:15
  105:9

requiring
  30:23

respect
  22:9
  108:20
  135:21
  137:11,21

responds
  126:22

response
  28:11,22
  31:20
  32:17
  37:11,12
  38:10,11
  51:13
  85:16
  97:13
  98:22
  99:5
  105:12
  114:21
  115:12
  118:2
  127:24,25
  128:11

responsibil
ity
  108:25

responsible
  18:4

responsive
  32:18
  46:5,20
  93:25
  128:4

rest
  21:7

restricted
  130:16

retain
  35:9
  66:10

retaining
  65:21

retention
  65:12

retired
  56:24



**return**
  35:12
  37:15
  38:25
  129:10

**returned**
  52:7
  129:15
  130:2

**returns**
  37:9,20,
  23 38:3,
  6,18 39:3

**revenue**
  103:3
  108:6,15

**right-hand**
  29:20
  53:5,9

**righty**
  102:22

**rip**
  53:23

**Rix**
  27:19,21
  28:1,17
  47:22
  133:18

**road**
  25:2,3

**roast**
  99:22
  100:8,12,
  13,20
  101:1

**Robert's**
  99:24
  100:4

**rock**
  22:21

**room**

  115:24

**rounded**
  68:10

**Rule**
  26:25
  31:22

**rules**
  7:1 99:24
  100:4
  123:15

**run**
  67:17

**running**
  65:19
  69:6

———————

S

———————

**salaries**
  120:1,2

**salary**
  120:17

**sale**
  36:5,8,11
  37:5
  89:12
  135:16

**sales**
  17:1,4
  36:6
  134:4,10,
  11,13

**Sandy**
  6:18

**satellite**
  16:9

**save**
  76:23

**Saving**
  76:16

**savings**
  74:16
  83:18
  135:13

**schedule**
  63:4,6
  64:13
  96:17
  116:11,14
  118:7
  123:3
  125:7
  136:14

**scheduled**
  37:9

**schedules**
  32:11
  40:10
  135:22

**scheduling**
  14:2

**school**
  11:5,8,17
  77:5

**Schumaker**
  11:2

**science**
  22:21

**scope**
  135:23

**Sean**
  36:20

**seat**
  55:14

**secondary**
  18:13,15

**secretary**
  49:16
  59:18,25
  67:10
  127:24

  128:10

**Security**
  23:19,21
  24:6,12
  30:8
  31:2,4
  34:12,19
  35:3,7,
  15,22,25
  36:3
  48:20
  69:8,21,
  25 70:16,
  22 71:2,
  13 72:23
  73:4,21
  77:12,15
  78:7
  81:24
  82:12,19
  113:10,
  16,20
  114:2,18
  119:19
  120:2
  121:13,
  15,20
  135:13

**sees**
  80:17

**sell**
  25:14
  94:21
  136:1

**seller**
  25:19
  42:11

**seller-
financed**
  95:12

**seminars**
  99:23

**Senate**
  55:14

**send**
  30:8 31:7
  65:16

**sense**
  18:9

**separate**
  45:7,15
  89:20
  104:25
  105:2

**separately**
  67:25
  87:13
  89:20

**September**
  9:19

**sequential**
  29:21

**served**
  47:21

**service**
  18:11
  82:14
  134:18,22

**services**
  15:3,4
  17:15
  68:21
  111:7

**set**
  16:6,9
  29:16,22
  30:22

**setting**
  16:5

**shame**
  8:24
  97:25

**share**
  82:21
  83:8



VICTORIA BISHOP
EUO OF VICTOR BISHOP

shareholder
    26:15

shareholder
s
    111:9

sharing
    108:6

sheriff
    27:19

Shield
    15:10,13

shoot
    101:2

shop
    19:21
    26:1

short
    112:20

shortening
    10:16

shorter
    10:21

shot
    101:3

show
    39:14
    63:8  79:3
    81:3
    103:7
    107:25
    108:14,
    16,18
    115:22
    117:15
    119:9
    128:14
    134:6,11,
    12

showered
    122:18

showing

13:5
68:22
69:3
125:19

shows
    12:16
    48:10
    50:19
    63:6
    68:11
    113:25

side
    18:19,21

sign
    47:18,20
    59:4
    79:12

signage
    68:12
    79:11

signature
    50:13
    125:25

signed
    37:9
    47:13
    58:15
    59:5,10
    67:1
    125:22
    127:15

signer
    70:4,7
    83:24
    85:1

significant
    45:2

signs
    65:3
    68:10
    80:1,2
    81:1,4

similar
    113:13

singer
    10:12
    110:24

single
    87:8
    123:10

sit
    29:4

site
    16:7

sitting
    27:7
    48:19

size
    18:17

skip
    13:14

smart
    22:23

smiling
    12:7

snacks
    70:19

Snickers
    70:20

snotty
    70:17

Social
    23:19,21
    24:6,12
    30:8
    31:2,4
    34:12,19
    35:3,6,
    15,22,25
    36:3
    48:19
    69:8,21,
    25  70:16,

21  71:1,
13  72:23
73:4,19,
21  77:12,
15  78:7
81:24
82:12,19
113:10,
16,20
114:1,17
119:19
120:2
121:13,
15,19
135:13

sold
    18:12,13
    19:6,23
    20:13
    21:1,2,6,
    8  22:18
    23:3
    24:2,16
    25:22
    37:19
    39:7
    71:24
    94:22,25
    136:1

sole
    49:4  99:7
    102:17

someone's
    9:4

someplace
    102:7

Sommerfeld
    94:7,8,
    16,18
    97:15
    111:22
    112:16

sort
    37:1

sound
    12:13
    35:16

source
    36:2
    45:25
    46:18
    48:8,20
    68:24
    69:4,7,20
    76:23
    77:11
    97:5

sources
    48:7
    136:7

south
    94:20

speak
    38:19
    55:9
    59:22

Special
    41:17
    71:17
    104:11,
    24,25

specific
    66:5
    104:19
    118:12

specificall
y
    80:25

Spectrum
    89:22,25

spell
    9:12  10:5

spend
    82:23

spending
    73:5



spirits
  107:24

spoke
  6:19

sponsors
  100:17,20

spouse
  119:14

square
  86:8

SSA
  34:12,25

St
  25:7

stamp
  29:19,21

stamped
  53:11,13

standby
  87:17

stapled
  53:25

start
  14:15
  20:9
  75:11
  122:4

started
  17:11
  20:10
  78:6
  81:12

starting
  49:21
  74:25
  84:10

starts
  51:16

state
  11:16

13:21
37:8
49:16
55:13
59:1,12,
25 60:2,
4,9,13
67:10
127:2,5,
14,24
128:8,9,
10,15,16
137:16

stated
  19:24
  23:8
  35:24
  58:2

statement
  32:12
  34:13
  39:17,20
  62:16
  64:23
  68:11
  75:20,21
  80:17
  81:23
  82:2,10
  84:11,12
  113:10
  121:25

statements
  68:7
  74:20,23,
  24 75:5,
  9,12,16
  79:3 80:5
  81:6,20
  84:1,4,8
  86:1 92:9
  96:6
  111:11,
  13,15,16,
  18 115:7

119:9

states
  20:18
  37:12
  45:22
  50:6

stating
  69:19

station
  39:15
  88:6
  89:19
  94:8,21,
  22,23,24,
  25 95:4,9
  96:6,10
  98:17
  106:5,12
  108:17
  110:8,12
  112:12
  134:5,6

stations
  94:15

stay
  15:24

stent
  129:18

stepped
  137:25
  138:7

stop
  9:2

store
  89:10

strike
  93:13

studio
  86:4 88:8
  108:12

stuff

33:11
101:2
125:14,15
126:3

submitted
  47:17
  60:11
  122:13
  123:10

subpoena
  137:21

subscribed
  50:19

substantive
  115:11,14

successful
  66:19

suffice
  92:16

sufficient
  38:20

suggested
  106:3

suicide
  8:20 9:4

sum
  108:11

summary
  32:16
  51:24
  52:21,22

Sunday
  134:18,22

sundry
  6:20

supplement
  7:2

supplies
  119:10

supporting
  37:10

suppose
  33:23
  79:22

supposed
  33:6

surprise
  59:15,21
  60:17,19,
  20
  112:15,18

surrender
  22:15

surrendered
  23:5

SUV
  41:1

swing
  20:11

sworn
  6:19
  50:19

syndication
  106:4

_____

T

Tab
  34:14
  46:6
  49:20
  59:9 62:8
  67:8
  74:23
  84:3

table
  54:6
  80:14,19,
  21



**tagged**
  128:14

**takes**
  102:2

**taking**
  24:6
  90:15
  133:20,24

**talk**
  7:5 63:8
  81:3
  116:21
  119:2

**talked**
  40:7
  59:18
  75:24
  104:1
  106:14
  109:8
  126:16
  128:18

**talking**
  32:24
  33:2
  38:12
  41:9
  64:18,23
  66:13,16
  71:9
  80:25
  119:19
  120:5
  131:2
  132:1

**tax**
  14:5
  35:12
  37:9,15,
  19,23
  38:3,6,
  17,25
  39:3
  114:1

**taxes**
  14:22
  43:12
  86:18
  117:24

**telling**
  48:11
  82:8
  106:16
  107:11
  136:19
  138:3

**temp**
  15:4,7

**temporary**
  16:7

**ten**
  18:22
  66:2,9,10

**term**
  7:18

**terms**
  13:14
  18:17,20
  22:17
  42:3,20
  44:22
  48:1 56:8
  57:21
  63:24
  65:18,21
  67:25
  68:15,20
  70:16
  74:14
  76:17
  87:19
  113:22
  136:15

**testified**
  20:19
  38:9,16
  41:24
  43:22

**45:**1,6,12
  69:15,20
  70:15
  84:25
  86:24
  105:8
  106:3
  117:19
  136:9

**testifying**
  68:23

**testimony**
  6:21 23:8
  30:24
  59:6
  60:12
  63:11,17
  69:1,2,13
  81:16
  85:11
  96:23
  117:18

**Thayrone**
  94:14

**thereto**
  124:17
  127:16,18

**thing**
  31:9
  33:23
  53:4
  101:11
  125:6
  126:15
  138:7

**things**
  29:5 31:3
  47:9
  82:23
  118:24
  135:14,15

**thingy**
  101:19

**thinking**
  98:1

**Thomas**
  11:2
  31:21

**thought**
  41:6 58:7
  59:5
  75:13
  81:10
  86:10
  112:10
  134:3

**thoughts**
  74:1

**thousand**
  41:2

**threw**
  35:1

**throw**
  115:25

**ticked**
  55:16

**Tim**
  45:14

**time**
  7:23
  14:20
  17:25
  21:8
  23:8,9,
  13,20
  27:7,10,
  12 37:14
  39:23
  42:9
  43:18
  55:1 66:5
  69:6
  72:22
  77:4,5,7,
  20 78:10
  80:11

**81:**25
  84:9
  95:13
  108:19
  111:21
  122:19
  129:13

**times**
  6:24 38:9

**Timothy**
  44:6

**tire**
  130:5

**title**
  42:15

**titled**
  40:15
  74:18
  83:20

**TLC**
  77:25
  78:1

**tobacco**
  107:24

**today**
  27:8
  29:1,4
  30:23,25
  48:19
  69:13
  128:20

**told**
  9:1 34:1
  58:3
  59:19
  134:8

**top**
  25:11
  27:13
  29:5
  31:16
  45:22



47:10
50:7,10
53:3 63:7
123:4

**Torch**
42:23

**total**
106:15

**totality**
124:14,16

**Township**
26:5

**training**
55:5

**transaction**
79:4,25

**transactions**
89:5 92:3

**transcript**
7:5
138:12

**transcripts**
69:13

**transfer**
79:5 90:6

**transferred**
82:11,12
95:6

**transfers**
83:11

**transportation**
111:1

**travel**
111:5
130:12

**Traverse**
23:13
24:7 25:4

73:11
77:21
91:3

**treasurer**
55:21,22
56:3

**truck**
20:18
24:22,25
36:10,13,
25 37:3,6
71:21,23
136:4,6

**trucker**
23:4

**trucking**
20:15

**true**
41:20
70:24
71:12
103:11
111:24
120:3

**trusted**
108:22,24

**trustee**
38:11
113:5

**truth**
8:22
100:24

**turn**
31:17
113:5

**turned**
36:1
125:4,5

**tutorials**
55:9

**type**

63:13
79:24

**types**
17:18

_____

**U**
_____

**U.S.**
90:16

**uh-huh**
7:8,10
16:21
40:11
42:25
57:5
71:22
72:25
76:3 77:1
105:10
120:21
125:18

**unclear**
7:16,21

**underneath**
91:11

**understand**
7:14,17,
19 12:7
29:6
51:23
52:9
57:25
58:1
65:11
71:25
87:7
95:11
99:19
115:5
116:24
133:6,10

**understanding**

56:7
69:21
70:2
107:18

**undisclosed**
136:20

**Union**
11:8,9
13:15
46:2
48:9,25
78:1 97:8
99:4,8,20
100:2,6
101:20
102:3,7,
17

**unions**
74:18
83:20

**United**
20:18

**universe**
12:25

**University**
11:16
73:15
78:25

**unnecessary**
38:17,25

**unrelated**
6:20

**upkeep**
117:25

**upper**
53:5

**USA**
22:3,7

**USAA**
22:4

**usage**

87:20

**utilities**
111:2

_____

**V**
_____

**vacations**
111:5

**variety**
129:4

**VB**
29:24
31:23
32:16
34:16
35:14
49:21

**VB10**
49:21

**VB11**
49:22,24

**VB21**
50:5,6,8

**VB23**
49:25

**VB28**
81:22
82:5

**VB67**
89:11,13

**VB68**
90:5

**VB70**
90:12

**VB71**
91:2

**VB8**
46:6

**VB9**
46:6



VICTORIA BISHOP
EUO OF VICTOR BISHOP

July 25, 2025
Index: vehicle..years

vehicle
    39:19
    40:7
    41:9,11
    70:18
    78:15,19
    118:9
    119:4
    136:1

vehicles
    40:9,25
    70:18
    117:1

veracity
    135:21

verbally
    7:7

verificatio
n
    19:12
    34:22,23

Vicki
    110:22

Vicky
    13:9
    117:11

Victoria
    9:25
    10:4,11
    31:20,23
    46:18
    49:17
    50:14
    52:23
    74:19
    83:21
    110:22
    124:18
    125:11
    127:19

Vikki
    10:12

Village
    89:13

voted
    132:10

—————————

        W

W-A-A-M
    94:10

WAAM
    94:11
    112:2,5

wages
    119:25
    120:1

wait
    126:14
    137:7

walk
    43:10

walked
    71:15,16

wanted
    10:21
    14:20
    15:9
    20:15
    94:21
    101:1,2
    106:15
    107:10
    111:16
    117:2

watched
    23:16
    71:11

water
    8:9

wavelength
    7:19 48:1

Wayne
    11:16
    13:21

WCHY
    41:7,12
    45:4 49:7
    95:25

WCHY's
    45:16

web
    85:22,24
    90:5
    101:7

website
    12:9

week
    39:16

whatsoever
    23:2 67:6

when's
    111:21

Whew
    119:13

whoa
    114:2

wife
    94:20

wing
    15:8

Wire
    19:13

withdrawal
    83:23

withdrawals
    70:13
    74:21
    82:14
    83:25
    84:2

woman

22:23

wood
    41:17
    71:17
    104:11,
    24,25

work
    8:15
    14:13,18
    15:14
    24:5,25
    71:6
    129:10,
    12,15,16
    130:2,13,
    17,18
    136:14,18

worked
    13:23
    14:16,19,
    23,24
    23:17
    76:25

workforce
    18:17

working
    17:2,14
    39:11
    40:23
    73:23
    115:10

works
    31:21
    78:24

worry
    133:16,21

worth
    68:10,12
    75:12
    135:11

would've
    9:3 23:24
    36:1

42:15
    96:2
    120:10

wow
    17:21
    23:18
    24:21

write
    70:12

written
    56:21

wrong
    10:23
    43:3
    46:12,21
    118:13,25
    119:2
    120:23

—————————

        Y

YDF
    107:25
    108:9,10,
    12,14,16

year
    11:11
    21:22
    99:21

year's
    75:12

yearly
    98:2

years
    11:4
    14:14,25
    15:25
    16:11
    17:9,10
    18:22
    34:11
    37:7



VICTORIA BISHOP
EUO OF VICTOR BISHOP

```
66:2,9,11
72:15
73:17
77:3,6
78:12
92:14
106:13
111:18,23
```

**yell**
```
36:21
```

**Yikes**
```
9:7
```

**Yukon**
```
41:2
```

