**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:  RANDY ALVIN BISHOP                                Case No. 24-03205-jwb

        Debtor.                                                               Chapter 7

                                                                                          Hon. James W. Boyd

_____/

**THOMAS MORAN AND MORAN IRON WORKS' MEMORANDUM
REGARDING NON-PARTY VICTORIA BISHOP'S ONGOING FAILURE TO COMPLY
WITH THE APRIL 18, 2025 RULE 2004 EXAMINATION ORDER**

      Thomas Moran and Moran Iron Works (collectively "Moran"), parties in interest, pursuant to the directives in this Honorable Court's July 31, 2025 Order Requiring Victoria Bishop to Purge her Contempt of Court by Date Certain, state:

      1.    In an order dated July 31, 2025, DN 95, this Honorable Court directed Victoria Bishop to produce to Moran's counsel by August 13, 2025 all documents identified in paragraphs 6 and 7 of the April 18, 2025 Order regarding her Rule 2004 examination.

      2.    Attached as Exhibit A is a document "tracking" the electronic banking records produced by Mrs. Bishop and/or her counsel as of August 13, 2025.

      3.    Mrs. Bishop and/or her counsel, have produced the documents identified in Paragraph 6.

      4.    Mrs. Bishop has failed/refused to produce all of the documents required by Paragraph No. 7 which seeks:

> From January 1, 2022 through the present, all demand deposit accounts, savings accounts, checking accounts, Christmas Club accounts at any financial institution, including banks and credit unions titled in the name of Victoria Bishop, Michigan Broadcasters, LLC or any other entity in which Mrs. Bishop claims an ownership interest in which Debtor has a right of withdrawal or on which he is an authorized signer

1

or from which he is authorized to make withdrawals, including, but not limited to, account statements and documents reflecting deposits and withdrawals.

5. There is no dispute that Mrs. Bishop is the purported organizer and the sole member of the Antrim County Conservative Union ("ACCU"), a limited liability company organized in 2018. ACCU maintains the following website. https://acconservatives.org.

6. During her Rule 2004 examination, Mrs. Bishop testified that the ACCU did not have a bank account. DN 96-2 at 99-102. However, contrary to her testimony, it does appear that ACCU does have a bank account. After the July 15, 2025 hearing, Mrs. Bishop produced a number of account statements for ACCU but still failed to provide account statements for all of 2022 and half of 2023.[1]

7. Composite Exhibit B reflects the August 6 and August 13 emails sent by Moran's counsel to Mrs. Bishop's counsel requesting that she provide the missing account documents. As of the date of this supplemental report, Mrs. Bishop's counsel has not responded nor has Moran's counsel received the missing account statements.

WHEREFORE, Thomas Moran and Moran Iron Works, Inc. respectfully requests that this Honorable Court:

A. Fine Mrs. Bishop in the amount of $100 per day from July 31, 2025 and through the present and continuing thereafter until she fully produces the missing account statements for ACCU identified above;

---

[1] Another illustration of the game of "hide and seek" Debtor and his non-filing spouse have played in this Chapter 7 is found in the transcript of Debtor's April 15, 2025 testimony during the first session of his Rule 2004 exam, DN 69-2. Debtor described the ACCU as a "social education organization" and, while he admitted that he was its "chairman," he stated that he did not know if the ACCU had a bank account, if he was the authorized signer on such an account and claimed that his non-filing spouse handles the ACCU's finances. *Id.* at 57-59. The partial records produced by Mrs. Bishop for this "social education organization" reflect that its account is regularly used to pay for what appear to be the couple's personal expenses.

B. Award Thomas Moran and Moran Ironworks, Inc. the costs and fees they have incurred to date in their efforts to compel Mrs. Bishop's compliance with this Court's April 18, 2025 Rule 2004 Order in an amount to be taxed; and

C. Award such other relief that this Honorable Court determines to be equitable and just.

BODMAN PLC

Dated: August 20, 2025

By: */s/ Sandra L. Jasinski*
Sandra L. Jasinski (P37430)
Attorneys for Thomas Moran and Moran Iron Works
201 South Division Street – Suite 400
Ann Arbor, Michigan 48104
(231) 627-8012
sjasinski@bodmanlaw.com

3

4930-4962-6465_1

# Exhibit A

| 2022 | Vicki Bishop (Personal Account) Credit Union | Michigan Broadcasters PNC Bank | Antrim County Conservative Union Huntington |
|---|---|---|---|
| January | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - January, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - January 2022.pdf | |
| February | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - February, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - February 2022.pdf | |
| March | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - March, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - March 2022.pdf | |
| April | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - April, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - April 2022.pdf | |
| May | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - May, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - May 2022.pdf | |
| June | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - June, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - June 2022.pdf | |
| July | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - July, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - July 2022.pdf | |
| August | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - August, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - August 2022.pdf | |
| September | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - September, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - September 2022.pdf | |
| October | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - October, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - October 2022.pdf | |
| November | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - November, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - November 2022.pdf | |
| December | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - December, 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters LLC - December 2022.pdf | |
| Monthly Statements Combined | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2022\VAB Statements - 2022.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2022\Michigan Broadcasters Bank Statements - 2022.pdf | |

| 2023 | Vicki Bishop (Personal Account) Credit Union | Michigan Broadcasters PNC Bank | Antrim County Conservative Union Huntington |
|---|---|---|---|
| January | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - January, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - January 2023.pdf | |
| February | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - February, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - February 2023.pdf | |
| March | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - March, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - March 2023.pdf | |
| April | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - April, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - April 2023.pdf | |
| May | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statement - May, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - May 2023.pdf | |
| June | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - June, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - June 2023.pdf | |
| July | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - July, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - July 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statement - July, 2023.pdf |
| August | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - August, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - August 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statement - August, 2023.pdf |
| September | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - September, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - September 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statement - September, 2023.pdf |
| October | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - October, 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - October 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statement - October, 2023.pdf |
| November | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - November 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - November 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statement - November, 2023.pdf |
| December | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - December 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters LLC - December 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statement - December, 2023.pdf |
| Monthly Statements Combined | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2023\VAB Statements - 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2023\Michigan Broadcasters Bank Statements - 2023.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2023\ACCU Bank Statements - 2023.pdf |

| 2024 | Vicki Bishop (Personal Account) Credit Union | Michigan Broadcasters PNC Bank | Antrim County Conservative Union Huntington |
|---|---|---|---|
| January | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - January 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - January 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - January, 2024.pdf |
| February | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - February 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - February 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - February, 2024.pdf |
| March | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - March 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - March 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - March, 2024.pdf |
| April | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - April 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - April 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - April, 2024.pdf |
| May | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - May 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - May 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - May, 2024.pdf |
| June | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - June 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - June 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - June, 2024.pdf |
| July | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - July 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - July 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - July, 2024.pdf |
| August | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - August 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - August 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - August, 2024.pdf |
| September | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - September 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - September 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - September, 2024.pdf |
| October | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - October 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - October 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - October, 2024.pdf |
| November | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - November 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - November 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - November, 2024.pdf |
| December | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - December 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters LLC - December 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - December, 2024.pdf |
| Monthly Statements Combined | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2024\VAB Statements - 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2024\Michigan Broadcasters Bank Statements - 2024.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2024\ACCU Bank Statement - 2024.pdf |

| 2025 | Vicki Bishop (Personal Account) Credit Union | Michigan Broadcasters PNC Bank | Antrim County Conservative Union Huntington |
|---|---|---|---|
| January | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - January 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters LLC - January 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - January, 2025.pdf |
| February | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - February 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters LLC - February 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - February, 2025.pdf |
| March | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - March 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters LLC - March 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - March, 2025.pdf |
| April | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - April 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters LLC - April 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - April, 2025.pdf |
| May | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - May 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters LLC - May 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - May, 2025.pdf |
| June | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - June 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters LLC - June 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - June, 2025.pdf |
| July | | | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - July, 2025.pdf |
| August | | | |
| Monthly Statements Combined | \\bodmanlongley.net\dfs\Community\Moran - Bishop\VAB\2025\VAB Statements - 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\Michigan Broadcasters\2025\Michigan Broadcasters Bank Statement - 2025.pdf | \\bodmanlongley.net\dfs\Community\Moran - Bishop\ACCU\2025\ACCU Bank Statement - 2025.pdf |

# Exhibit B

| | |
|---|---|
| From: | Jasinski, Sandra |
| Sent: | Wednesday, August 13, 2025 12:20 PM |
| To: | Andrew Concannon |
| Subject: | In re Bishop |
| Attachments: | Bank Statement Tracker.xlsx |

Hi Andy:

Please advise what steps, if any, Mrs. Bishop has taken to obtain the missing account statements.

Regards,

Sandy

**Sandra L. Jasinski**
231-627-8012
SJasinski@BODMANLAW.COM



---

**From:** Jasinski, Sandra
**Sent:** Wednesday, August 6, 2025 4:50 PM
**To:** Andrew Concannon <AConcannon@smithbovill.com>
**Subject:** RE: 2022 PERSONAL CREDIT UNION RECORDS

Hi Andy:

It appears that this tranche was not duplicative. Attached is an updated tracker. Mrs. Bishop has still failed to provide account statements for ACCU for all of 2022 and half of 2023.

Sandy

**Sandra L. Jasinski**
231-627-8012
SJasinski@BODMANLAW.COM



**From:** Jasinski, Sandra <SJasinski@BODMANLAW.COM>
**Sent:** Wednesday, August 6, 2025 10:40 AM
**To:** Andrew Concannon <AConcannon@smithbovill.com>
**Subject:** Re: 2022 PERSONAL CREDIT UNION RECORDS

Thanks Andy. We'll check.

1

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Andrew Concannon <AConcannon@smithbovill.com>
**Sent:** Wednesday, August 6, 2025 10:35:18 AM
**To:** Jasinski, Sandra <SJasinski@BODMANLAW.COM>
**Subject:** 2022 PERSONAL CREDIT UNION RECORDS

**CAUTION: External Sender.**

Sandra,

I believe this is duplicative, but my client asked me to send it

adc

2

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re:  RANDY ALVIN BISHOP                    Case No. 24-03205-jwb

        Debtor.                                    Chapter 7

                                      /          Hon. James W. Boyd

## CERTIFICATE OF SERVICE

SANDRA L. JASINSKI, being first duly sworn, deposes and states that on August 20, 2025, she caused to be served, via electronic filing, a copy of Thomas Moran and Moran Iron Works' Memorandum Regarding Non-Party Victoria Bishop's Ongoing Failure to Comply with the April 18, 2025 Rule 2004 Examination Order and this Certificate of Service upon Debtor's counsel, Paul Bare, 3281 Racquet Club Drive, Suite C, Traverse City, Michigan 49684, lawofficecourtdocs@gmail.com, the Chapter 7 Trustee, Kelly Hagan, Hagan Law Offices, PLC, P.O. Box 384, Acme, Michigan 49610, kelly@haganlawoffices.com, and Victoria Bishop's counsel, Andrew D. Concannon, Smith Bovill, P.C., 200 Saint Andres Road, Saginaw, Michigan 48638, aconcannon@smithbovill.com.

                                BODMAN PLC

Dated:  August 20, 2025                    By: /s/ Sandra L. Jasinski
                                            Sandra L. Jasinski (P37430)
                                            Attorneys for Thomas Moran and Moran Iron Works
                                            201 South Division Street – Suite 400
                                            Ann Arbor, Michigan 48104
                                            (231) 627-8012
                                            sjasinski@bodmanlaw.com

4930-4962-6465_1