UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:  Case No. BT 24-03205
Chapter 7

RANDY ALVIN BISHOP,

    Debtor.
_____/

## ORDER IMPOSING FINE AGAINST VICTORIA BISHOP FOR CONTEMPT OF COURT

PRESENT:  HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

On July 31, 2025, this Court entered a Second Order Requiring Victoria Bishop to Purge Her Contempt of Court by Date Certain and Adjourning Show Cause Hearing (the "Second Purge Order," Dkt. No. 95.)  The order required Victoria Bishop to produce documents required under paragraphs 6 and 7 of a prior Order Granting Thomas Moran and Moran Iron Works' Motion for 2004 Examination of Victoria Bishop, which was entered on April 18, 2025 (the "April 18, 2025 Order," Dkt. No. 63).  The Second Purge Order also imposed a fine of one hundred dollars ($100) per day, commencing on July 31, 2025, the date of entry of the order, and continuing until all of the documents were produced by Victoria Bishop to Moran.

An adjourned show cause hearing was held before this Court on August 26, 2025, in Traverse City, Michigan.  Victoria Bishop appeared for the hearing along with her attorney, Andrew D. Concannon, Esq., and Sandra Jasinski, Esq., attorney for Moran.  All of the appearances were by videoconferencing.  At the hearing, the parties agreed that all documents had been produced by Victoria Bishop to Moran as of August 20, 2025.  As a result, the Court determined to enter this order setting the amount of the fine and the date by which payment shall be made, in accordance with the Second Purge Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that a fine in the amount of two thousand one hundred dollars ($2,100) is imposed against Victoria Bishop for her contempt of this Court's April 18, 2025 Order.

IT IS FURTHER ORDERED that Victoria Bishop shall remit payment of the fine by no later than **September 8, 2025**.  Payment shall be may by certified check or money order made payable to the Clerk of the United States Bankruptcy Court.

IT IS FURTHER ORDERED that the Court has deferred ruling on Moran's request for reimbursement of attorney's fees and actual costs pending the filing of an itemized statement, any objections thereto, and further order of the Court.  Victoria Bishop's

contempt shall not be considered purged until the fines imposed under this Order, and any attorney's fees and costs imposed under any future order, are paid in full.

      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Victoria Bishop
11089 Wood Special Drive
Kewadin, MI  49648

Andrew D. Concannon, Esq., attorney for Victoria Bishop (via CM/ECF)

Sandra L. Jasinski, Esq., attorney for Moran (via CM/ECF)

      END OF ORDER

**IT IS SO ORDERED.**



**Dated August 29, 2025**

James W. Boyd
United States Bankruptcy Judge